Ilan D. Scharf
Jeffrey P. Nolan (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
ischarf@pszjlaw.com
jnolan@pszjlaw.com

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity*
*as Liquidating Trustee of Orion Healthcorp, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | |
| Plaintiff, | |
| v. | |
| ARVIND WALIA; NIKNIM MANAGEMENT INC. | Adv. Pro. No. 20-08049 (AST) |
| ABRUZZI INVESTMENTS, LLC; JOHN PETROZZA | Adv. Pro. No. 20-08052 (AST) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

## AGENDA FOR NOVEMBER 16, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | November 16, 2021 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | Pursuant to Court Order the Hearing will take place via teleconference. All parties, including attorneys, clients, and *pro se* parties, may appear telephonically in accordance with the instructions below. Parties do not need to contact the Courtroom Deputy to request prior authorization to appear telephonically. |
| | All parties must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least 24 hours in advance of the scheduled hearing to identify the parties that will appear. All attorneys must also identify the party the attorney represents. Please note that you should call in for the time in which your hearing is scheduled. Additionally, depending on where your case is on the calendar, you may have to wait a little while, so please put your phone on mute until your case is called. |
| Audio Participation: | **Below are the instructions to be used to dial in for the telephonic appearance:** |
| | **Dial in Number 888-808-6929** |
| | **Access Code – 2181522** |
| | **Announce who you are each time before speaking** |
| | **Avoid the use of a speaker phone (use a landline if possible)** |
| | **All persons not speaking should mute their phones** |
| | **Speak up and enunciate so that you can be heard and understood** |
| Copies of Motions: | Copies of the pleadings below may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The pleadings are also available at no cost on the following website maintained by the Liquidating Trustee: http://dm.epiq11.com/orionhealthcorp. |

**ADVERSARY PROCEEDINGS:**

**I.   Ehrenberg v. Walia, *et al*., Adv. Pro. No. 20-08049**

1.   Pretrial Status Conference

**Related Documents:**

A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 1]

B. Answer and Affirmative Defenses [Docket No. 6]

C. Initial Scheduling Order [Docket No. 7]

D. Stipulation and Order re Filing of First Amended Complaint; and Entering of Scheduling Order [Docket No. 20]

E. First Amended Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 22]

F. Answer to First Amended Complaint and Affirmative Defenses.

G. Amended Case Management and Discovery Plan [Docket No. 27]

**Status: The Pre-Trial Status Conference was continued to January 26, 2022 at 2:00 p.m. EST and not going forward.**

**II.   Ehrenberg v. Abruzzi Investments, LLC, *et al*., Adv. Pro. No. 20-08052**

2.   Pretrial Status Conference

**Related Documents:**

A. Complaint for Avoidance and Recovery of: (1) Fraudulent Transfers; (2) Preferential Transfers; (3) Recovery of Avoided Transfers; and (4) Objection to Claim No. 1067 Pursuant to 11 U.S.C. §§ 502, 544, 547 548 and 550 [Docket No. 1]

B. Answer and Affirmative Defenses [Docket No. 5]

C. Case Management and Discovery Plan [Docket No. 26]

**Status: The Pre-Trial Status Conference will be going forward.**

Dated: New York, New York
November 12, 2021

    */s/ Jeffrey P. Nolan*
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity as*
*Liquidating Trustee of Orion Healthcorp, Inc., et al.*