UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC. *et al*.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ABRUZZI INVESTMENTS, LLC; JOHN PETROZZA,<br>　　　　　　　　Defendant(s) | Adv. Proc. No. 20-08052 (AST) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-styled adversary proceeding has been adjourned to **December 15, 2021 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Judge, in Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

2

Dated: New York, New York
       November 24, 2021

       /s/ Jeffrey P. Nolan
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777

Counsel for the Plaintiff,
Howard M. Ehrenberg in his capacity as
Liquidating Trustee of Orion Healthcorp, Inc., *et al*.

# **CERTIFICATE OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On November 24, 2021, I caused a true and correct copy of the following document to be served via electronic mail and First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

➢ *Notice of Adjournment of Pre-Trial Conference.*

        */s/ La Asia S. Canty*
        La Asia S. Canty

# **EXHIBIT 1**

Anthony F. Giuliano, Esq.
Giuliano Law, PC
445 Broadhallow Road, Suite 25
Melville, New York 11747
Email:  afg@pryormandelup.com

*Counsel to Abruzzi Investments, LLC and John Petrozza*