

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan

December 1, 2021

jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

   Re: **In re: Orion HealthCorp, Inc.,** *et al.*
      **Howard M. Ehrenberg v. Abruzzi**
      **Investments, LLC and John Petrozza,**
      <u>**Adv. Proc. No. 20-08052-AST**</u>

Dear Judge Trust:

  We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

  The Court has continued the Pretrial Conference from November 16, 2021 at 2:00 p.m. (prevailing Eastern time) to **February 15, 2022 at 3:00 p.m. (prevailing Eastern time),** before the Honorable Alan S. Trust, United States Bankruptcy Judge, Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

  The Liquidating Trustee will cause this letter to be served on the Office of the United States Trustee and all other parties entitled to receive notice.

         Very truly yours,

         */s/ Jeffrey P. Nolan*

         Jeffrey P. Nolan

JPN:lsc

cc: Anthony F. Giuliano, Esq. (Via ECF and electronic mail)
   (Counsel for Defendants)

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

DOCS_NY:42088.4 65004/003