

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan             December 1, 2021             jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:   **In re: Orion HealthCorp, Inc., et al.**
               **Howard Ehrenberg v. Abruzzi, John Petrozza, et al**
               **Adv. Proc. No. 20-08052-AST**

Dear Judge Trust:

      Pursuant to November 16, 2021 Pre-trial Conference, the parties identify two mediators set forth below which the parties have consented to utilize for mediation in the present adversary. Costs for the mediation will be shared equally between the parties.

Mediators:

      Leslie Berkoff, or
      Honorable Gerald E. Rosen (Ret.)

                        Very truly yours,

                        */s/ Jeffrey P. Nolan*

                        Jeffrey P. Nolan

JPN:rlm

cc:  Anthony F. Giuliano, Esq. (Via ECF)
     (Counsel for Defendant, John Petrozza; Abruzzi Investments)

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

DOCS_LA:340885.1 65004/003