

**Leslie A. Berkoff**
Partner
NY & CT Bars
Email: lberkoff@moritthock.com

January 20, 2022

**VIA ELECTRONIC CASE FILING**

Clerk of the Court
U.S. Bankruptcy Court, Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

**Re:** **Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al v. Abruzzi Investments, LLC , et al**
<u>**Case No.: 20-08052-AST**</u>

Dear Clerk:

The Mediator's Final Report Docket that appears on the docket for the above-matter as Entry #33, was filed in error. Please remove it from the docket. The corrected Mediator's Final Report has been filed and appears as Docket Entry #34.

Thank you for your attention to this matter.

Sincerely yours,

*s/Leslie A. Berkoff*
Leslie A. Berkoff

___