# Exhibit 2

1           UNITED STATES BANKRUPTCY COURT

             EASTERN DISTRICT OF NEW YORK

2     ------------------------------x

      In re:                      : Chapter 11

3     ORION HEALTHCORP, INC.      : Case No.

              Debtors.            : 18-71748 (AST)

4     ------------------------------:

      HOWARD M. EHRENBERG, IN HIS  :

5     CAPACITY AS LIQUIDATING      :

      TRUSTEE OF ORION HEALTHCORP, :

6     INC., ET AL.,               : Adv. Pro. No.

              Plaintiffs,          : 20-08052 (AST)

7     vs.                         :

      ABRUZZI INVESTMENTS, LLC;    :

8     JOHN PETROZZA,              :

              Defendants.          :

9     ------------------------------x

10        VIDEOTAPED VIDEO CONFERENCE DEPOSITION OF

11                   JOHN PETROZZA

12    DATE:          TUESDAY, MARCH 2, 2021

13    TIME:          12:11 P.M.

14    LOCATION:      1220 MARITIME CIRCLE

15                   ESSEX, MARYLAND  21221

16    REPORTED BY:   SUZANNE MARIE ALONA ENDERSON, via

                      video conference

17                   Reporter, Notary

18

19

20             Veritext Legal Solutions

            1250 Eye Street, NW, Suite 350

21              Washington, D.C.  20005

Page 84

1      said that and never gave him permission to

2      actually sign that on my behalf, no.

3          Q    If you look at the first page -- or,

4      actually, the last page, Salil Sharma, does that

5      name ring a bell?

6          A    Is that the guy we were talking about

7      earlier?

8          Q    I think it is.

9          A    Yeah.  That's the brother-in-law, right?

10         Q    I'm not 100 percent --

11         A    I think so.  I'm guessing that's the

12     brother-in-law.

13         Q    Did you ever go to any meetings for

14     Constellation Health, LLC, and Mr. Sharma was

15     present?

16         A    I've gone to their offices and he's

17     there, but he could be moving boxes or doing basic

18     paperwork.  But a meeting that he had to

19     participate in and that I had to participate in,

20     no.

21         Q    And where was Constellation Health,

1      LLC, with the name Tomer Vardi.  Do you see that?

2          A     Yes.

3          Q     Does that name Axis Medical Services mean

4      anything to you?

5          A     No, it doesn't, and neither does Vega.

6      But I'm having a little bit of a recollection --

7      because Tomer was interviewed by the FBI in the

8      end of 2017, I think, beginning of '18.  And they

9      asked him about -- that's why I remember these

10     companies -- about these companies.

11               And he's, like, I have no recollection.

12     So I should have used that as -- they're already

13     on the law, realize that this day is coming, that

14     I'm going to find out about what I'm involved with

15     without my knowledge.  But the only recollection I

16     have is him telling me about the interview and

17     discovering these bogus companies.

18         Q     Okay.  So at some point Mr. Vardi

19     informed you that he was -- he became aware that

20     there were a bunch of bogus companies set up under

21     his name?

1       A     Yes.

2       Q     And it's your belief that perhaps Axis

3    Medical Services and Vega Advanced Care are two of

4    those entities?

5       A     Yes.  I have a recollection that that's

6    what I think it is from that conversation.

7       Q     Salil Sharma, his name shows up again for

8    Pulsar Advance Care, LLC.

9       A     That's the -- that's the brother-in-law,

10   right?

11      Q     Right.  Do you -- when is the last time

12   you talked to Salil Sharma?

13      A     Many years ago.

14      Q     More than a year ago?

15      A     It's definitely more than a year ago.

16   Probably 2017.  I probably -- yeah.  I probably

17   saw him at Paul's house.  This is just shaking me

18   to the core.

19          MR. NOLAN:  Okay.  So let's go to another

20   document.  La Asia, this is on group 6.  It's

21   going to be the e-mail dated June 13th, 2013.

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:27 PM 11/17/2016
FILED 12:27 PM 11/17/2016
SR 20166680940 - File Number 6219799

## CERTIFICATE OF FORMATION

### OF

### LEXINGTON LANDMARK SERVICES LLC

The Undersigned being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company hereby being formed (the "Company") under Section 18-201 of the Delaware Limited Liability Company Act (as the same may be amended from time to time, the "Act"), does hereby adopt the following Certificate of Formation for such limited liability company.

### ARTICLE 1 – NAME

The name of the Company is: Lexington Landmark Services LLC

### ARTICLE 2 -- REGISTERED OFFICE; REGISTERED AGENT

The address of the Company's registered office in the State of Delaware is: 160 Greentree Drive, Suite 101, Dover, DE 19904. The name of the Company's registered agent at such address is National Registered Agents, Inc.

### ARTICLE 3 – INDEMNIFICATION

The Company shall have the power, to the full extent permitted under the Act or by its limited liability company operating agreement, to indemnify and hold harmless any member or manager or other person from and against any and all claims and demands whatsoever.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of the Company on November 17, 2016.

/s/ Adam Greene
Adam Greene, Authorized Person

{00824485.DOC;1 }



Exhibit
PET 0007

EHREN-ABRUZZI 000002