# Exhibit 5

# M&T Bank

| | | | |
|---|---|---|---|
| FOR INQUIRIES CALL: | MARLBORO | ACCOUNT TYPE | |
| | (732) 536-6795 | M&T ADVANCED BUSINESS CHECKING | |
| | 00   0 03367M NM  017 | ACCOUNT NUMBER | STATEMENT PERIOD |
| 000000 | P | 9869416595 | 10/01/17 - 10/31/17 |
| SUNSHINE STAR LLC | | BEGINNING BALANCE | $234,458.27 |
| 19 COLTS GAIT LN | | DEPOSITS & CREDITS | 50.00 |
| COLTS NECK NJ 07722 | | LESS CHECKS & DEBITS | 234,508.27 |
| | | LESS SERVICE CHARGES | 0.00 |
| | | ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2017 | BEGINNING BALANCE | | | $234,458.27 |
| 10/13/2017 | CHECK NUMBER 0055 | | $234,000.00 | 458.27 |
| 10/16/2017 | ACCOUNT CLOSURE FEE WAIVED | $50.00 | | |
| 10/16/2017 | ACCOUNT CLOSURE FEE | | 50.00 | |
| 10/16/2017 | CLOSEOUT | | 458.27 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | 10/13/17 | 234,000.00 | | | | | | |

\* - GAP IN CHECK SEQUENCE
R - CHECK RETURNED

| | |
|---|---|
| NUMBER OF CHECKS PAID | 1 |
| AMOUNT OF CHECKS PAID | $234,000.00 |

EFFECTIVE JANUARY 1, 2018 WIRE INCOMING INTERNATIONAL PER ITEM WILL BE CHANGED TO $16.00.

IF YOU HAVE ANY QUESTIONS REGARDING THIS PRICE CHANGE PLEASE CONTACT YOUR RELATIONSHIP MANAGER OR THE COMMERCIAL SERVICE TEAM AT 1-800-724-2240, MONDAY-FRIDAY, 8AM-6PM ET.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $ _____

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $ _____

**STEP 7** — **Enter the total of STEPS 5 & 6.** $ _____

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $ _____

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here. $ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L018 (11/16)    ©2016 M&T Bank. Member FDIC.

ABRUZ M&t000008