# EXHIBIT B

# M&T Bank

FOR INQUIRIES CALL: NEW YORK CITY PRIVATE BANKING
(212) 350-2535

00   0 07668M NM  017

000000                                    P

CONSTELLATION HEALTHCARE TECHNOLOGIES IN
3400 RT 35 SOUTH
SUITE 9
HAZLET NJ 07730

| ACCOUNT TYPE | |
|---|---|
| M&T ADVANCED BUSINESS CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9862225647 | 08/01/16 - 08/31/16 |
| BEGINNING BALANCE | $29,047.16 |
| DEPOSITS & CREDITS | 12,790,719.89 |
| LESS CHECKS & DEBITS | 12,740,000.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $79,767.05 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2016 | BEGINNING BALANCE | | | $29,047.16 |
| 08/09/2016 | In Branch Transfer/Deposit | $12,220,000.00 | | |
| 08/09/2016 | In Branch Transfer/Deposit | 500,000.00 | | 12,749,047.16 |
| 08/10/2016 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Robinson Brog | | $12,740,000.00 | 9,047.16 |
| 08/12/2016 | DEPOSIT | 20,719.89 | | 29,767.05 |
| 08/17/2016 | INCOMING FEDWIRE FUNDS TRANSFER AMERICAN EXPRESS TRAVEL RELATED | 50,000.00 | | 79,767.05 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

EHREN-ABRUZZI 000938

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR CHECKBOOK WITH YOUR ACCOUNT STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** **Place a checkmark ( ✓ )** beside each item listed on this statement which has a corresponding entry in your check register.
Also place a checkmark next to the item in your check register.

**STEP 2** **ADD** to your check register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **SUBTRACT** from your check register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.  $

**STEP 6** **Enter the total of any deposits or other credits** shown on your check register which are not shown on this statement.  $

**STEP 7** **Enter the total of STEPS 5 & 6.**  $

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).  $

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.  $

This amount should be your current account balance.

Is your business growing too big or is it taking too much time for your deposit accounts
to be balanced on the back of the statement like this?
M&T Bank offers an account reconciliation service as one of its many cash management products.
For more information, contact your branch manager or relationship manager
or call M&T Bank Cash Management Services at 1-800-724-2240.


M&T Bank

EHREN-ABRUZZI 000939