# EXHIBIT D

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:37 PM 11/17/2016
FILED 12:37 PM 11/17/2016
SR 20166680940 - File Number 6219799

# CERTIFICATE OF FORMATION

## OF

## LEXINGTON LANDMARK SERVICES LLC

The Undersigned being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company hereby being formed (the "Company") under Section 18-201 of the Delaware Limited Liability Company Act (as the same may be amended from time to time, the "Act"), does hereby adopt the following Certificate of Formation for such limited liability company.

### ARTICLE 1 -- NAME

The name of the Company is: Lexington Landmark Services LLC

### ARTICLE 2 -- REGISTERED OFFICE; REGISTERED AGENT

The address of the Company's registered office in the State of Delaware is: 160 Greentree Drive, Suite 101, Dover, DE 19904. The name of the Company's registered agent at such address is National Registered Agents, Inc.

### ARTICLE 3 -- INDEMNIFICATION

The Company shall have the power, to the full extent permitted under the Act or by its limited liability company operating agreement, to indemnify and hold harmless any member or manager or other person from and against any and all claims and demands whatsoever.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of the Company on November 17, 2016.

/s/ Adam Greene
Adam Greene, Authorized Person

{00824485;DOC;1 }

Exhibit
PET 0007

EHREN-ABRUZZI 000002