# EXHIBIT G

# Members of 4 LLC's for Operating Agreements

**From:**
Sam Zaharis <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=ee3b50afeb8b4c0f9b7150385aa45585-sam.zaharis">
**To:**
David Cykiert <dc@robinsonbrog.com>
**Date:**
Mon, 23 Jan 2017 15:07:41 -0500

They need to give me authority to open bank accounts etc in the document(s)

| Name of Company | Manager |
| --- | --- |
| AXIS MEDICAL SERVICES LLC | Tomer Vardi |
| PULSAR ADVANCE CARE LLC | Salil Sharma |
| LEXINGTON LANDMARK SERVICES LLC | John PETROZZA |
| VEGA Advanced Care LLC | Tomer Vardi |

Exhibit PET 0011