# EXHIBIT H

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

Adam J. Greene
(212) 603-0498
ajg@robinsonbrog.com

January 25, 2017

Martin Lilly
Executive- Advisors Relationship
Via Email

Re:    Constellation Healthcare Technologies, Inc.

Dear: Martin

Our firm has been asked by the following parties:

- Lexington Landmark Services LLC
- Vega Advanced Care LLC
- Axis Medical Services LLC
- Pulsar Advance Care
- Blue Mountain Healthcare LLC X *(current Post)*
- PPSR Partners LLC
- PBPP Partners LLC
- MYMSMD LLC

to receive their entire proceeds from the Constellation Healthcare Technologies, Inc. privatization transaction, and we have accepted such role. Attached hereto as **Exhibit A**, for back up, please find the relevant letters from each party listed above making said request. Also attached hereto as **Exhibit B**, please find my firms wiring instructions. Please let us know if you have any questions.

Sincerely,

Adam J. Greene                A. Mitchell Greene

{00837437.DOCX.1 }

EHREN-ABRUZZI 000030

# EXHIBIT A

EHREN-ABRUZZI 000031

# LEXINGTON LANDMARK SERVICES LLC

January 25, 2016

Martin Lilly
Executive — Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that Lexington Landmark Services LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

John Petrozza
Manager
Lexington Landmark Services LLC

Lexington Landmark Services LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

# VEGA ADVANCED CARE LLC

January 25, 2016

Martin Lilly
Executive – Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that VEGA Advanced Care LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

Tomer Vardi
Manager
VEGA Advanced Care LLC

VEGA Advanced Care LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000033

# AXIS MEDICAL SERVICES LLC

January 25, 2016

Martin Lilly
Executive -- Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that Axis Medical Services LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

Tomer Vardi
Manager
Axis Medical Services LLC

Axis Medical Services LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000034

# PULSAR ADVANCE CARE LLC

January 25, 2016

Martin Lilly
Executive – Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that Pulsar Advance Care LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

Salil Sharma
Manager
Pulsar Advance Care LLC

Pulsar Advance Care LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000035

# BLUE MOUNTAIN HEALTHCARE LLC

January 25, 2016

Martin Lilly
Executive -- Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that Blue Mountain
Healthcare LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a
letter with their wiring instructions and that they will be attaching a copy of this document to their letter
to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1
732 766 1817.

Very truly yours,

Paul Parmar
Authorized Signatory
Blue Mountain Healthcare LLC

Blue Mountain Healthcare LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000036

# PPSR PARTNERS LLC

January 25, 2016

Martin Lilly
Executive – Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that PPSR Partners LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

Paul Parmar
Authorized Signatory
PPSR Partners LLC

PPSR Partners LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000037

# PBPP PARTNERS LLC

January 25, 2016

Martin Lilly
Executive – Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that PBPP Partners LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact Sam Zaharis on +1 732 766 1817.

Very truly yours,

Paul Parmar
Authorized Signatory
PBPP Partners LLC

PPBP Partners LLC
875 3rd Avenue, 9th Floor
New York, New York 10022

EHREN-ABRUZZI 000038

# MYMSMD LLC

January 25, 2016

Martin Lilly
Executive -- Advisors Relationship
Shareholder Solutions
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU
England

Dear Martin

I would like to confirm that the entire proceeds from this privatization transaction that MYMSMD LLC is entitled to should be directed to:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue/9th Floor
New York, NY 10022

I am informed that Robinson Brog Leinwand Greene Genovese & Gluck PC will be forwarding you a letter with their wiring instructions and that they will be attaching a copy of this document to their letter to you.

If you have any questions in relation to the above, please do not hesitate to contact me on +1 732 766 1817.

Very truly yours,

Sotirios Zaharis
Manager
MYMSMD LLC

MYMSMD LLC
875 3rd Avenue, 9th Floor
New York, New York 10022