# EXHIBIT I

```
          IRS  DEPARTMENT OF THE TREASURY
               INTERNAL REVENUE SERVICE
               CINCINNATI  OH    45999-0023
                                                      Date of this notice:  12-05-2016

                                                      Employer Identification Number:
                                                      81-4592456

                                                      Form:  SS-4

                                                      Number of this notice:  CP 575 G
                LEXINGTON LANDMARK SERVICES LLC
                JOHN PETROZZA SOLE MBR
                3500 HIGHWAY 35 SOUTH SUITE 9A        For assistance you may call us at:
                HAZLET, NJ  07730                     1-800-829-4933


                                                      IF YOU WRITE, ATTACH THE
                                                      STUB AT THE END OF THIS NOTICE.
```

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-4592456. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is LEXI. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Exhibit PET 0009

EHREN-ABRUZZI 000010

(IRS USE ONLY)     575G            12-05-2016   LEXI   O   9999999999   SS-4

Keep this part for your records.     CP 575 G (Rev. 7-2007)

------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please
correct any errors in your name or address.

CP 575 G

9999999999

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 12-05-2016
(    )    -                                 EMPLOYER IDENTIFICATION NUMBER: 81-4592456
                                            FORM: SS-4                      NOBOD

INTERNAL REVENUE SERVICE                    LEXINGTON LANDMARK SERVICES LLC
CINCINNATI  OH   45999-0023                 JOHN PETROZZA SOLE MBR
|իևլիլիլիլիլիլիլիլիլիիլիիիիիիիլիլիլիլ|       3500 HIGHWAY 35 SOUTH SUITE 9A
                                            HAZLET, NJ  07730

EHREN-ABRUZZI 000011



IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  12-05-2016

Employer Identification Number:
81-4591886

Form:  SS-4

Number of this notice:  CP 575 G

PULSAR ADVANCED CARE LLC
SALIL SHARMA SOLE MBR
3400 HIGHWAY 35 SOUTH SUITE 9A
HAZLET, NJ  07730

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 81-4591886.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS**:

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is PULS.  You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)     575G                    12-05-2016    PULS   O   9999999999    SS-4

                Keep this part for your records.        CP 575 G (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account.  Please                 CP 575 G
correct any errors in your name or address.
                                                                            9999999999

Your Telephone Number   Best Time to Call    DATE OF THIS NOTICE: 12-05-2016
(    )    -                                  EMPLOYER IDENTIFICATION NUMBER: 81-4591886
_____     _____      FORM: SS-4                    NOBOD


INTERNAL REVENUE SERVICE                     PULSAR ADVANCED CARE LLC
CINCINNATI   OH   45999-0023                 SALIL SHARMA SOLE MBR
|.|..|.|.|.|.|..|.|..|.|.|..||...||......|.|..||..||..|..|     3400 HIGHWAY 35 SOUTH SUITE 9A
                                             HAZLET, NJ  07730



```
   IRS DEPARTMENT OF THE TREASURY
       INTERNAL REVENUE SERVICE
       CINCINNATI  OH   45999-0023
```

Date of this notice: 12-05-2016

Employer Identification Number:
81-4592048

Form: SS-4

Number of this notice: CP 575 G

AXIS MEDICAL SERVICES LLC
TOMER VARDI SOLE MBR
3500 HIGHWAY 35 SOUTH SUITE 9A
HAZLET, NJ  07730

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-4592048. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is AXIS. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)     575G              12-05-2016   AXIS   O   9999999999   SS-4

 

Keep this part for your records.          CP 575 G (Rev. 7-2007)

------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please                    CP 575 G
correct any errors in your name or address.
                                                                         9999999999

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 12-05-2016
(     )      -                              EMPLOYER IDENTIFICATION NUMBER: 81-4592048
_____  _____    FORM: SS-4                NOBOD


INTERNAL REVENUE SERVICE                    AXIS MEDICAL SERVICES LLC
CINCINNATI  OH  45999-0023                  TOMER VARDI SOLE MBR
|..|.|.|.|.|.|..|.|..|.|..||....||..||.|.|..|               3500 HIGHWAY 35 SOUTH SUITE 9A
                                            HAZLET, NJ  07730