# EXHIBIT M

## RE:

**From:**
Paul Parmar <paul@constellationhealthgroup.com>
**To:**
"A. Mitchell Greene" <amg@robinsonbrog.com>, "Stephen R. Hope" <srh@robinsonbrog.com>
**Cc:**
Sam Zaharis <sam.zaharis@constellationhealthgroup.com>
**Date:**
Thu, 25 May 2017 10:48:01 -0400

Take from any right now

Get Outlook for Android

---

**From:** Stephen R. Hope <srh@robinsonbrog.com>
**Sent:** Thursday, May 25, 2017 10:25:26 AM
**To:** A. Mitchell Greene; Paul Parmar
**Cc:** Sam Zaharis
**Subject:** RE:

Mitch: Which escrow should this come from?

**From:** A. Mitchell Greene
**Sent:** Wednesday, May 24, 2017 9:54 PM
**To:** Paul Parmar
**Cc:** Sam Zaharis; Stephen R. Hope
**Subject:** Re:

Ok

Sent from A. Mitchell Greene on my iPad
On May 24, 2017, at 9:10 PM, Paul Parmar <paul@constellationhealthgroup.com> wrote:

That is address and name of receiving bank

Get Outlook for Android

---

**From:** A. Mitchell Greene <amg@robinsonbrog.com>
**Sent:** Wednesday, May 24, 2017 9:06:56 PM
**To:** Paul Parmar
**Cc:** Sam Zaharis; Stephen R. Hope
**Subject:** Re:

Ok

Sent from my iPhone
On May 24, 2017, at 8:39 PM, Paul Parmar <paul@constellationhealthgroup.com> wrote:

Pl. Wire from escrow 250k to following address

Abruzzi Investments, LLC
225 Ellis Street
Staten Island, NY 10307

Wire Routing 026009593
Account # 457018241763

Get Outlook for Android

EHREN-ABRUZZI 000018