# EXHIBIT N

## FW: Wire Successful - CEO Portal Wires Event

**From:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**To:**
Paul Parmar <paul@constellationhealthgroup.com>, Sam Zaharis <sam.zaharis@constellationhealthgroup.com>
**Cc:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**Date:**
Thu, 25 May 2017 13:58:54 -0400

-----Original Message-----
From: Stephen R. Hope On Behalf Of A. Mitchell Greene
Sent: Thursday, May 25, 2017 12:29 PM
To: 'Paul Parmar'; Sam Zaharis
Subject: FW: Wire Successful - CEO Portal Wires Event

-----Original Message-----
From: Jerry Petalas
Sent: Thursday, May 25, 2017 12:22 PM
To: A. Mitchell Greene
Cc: Stephen R. Hope
Subject: FW: Wire Successful - CEO Portal Wires Event

FYI

Jerry Petalas
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Fl.
New York, NY 10022-0123
Direct Dial: (212) 603-6337
Fax: (212) 956-2164
E-Mail: JP@RobinsonBrog.com
PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

-----Original Message-----
From: Wells Fargo Event Messaging Admin [mailto:ofsrep.ceoemigw@wellsfargo.com]
Sent: Thursday, May 25, 2017 11:41 AM
To: Jerry Petalas <jp@robinsonbrog.com>
Subject: Wire Successful - CEO Portal Wires Event

Commercial Electronic Office (CEO) Portal Wires Event: Wire Successful

Dear Jerry Petalas,

One or more wire transfers have been processed successfully.

Date/Time Stamp: 05/25/2017 08:40 am PT
Debit Account Number: XXXXXXXXXX-734
Debit Account Name: IOLA ACCOUNT NY
Value Date: 05/25/2017
Wire Amount: 250,000.00 USD
Beneficiary Name: ABRUZZI INVESTMENTS, LLC
Confirmation Number: FED:0525I1B7031R008493
Sequence Number: 1646
Wire Type: WIRE
Created By: STEPHOPE
Date/Time Stamp: 05/25/2017 08:08 am PT
Last Modified By: STEPHOPE
Date/Time Stamp: 05/25/2017 08:08 am PT

EHREN-ABRUZZI 000019

For more information about this event, please sign on to the CEO portal.

Event Message ID: 145-9051279

---

You received this automated email because you subscribe to the CEO portal Event Messaging service. Please do not reply to this email; this mailbox is only for delivery of Event Messaging notices. To ensure you receive these notices, add ofsrep.ceoemigw@wellsfargo.com to your address book.

To make changes to your Event Messaging setup: In the Message Log, select Edit Message Preferences. Or from the CEO portal, select Event Messaging in the left navigation bar.

For issues related to the receipt of this message, contact us Monday through Friday between 4:00 am and 7:00 pm and Saturday between 6:00 am and 4:00 pm Pacific Time, as follows:

If calling from the U.S., Canada, or Mexico, call toll free 800-AT-WELLS (800-289-3557).

If calling from a country that supports UIFN (Universal International Freephone Number), dial the international dialing code and UIFN phone number 8000-AT-WELLS (8000-289-3557).

Please have the Event Message ID available when you call.

EHREN-ABRUZZI 000020