# Exhibit 1

# FW: Constellation

**From:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**To:**
Sam Zaharis <sam.zaharis@constellationhealthgroup.com>
**Cc:**
"A. Mitchell Greene" <amg@robinsonbrog.com>
**Date:**
Wed, 27 Sep 2017 16:07:16 -0400
**Attachments:**
Constellation Billing Memo-1.pdf (3.15 MB); IOLA Quickreport for Constellation Health All Accts.pdf (23.85 kB)

---

**From:** A. Mitchell Greene
**Sent:** Friday, July 28, 2017 1:28 PM
**To:** Paul Parmar; Sam Zaharis
**Subject:** Constellation

Paul and Sam:

Attached are the current escrow runs and our Constellation billing memos. Fees are in the area of $300,000 which I would like to take from escrow to settle up your accounts.

*A. Mitchell Greene, Esq.*
Robinson Brog Leinwand Greene Genovese & Gluck  P.C.
875 Third Avenue/9th Floor
New York, NY  10022
(212) 603-6399 (VOICE)
(347) 227-4901 (EFAX)

**This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete or destroy the message. Thank you.**

**4:29 PM**        **Wells Fargo - IOLA (Non-Interest)**

**07/27/17**        **Account QuickReport**

**Accrual Basis**        **All Transactions**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Greene, A. Mitchell** | | | | | | | | |
| **Constellation Health LLC** | | | | | | | | |
| Deposit | 06/13/2013 | CM/wire | Abruzzi Investments LLC | wire in | Wells Fargo-IOLA | | 4,000,000.00 | 4,000,000.00 |
| Deposit | 06/14/2013 | CM/wire | Constellation Health Group | wire in | Wells Fargo-IOLA | | 11,000,000.00 | 15,000,000.00 |
| Deposit | 06/17/2013 | CM/wire | Hercules Funding II, Inc. | wire in | Wells Fargo-IOLA | | 15,620,000.00 | 30,620,000.00 |
| Check | 06/17/2013 | DM/wire | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Esc Fund | Wells Fargo-IOLA | 2,500.00 | | 30,617,500.00 |
| Check | 06/17/2013 | DM/wire | Habif, Arogeti & Wynne, LLP | wire out | Wells Fargo-IOLA | 36,000.00 | | 30,581,500.00 |
| Check | 06/17/2013 | DM/wire | Wingman Health Corp. | wire out | Wells Fargo-IOLA | 40,000.00 | | 30,541,500.00 |
| Check | 06/17/2013 | DM/wire | Sarah Reinsch | wire out | Wells Fargo-IOLA | 40,000.00 | | 30,501,500.00 |
| Check | 06/17/2013 | DM/wire | Kirkland & Ellis LLP | wire out | Wells Fargo-IOLA | 50,000.00 | | 30,451,500.00 |
| Check | 06/17/2013 | DM/wire | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Exp Fund | Wells Fargo-IOLA | 100,000.00 | | 30,351,500.00 |
| Check | 06/17/2013 | DM/wire | Wingman Health Corp. | wire out | Wells Fargo-IOLA | 367,330.00 | | 29,984,170.00 |
| Check | 06/17/2013 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 400,000.00 | | 29,584,170.00 |
| Check | 06/17/2013 | DM/wire | Benesch, Friedlander, Coplan & Aronoff | wire out | Wells Fargo-IOLA | 485,000.00 | | 29,099,170.00 |
| Check | 06/17/2013 | DM/wire | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Esc Fund | Wells Fargo-IOLA | 600,000.00 | | 28,499,170.00 |
| Check | 06/17/2013 | DM/wire | Tripletree, LLC | wire out | Wells Fargo-IOLA | 647,704.83 | | 27,851,465.17 |
| Check | 06/17/2013 | DM/wire | Orion Disbursing Agent, LLC | wire out | Wells Fargo-IOLA | 15,785,837.41 | | 12,065,627.76 |
| Check | 06/17/2013 | DM/wire | Wells Fargo Capital Finance, Inc. | wire out | Wells Fargo-IOLA | 9,113,969.29 | | 2,951,658.47 |
| Check | 06/17/2013 | DM/wire | McguireWoods Operating Account | wire out | Wells Fargo-IOLA | 7,500.00 | | 2,944,158.47 |
| Check | 06/17/2013 | DM/wire | Dalmore Group LLC | wire out | Wells Fargo-IOLA | 200,000.00 | | 2,744,158.47 |
| Check | 06/18/2013 | DM/wire | Moore Colson | wire out | Wells Fargo-IOLA | 31,146.00 | | 2,713,012.47 |
| Check | 06/18/2013 | DM/wire | Sage Group Consulting, Inc. | wire out | Wells Fargo-IOLA | 140,000.00 | | 2,573,012.47 |
| Check | 06/18/2013 | DM/wire | Sage Group Consulting, Inc. | wire out | Wells Fargo-IOLA | 1,025,000.00 | | 1,548,012.47 |
| Check | 06/21/2013 | DM/wire | Brown Brothers Harriman & Co. | wire out | Wells Fargo-IOLA | 43,012.47 | | 1,505,000.00 |
| Deposit | 06/26/2013 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 75,000.00 | 1,580,000.00 |
| Check | 06/27/2013 | 2846 | Robinson Brog Leinwand | Fee - C#100669 | Wells Fargo-IOLA | 40,000.00 | | 1,540,000.00 |
| Check | 06/27/2013 | DM/wire | Preston Fox Coltaf | | Wells Fargo-IOLA | 5,000.00 | | 1,535,000.00 |
| Check | 06/27/2013 | DM/wire | Christian & Smith IOLTA Trust Acct | wire out | Wells Fargo-IOLA | 5,000.00 | | 1,530,000.00 |
| Check | 06/27/2013 | DM/wire | Wolf Rifkin Shapiro Schulman Rabkin LLP | wire out | Wells Fargo-IOLA | 25,000.00 | | 1,505,000.00 |
| Deposit | 07/03/2013 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 108,278.06 | 1,613,278.06 |
| Check | 07/15/2013 | DM/wire | Constellation Health Group | wire out | Wells Fargo-IOLA | 1,613,278.06 | | 0.00 |
| Deposit | 01/14/2014 | CM | Orion Healthcorp, Inc. | acct to acct transfer of wire sent into Operating account in error (Paul Parmar) | Wells Fargo-IOLA | | 45,000.00 | 45,000.00 |
| Check | 01/15/2014 | DM/wire | Christian & Smith IOLTA Trust Acct | | Wells Fargo-IOLA | 15,000.00 | | 30,000.00 |
| Check | 01/15/2014 | DM/wire | Chamberlain Hrdlicka White etal | wire out | Wells Fargo-IOLA | 15,000.00 | | 15,000.00 |
| Check | 01/15/2014 | DM/wire | Community Bank | ffc: Weathers Riley & Sheppeard LLP | Wells Fargo-IOLA | 15,000.00 | | 0.00 |
| Deposit | 03/31/2014 | CM/wire | Patrick V. Hampson | wire in | Wells Fargo-IOLA | | 265,087.29 | 265,087.29 |
| Deposit | 04/01/2014 | CM/wire | RCC Commercial Inc. | wire in | Wells Fargo-IOLA | | 13,100,000.00 | 13,365,087.29 |
| Check | 04/01/2014 | 3557 | Robinson Brog Leinwand | Fee - Constellation Health/Parmar | Wells Fargo-IOLA | 600,000.00 | | 12,765,087.29 |
| Check | 04/01/2014 | 3558 | Bank of the West | | Wells Fargo-IOLA | 13,196.78 | | 12,751,890.51 |
| Check | 04/01/2014 | 3559 | Susquehanna Commercial Finance | | Wells Fargo-IOLA | 47,477.36 | | 12,704,413.15 |
| Check | 04/01/2014 | 3560 | United Bank - WV | | Wells Fargo-IOLA | 5,063.52 | | 12,699,349.63 |
| Check | 04/01/2014 | 3561 | United Bank - WV | | Wells Fargo-IOLA | 25,247.84 | | 12,674,101.79 |
| Check | 04/01/2014 | 3562 | Staples Credit Card | | Wells Fargo-IOLA | 876.52 | | 12,673,225.27 |
| Check | 04/01/2014 | 3563 | Office Depot | | Wells Fargo-IOLA | 1,563.82 | | 12,671,661.45 |
| Check | 04/01/2014 | 3564 | New American - Corp. | | Wells Fargo-IOLA | 3,380.00 | | 12,668,281.45 |
| Deposit | 04/01/2014 | CM/wire | Whitehorse Fin Warehouse Collection | wire in | Wells Fargo-IOLA | | 10,000,000.00 | 22,668,281.45 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 2,232,702.90 | | 20,435,578.55 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 1,810,349.93 | | 18,625,228.62 |
| Check | 04/01/2014 | DM/wire | Commercial Loan Servicing | wire out | Wells Fargo-IOLA | 1,128,239.10 | | 17,496,989.52 |
| Check | 04/01/2014 | DM/wire | Resource Financial Fund Mgmt | wire out | Wells Fargo-IOLA | 400,000.00 | | 17,096,989.52 |
| Check | 04/01/2014 | DM/wire | Whitehorse Finance Warehouse LLC | wire out | Wells Fargo-IOLA | 304,111.11 | | 16,792,878.41 |
| Check | 04/01/2014 | DM/wire | Sage Group Consulting, Inc. | wire out | Wells Fargo-IOLA | 280,000.00 | | 16,512,878.41 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 275,000.00 | | 16,237,878.41 |
| Check | 04/01/2014 | DM/wire | Commercial Loan Servicing | wire out | Wells Fargo-IOLA | 233,005.89 | | 16,004,872.52 |
| Check | 04/01/2014 | DM/wire | Commercial Loan Servicing | wire out | Wells Fargo-IOLA | 200,594.99 | | 15,804,277.53 |
| Check | 04/01/2014 | DM/wire | GSK Management | wire out | Wells Fargo-IOLA | 200,000.00 | | 15,604,277.53 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 180,000.00 | | 15,424,277.53 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 150,000.00 | | 15,274,277.53 |
| Check | 04/01/2014 | DM/wire | Commercial Loan Servicing | wire out | Wells Fargo-IOLA | 148,133.38 | | 15,126,144.15 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 120,000.00 | | 15,006,144.15 |
| Check | 04/01/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 100,000.00 | | 14,906,144.15 |
| Check | 04/01/2014 | DM/wire | Constellation Health LLC | wire out | Wells Fargo-IOLA | 100,000.00 | | 14,806,144.15 |
| Check | 04/01/2014 | DM/wire | Glenn Cunningham | wire out | Wells Fargo-IOLA | 84,000.00 | | 14,722,144.15 |
| Check | 04/01/2014 | DM/wire | Houston Harbaugh PC Operating Account | wire out | Wells Fargo-IOLA | 78,597.45 | | 14,643,546.70 |
| Check | 04/01/2014 | DM/wire | Christian & Smith IOLTA Trust Acct | wire out | Wells Fargo-IOLA | 50,000.00 | | 14,593,546.70 |
| Check | 04/01/2014 | DM/wire | Kline Keppel & Koryak PC | wire out | Wells Fargo-IOLA | 29,600.00 | | 14,563,946.70 |
| Check | 04/01/2014 | DM/wire | Hercules Technology Growth Capital | wire out | Wells Fargo-IOLA | 14,343,534.06 | | 220,412.64 |
| Check | 04/01/2014 | DM/wire | Law Office of Preston Fox, PC | wire out | Wells Fargo-IOLA | 2,500.00 | | 217,912.64 |
| Check | 04/02/2014 | DM | Internal Revenue Service | EFTPS Payment - transmitted by C Henning (hit 4/3) | Wells Fargo-IOLA | 104,230.02 | | 113,682.62 |
| Check | 04/02/2014 | DM | Internal Revenue Service | EFTPS Payment - transmitted by C Henning (hit 4/3) | Wells Fargo-IOLA | 70,930.34 | | 42,752.28 |
| Check | 04/02/2014 | DM | Internal Revenue Service | EFTPS Payment - transmitted by C Henning (hit 4/3) | Wells Fargo-IOLA | 37,666.18 | | 5,086.10 |
| Check | 04/03/2014 | ACH DM | Etactics Inc. | ACH Payment processed by Christian Henning for Adam Greene, Acct holder | Wells Fargo-IOLA | 3,768.16 | | 1,317.94 |
| Check | 04/04/2014 | 3575 | ADP | | Wells Fargo-IOLA | 2,178.56 | | -860.62 |
| Check | 04/04/2014 | 3576 | AFLAC | | Wells Fargo-IOLA | 477.68 | | -1,338.30 |
| Check | 04/04/2014 | 3577 | All About Massage and Wellness | | Wells Fargo-IOLA | 700.00 | | -2,038.30 |
| Check | 04/04/2014 | 3578 | Allscripts | | Wells Fargo-IOLA | 58,348.39 | | -60,386.69 |
| Check | 04/04/2014 | 3579 | Anna Tomporowski | | Wells Fargo-IOLA | 57.91 | | -60,444.60 |
| Check | 04/04/2014 | 3580 | Athena Health | | Wells Fargo-IOLA | 20,291.00 | | -80,735.60 |
| Check | 04/04/2014 | 3581 | Business Records Management LLC | | Wells Fargo-IOLA | 4,371.06 | | -85,106.66 |
| Check | 04/04/2014 | 3582 | Centron Data Services | | Wells Fargo-IOLA | 4,317.68 | | -89,424.34 |
| Check | 04/04/2014 | 3583 | Clearfield Technologies LLC | | Wells Fargo-IOLA | 626.96 | | -90,051.30 |

**4:29 PM**  
**07/27/17**  
**Accrual Basis**

**Wells Fargo - IOLA (Non-Interest)**  
**Account QuickReport**  
**All Transactions**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 04/04/2014 | 3584 | Community Medical Center | | Wells Fargo-IOLA | 1,923.46 | | -91,974.76 |
| Check | 04/04/2014 | 3585 | Consolidated Communications | | Wells Fargo-IOLA | 1,007.29 | | -92,982.05 |
| Check | 04/04/2014 | 3586 | Dawn Fryar | | Wells Fargo-IOLA | 38.50 | | -93,020.55 |
| Check | 04/04/2014 | 3587 | Decision Health | | Wells Fargo-IOLA | 365.99 | | -93,386.54 |
| Check | 04/04/2014 | 3588 | Elizabeth Smail | | Wells Fargo-IOLA | 68.95 | | -93,455.49 |
| Check | 04/04/2014 | 3589 | Fox Collections (Emdeon) | | Wells Fargo-IOLA | 5,919.36 | | -99,374.85 |
| Check | 04/04/2014 | 3590 | Hamco | | Wells Fargo-IOLA | 2,554.00 | | -101,928.85 |
| Check | 04/04/2014 | 3591 | Houston Harbaugh | | Wells Fargo-IOLA | 12,848.29 | | -114,777.14 |
| Check | 04/04/2014 | 3592 | IP Logic Inc. | | Wells Fargo-IOLA | 1,946.74 | | -116,723.88 |
| Check | 04/04/2014 | 3593 | Jamie Kerestes | | Wells Fargo-IOLA | 1,126.80 | | -117,850.68 |
| Check | 04/04/2014 | 3594 | Katryn Lynn | | Wells Fargo-IOLA | 69.99 | | -117,920.67 |
| Check | 04/04/2014 | 3595 | Kimberly Bill | | Wells Fargo-IOLA | 58.95 | | -117,979.62 |
| Check | 04/04/2014 | 3596 | Marie Ann Palmer | | Wells Fargo-IOLA | 49.95 | | -118,029.57 |
| Check | 04/04/2014 | 3597 | Meyer, Unkovic and Scott | | Wells Fargo-IOLA | 295.00 | | -118,324.57 |
| Check | 04/04/2014 | 3598 | Michael Robert Advertising | | Wells Fargo-IOLA | 106.61 | | -118,431.18 |
| Check | 04/04/2014 | 3599 | Net Xperts | | Wells Fargo-IOLA | 362.46 | | -118,793.64 |
| Check | 04/04/2014 | 3600 | Peter Dawson | | Wells Fargo-IOLA | 500.00 | | -119,293.64 |
| Check | 04/04/2014 | 3624 | Pitney Bowes Purchase Power | | Wells Fargo-IOLA | 19,829.74 | | -139,123.38 |
| Check | 04/04/2014 | 3625 | Premier Medical Associates | | Wells Fargo-IOLA | 343.59 | | -139,466.97 |
| Check | 04/04/2014 | 3626 | Prequel | | Wells Fargo-IOLA | 730.40 | | -140,197.37 |
| Check | 04/04/2014 | 3627 | Staples Business Advantage | | Wells Fargo-IOLA | 1,309.94 | | -141,507.31 |
| Check | 04/04/2014 | 3601 | State Farm Insurance | | Wells Fargo-IOLA | 1,279.78 | | -142,787.09 |
| Check | 04/04/2014 | 3602 | Toshiba Business Solutions | | Wells Fargo-IOLA | 482.59 | | -143,269.68 |
| Check | 04/04/2014 | 3603 | United Concordia Dental | | Wells Fargo-IOLA | 1,783.06 | | -145,052.74 |
| Check | 04/04/2014 | 3604 | White Plume Technologies, LLC | | Wells Fargo-IOLA | 7,760.00 | | -152,812.74 |
| Check | 04/04/2014 | 3605 | American Telephony Inc. | | Wells Fargo-IOLA | 698.00 | | -153,510.74 |
| Check | 04/04/2014 | 3606 | Business Systems and Services Inc. | | Wells Fargo-IOLA | 376.30 | | -153,887.04 |
| Check | 04/04/2014 | 3607 | Centron Data Services Inc. | | Wells Fargo-IOLA | 5,803.05 | | -159,690.09 |
| Check | 04/04/2014 | 3608 | City of Parkersburg - B&O Tax | | Wells Fargo-IOLA | 10,480.83 | | -170,170.92 |
| Check | 04/04/2014 | 3609 | Emdeon Business Services | MED-18376 | Wells Fargo-IOLA | 5,810.97 | | -175,981.89 |
| Check | 04/04/2014 | 3610 | EZ to Use | | Wells Fargo-IOLA | 164.38 | | -176,146.27 |
| Check | 04/04/2014 | 3611 | Highmark Blue Shield | | Wells Fargo-IOLA | 2,073.35 | | -178,219.62 |
| Check | 04/04/2014 | 3612 | Lamp Pestproof | | Wells Fargo-IOLA | 95.40 | | -178,315.02 |
| Check | 04/04/2014 | 3613 | Meyer, Unkovic and Scott | | Wells Fargo-IOLA | 594.00 | | -178,909.02 |
| Check | 04/04/2014 | 3614 | Michael Robert Advertising | | Wells Fargo-IOLA | 106.61 | | -179,015.63 |
| Check | 04/04/2014 | 3615 | Neopost USA Inc. | | Wells Fargo-IOLA | 226.80 | | -179,242.43 |
| Check | 04/04/2014 | 3616 | Noe Office Equipment | | Wells Fargo-IOLA | 433.03 | | -179,675.46 |
| Check | 04/04/2014 | 3617 | Office Depot Credit Plan | | Wells Fargo-IOLA | 868.74 | | -180,544.20 |
| Check | 04/04/2014 | 3618 | Perry & Associates, CPA's A.C. | | Wells Fargo-IOLA | 1,563.49 | | -182,107.69 |
| Check | 04/04/2014 | 3619 | Procom | | Wells Fargo-IOLA | 1,037.13 | | -183,144.82 |
| Check | 04/04/2014 | 3620 | Sir Speedy | | Wells Fargo-IOLA | 1,695.70 | | -184,840.52 |
| Check | 04/04/2014 | 3621 | Staples Advantage | | Wells Fargo-IOLA | 5,103.60 | | -189,944.12 |
| Check | 04/04/2014 | 3622 | Vitera | ACCT #1510475079 | Wells Fargo-IOLA | 7,235.37 | | -197,179.49 |
| Deposit | 04/04/2014 | | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 200,000.00 | 2,820.51 |
| Check | 04/04/2014 | 3623 | Toshiba Business Solutions | | Wells Fargo-IOLA | 218.94 | | 2,601.57 |
| Deposit | 04/14/2014 | 3591 | Houston Harbaugh | VOID CK - 4/4/14 | Wells Fargo-IOLA | | 12,848.29 | 15,449.86 |
| Check | 04/14/2014 | DM/wire | Houston Harbaugh PC Operating Account | wire out | Wells Fargo-IOLA | 12,848.29 | | 2,601.57 |
| Deposit | 04/14/2014 | 3580 | Athena Health | STOP PYMT - 4/4/14 | Wells Fargo-IOLA | | 20,291.00 | 22,892.57 |
| Check | 04/14/2014 | 3636 | Athena Health | replace stopped ck #3580 | Wells Fargo-IOLA | 20,291.00 | | 2,601.57 |
| Deposit | 04/21/2014 | 3610 | EZ to Use | VOID CK - 4/4/14 | Wells Fargo-IOLA | | 164.38 | 2,765.95 |
| Check | 04/29/2014 | DM/wire | Jaffe & Asher Atty IOLA Acct | wire out | Wells Fargo-IOLA | 3,380.00 | | -614.05 |
| Deposit | 04/29/2014 | 3564 | New American - Corp. | STOP PYMT - 4/1/14 (stop effective 4/30) | Wells Fargo-IOLA | | 3,380.00 | 2,765.95 |
| Deposit | 08/07/2014 | CM | Orion Healthcorp, Inc. | move wire of 8/5 mistakingly wired to Operating acct | Wells Fargo-IOLA | | 20,000.00 | 22,765.95 |
| Check | 08/07/2014 | DM/wire | Wolf Rifkin Shapiro Schulman Rabkin LLP | wire out | Wells Fargo-IOLA | 5,000.00 | | 17,765.95 |
| Check | 08/07/2014 | DM/wire | Weathers, Riley & Sheppeard LLP Trust | wire out | Wells Fargo-IOLA | 10,000.00 | | 7,765.95 |
| Deposit | 08/18/2014 | CM/wire | Constellation Health Group | wire in | Wells Fargo-IOLA | | 337,000.00 | 344,765.95 |
| Deposit | 09/02/2014 | CM/wire | Constellation Health LLC | wire in | Wells Fargo-IOLA | | 1,200,000.00 | 1,544,765.95 |
| Check | 09/02/2014 | DM/wire | RCC Commercial Inc. | wire out | Wells Fargo-IOLA | 123,113.72 | | 1,421,652.23 |
| Check | 09/02/2014 | DM/wire | Proskauer Rose LLP Atty Trust Acct | wire out | Wells Fargo-IOLA | 1,200,000.00 | | 221,652.23 |
| Check | 09/03/2014 | 3958 | Graham Curtin, PA | | Wells Fargo-IOLA | 3,966.05 | | 217,686.18 |
| Check | 09/08/2014 | DM/wire | Community Bank | ffc: Weathers Riley & Sheppeard LLP | Wells Fargo-IOLA | 5,000.00 | | 212,686.18 |
| Check | 10/28/2014 | DM/wire | Grant Thornton UK LLP | wire out | Wells Fargo-IOLA | 212,686.18 | | 0.00 |
| Check | 10/30/2014 | | Wells Fargo Bank, NA | Fee for intl wire to Grant Thornton UK LLP on 10/28/14 | Wells Fargo-IOLA | 20.00 | | -20.00 |
| Deposit | 10/30/2014 | CM | Wells Fargo Bank, NA | Fee reimbursement for wire chargeback | Wells Fargo-IOLA | | 20.00 | 0.00 |
| Deposit | 11/10/2014 | CM/wire | Orion Healthcorp, Inc. | wire in (for FUH account) - transferred wire into Operating today to IOLA | Wells Fargo-IOLA | | 1,750,000.00 | 1,750,000.00 |
| Check | 11/11/2014 | DM/wire | First United Health LLC | wire out | Wells Fargo-IOLA | 1,750,000.00 | | 0.00 |
| Deposit | 12/23/2016 | CM/wire | Duff & Phelps LLC | wire in | Wells Fargo-IOLA | | 70,000.00 | 70,000.00 |
| Deposit | 12/23/2016 | CM/wire | Glaser Weil Fink Jacobs Howard | wire in | Wells Fargo-IOLA | | 70,000.00 | 140,000.00 |
| Check | 12/29/2016 | DM/wire | Orion Healthcorp, Inc. | wire out re: Duff & Phelps | Wells Fargo-IOLA | 140,000.00 | | 0.00 |
| **Total Constellation Health LLC** | | | | | | **57,897,069.02** | **57,897,069.02** | **0.00** |

**Constellation Health/ABC**
| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoomi to Constellation Health/ABA per AJG/LP/Sam Zaharis | Constellation Hlth/Rang... | | 327,600.00 | 327,600.00 |
| **Total Constellation Health/ABC** | | | | | | **0.00** | **327,600.00** | **327,600.00** |

**Constellation Health/ACA**
| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoomi to Constellation Health/ACA per AJG/LP/Sam Zaharis | Constellation Hlth/Rang... | | 140,400.00 | 140,400.00 |
| **Total Constellation Health/ACA** | | | | | | **0.00** | **140,400.00** | **140,400.00** |

**Constellation Health/CHT Clsing**

**Wells Fargo - IOLA (Non-Interest)**

**Account QuickReport**

**All Transactions**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 01/30/2017 | CM/wire | CC Capital CHT Holdco LLC | wire in | Wells Fargo-IOLA | | 661,558.28 | 661,558.28 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 700,123.50 | 1,361,681.78 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 4,598,652.58 | 5,960,334.36 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 8,693,406.96 | 14,653,741.32 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 8,765,997.44 | 23,419,738.76 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 2,051,000.00 | 25,470,738.76 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 139,761.00 | 25,610,499.76 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 910,131.25 | 26,520,631.01 |
| Deposit | 02/03/2017 | CM/wire | Capita Registrars Ltd re CHT Inc. | wire in | Wells Fargo-IOLA | | 20,100,356.70 | 46,620,987.71 |
| Check | 02/07/2017 | DM/wire | Merrill Lynch - Moshe&Miriam Feuer | wire out | Wells Fargo-IOLA | 900,000.00 | | 45,720,987.71 |
| Check | 02/10/2017 | DM/wire | Ranga Bhoomi LLC | wire out | Wells Fargo-IOLA | 8,765,997.44 | | 36,954,990.27 |
| Check | 02/10/2017 | DM/wire | Ranga Bhoomi LLC | wire out | Wells Fargo-IOLA | 7,234,002.56 | | 29,720,987.71 |
| Check | 02/21/2017 | DM/wire | Reel Life Production PVT LTD | wire out | Wells Fargo-IOLA | 300,000.00 | | 29,420,987.71 |
| General Journal | 03/15/2017 | 40 | | move from Constellation Hlth/CHT Clsing to RBLGGG/CHT Fees per AMG | RBLGGG/CHT Fees | 700,000.00 | | 28,720,987.71 |
| General Journal | 03/15/2017 | 41 | | move from Constellation Hlth/CHT Clsing to RBLGGG/CHT Fees per AMG | RBLGGG/CHT Fees | 1,800,000.00 | | 26,920,987.71 |
| Check | 03/15/2017 | DM | Legal Order Debit - FBI case#22835317 | Funds debited/held per Wells Fargo | Wells Fargo-IOLA | 20,100,356.70 | | 6,820,631.01 |
| Check | 03/24/2017 | DM/wire | Windels Marx Lane & Mittendorf LLP | wire out | Wells Fargo-IOLA | 100,000.00 | | 6,720,631.01 |
| Check | 04/13/2017 | DM/wire | Damian & Valori LLP, Operating Acct | wire out | Wells Fargo-IOLA | 10,000.00 | | 6,710,631.01 |
| Check | 04/18/2017 | DM/wire | Reel Life Production PVT LTD | wire out | Wells Fargo-IOLA | 150,000.00 | | 6,560,631.01 |
| General Journal | 04/27/2017 | 44 | | move from RBLGGG/CHT Fees to Constellation Hlth/CHT Clsing per AMG | RBLGGG/CHT Fees | | 1,800,000.00 | 8,360,631.01 |
| Check | 05/15/2017 | 6099 | State Street Corporate LLC | inv #11962/11963/11967 | Wells Fargo-IOLA | 300.00 | | 8,360,331.01 |
| Check | 05/16/2017 | 6101 | Pepper Hamilton LLP | C/M# 145289.00002-INV# 11036808 | Wells Fargo-IOLA | 4,386.75 | | 8,355,944.26 |
| Check | 05/25/2017 | DM/wire | Abruzzi Investments LLC | wire out | Wells Fargo-IOLA | 250,000.00 | | 8,105,944.26 |
| Check | 06/06/2017 | 6153 | Wilcox & Fetzer | re: Destra - invs# 40170/40178 | Wells Fargo-IOLA | 4,522.71 | | 8,101,421.55 |
| Check | 06/23/2017 | DM/wire | Niknim Management Inc. | wire out | Wells Fargo-IOLA | 1,500,000.00 | | 6,601,421.55 |
| Check | 06/27/2017 | 6198 | US Legal Support | Inv ESI009608 | Wells Fargo-IOLA | 731.90 | | 6,600,689.65 |
| Check | 06/28/2017 | DM/wire | Niknim Management Inc. | wire out | Wells Fargo-IOLA | 20,000.00 | | 6,580,689.65 |
| Check | 07/05/2017 | 5852 | Precise Court Reporting Services Inc. | INV#33798 Case#1:16-CV-02206-GHW | Wells Fargo-IOLA | 813.90 | | 6,579,875.75 |
| Check | 07/13/2017 | DM/wire | Kriss & Feuerstein LLP | | Wells Fargo-IOLA | 1,623,600.00 | | 4,956,275.75 |
| Check | 07/25/2017 | 6243 | Depo International | Destra v Parmjit Singh PArmar etal B#31015/31020 | Wells Fargo-IOLA | 3,950.25 | | 4,952,325.50 |
| Total Constellation Health/CHT Clsing | | | | | | 43,468,662.21 | 48,420,987.71 | 4,952,325.50 |
| **Constellation Health/CHT/Kelly** | | | | | | | | |
| Deposit | 03/10/2017 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 2,000,000.00 | 2,000,000.00 |
| Total Constellation Health/CHT/Kelly | | | | | | 0.00 | 2,000,000.00 | 2,000,000.00 |
| **Constellation Health/CHT/NYNM** | | | | | | | | |
| Deposit | 03/10/2017 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 3,590,000.00 | 3,590,000.00 |
| Total Constellation Health/CHT/NYNM | | | | | | 0.00 | 3,590,000.00 | 3,590,000.00 |
| **Constellation Healthcare Techs.** | | | | | | | | |
| Deposit | 12/18/2014 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 7,853,888.40 | 7,853,888.40 |
| Check | 12/29/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 571,102.00 | | 7,282,786.40 |
| Check | 12/29/2014 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 2,986,534.00 | | 4,296,252.40 |
| Deposit | 01/02/2015 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 6,224,000.08 | 10,520,252.48 |
| Deposit | 01/02/2015 | CM/wire | Orion Healthcorp, Inc. | wire in | Wells Fargo-IOLA | | 1,960,000.00 | 12,480,252.48 |
| Check | 01/07/2015 | 4211 | Robinson Brog Leinwand | Fees - client 100669.0000 | Wells Fargo-IOLA | 303,913.36 | | 12,176,339.12 |
| Check | 01/09/2015 | DM/wire | Rosenberg Rich Baker Berman & Co | wire out | Wells Fargo-IOLA | 78,497.00 | | 12,097,842.12 |
| Check | 01/21/2015 | DM/wire | Constellation Healthcare Technologies | | Wells Fargo-IOLA | 12,097,842.12 | | 0.00 |
| Deposit | 03/02/2015 | CM/wire | Constellation Healthcare Technologies | wire in | Wells Fargo-IOLA | | 2,089,307.15 | 2,089,307.15 |
| Check | 03/02/2015 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 2,089,307.15 | | 0.00 |
| Deposit | 03/03/2015 | CM/wire | Constellation Healthcare Technologies | wire in | Wells Fargo-IOLA | | 9,800,000.00 | 9,800,000.00 |
| Check | 03/05/2015 | DM/wire | First United Health LLC | wire out | Wells Fargo-IOLA | 3,000,000.00 | | 6,800,000.00 |
| Check | 03/05/2015 | DM/wire | Steven Landy & Assocs PPLC Atty Trust | wire out | Wells Fargo-IOLA | 4,376,211.94 | | 2,423,788.06 |
| Check | 03/05/2015 | DM/wire | Porteck Corp. | wire out/benef:Itria Ventures LLC | Wells Fargo-IOLA | 471,527.74 | | 1,952,260.32 |
| Check | 03/05/2015 | DM/wire | Steven Landy & Assocs PPLC Atty Trust | wire out | Wells Fargo-IOLA | 300,000.00 | | 1,652,260.32 |
| Check | 03/05/2015 | DM/wire | People's United Bank | wire out/benef: GL 2441-004 Porteck Corp. | Wells Fargo-IOLA | 597,648.59 | | 1,054,611.73 |
| Check | 03/05/2015 | DM/wire | Atlantic Health, LLC | wire out | Wells Fargo-IOLA | 625,000.00 | | 429,611.73 |
| Check | 03/05/2015 | DM/wire | Porteck Corp. | wire out/benef:Itria Ventures LLC | Wells Fargo-IOLA | 189,555.48 | | 240,056.25 |
| Check | 03/05/2015 | DM/wire | Porteck Corp. | wire out/benef:Swift Financial Corp. | Wells Fargo-IOLA | 240,056.25 | | 0.00 |
| Total Constellation Healthcare Techs. | | | | | | 27,927,195.63 | 27,927,195.63 | 0.00 |
| **Constellation Hlth/NAYA Cls Esc** | | | | | | | | |
| General Journal | 12/08/2016 | 36 | | move from Constellation Hlth/Ranga Bhoomi to Constellation Hlth/NAYA Cls Esc per AMG/Sam Zaharis | Constellation Hlth/Rang... | | 1,220,000.00 | 1,220,000.00 |
| General Journal | 02/03/2017 | 38 | | move from Constellation Hlth/NAYA Cls Esc to Constellation Hlth/Ranga Bhoomi per AMG/Sam Zaharis | Constellation Hlth/Rang... | 1,220,000.00 | | 0.00 |
| Total Constellation Hlth/NAYA Cls Esc | | | | | | 1,220,000.00 | 1,220,000.00 | 0.00 |
| **Constellation Hlth/Ranga Bhoomi** | | | | | | | | |
| Deposit | 08/10/2016 | CM/wire | Constellation Healthcare Technologies | wire in | Wells Fargo-IOLA | | 12,740,000.00 | 12,740,000.00 |
| Check | 09/21/2016 | DM/wire | Allegiance Billing Associates, Inc. | wire out | Wells Fargo-IOLA | 2,293,200.00 | | 10,446,800.00 |
| Check | 09/21/2016 | DM/wire | Allegiance Billing Associates, Inc. | wire out | Wells Fargo-IOLA | 982,800.00 | | 9,464,000.00 |
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoomi to Constellation Health/ABA per AJG/LP/Sam Zaharis | -SPLIT- | 327,600.00 | | 9,136,400.00 |
| General Journal | 09/21/2016 | 30 | | move from Ranga Bhoomi to Constellation Health/ACA per AJG/LP/Sam Zaharis | Constellation Hlth/Rang... | 140,400.00 | | 8,996,000.00 |
| Check | 10/06/2016 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 500,000.00 | | 8,496,000.00 |
| Check | 10/11/2016 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 150,000.00 | | 8,346,000.00 |
| Deposit | 10/17/2016 | 001950 | Township of Colts Neck | Deposit | Wells Fargo-IOLA | | 28,670.97 | 8,374,670.97 |
| Check | 10/20/2016 | DM/wire | Sher Tremonte LLP | wire out | Wells Fargo-IOLA | 365,000.00 | | 8,009,670.97 |
| Check | 11/23/2016 | DM/wire | Michele Matney | wire out | Wells Fargo-IOLA | 60,000.00 | | 7,949,670.97 |

**4:29 PM**

**07/27/17**

**Accrual Basis**

**Wells Fargo - IOLA (Non-Interest)**

**Account QuickReport**

**All Transactions**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 11/23/2016 | DM/wire | Mick Raich | wire out | Wells Fargo-IOLA | 240,000.00 | | 7,709,670.97 |
| General Journal | 12/08/2016 | 36 | | move from Constellation Hlth/Ranga Bhoomi to Constellation Hlth/NAYA Cls Esc per AMG/Sam Zaharis | Constellation Hlth/NAY... | 1,220,000.00 | | 6,489,670.97 |
| Check | 12/22/2016 | 5808 | Robinson Brog Leinwand | Fee- Parmar - C#100415 | Wells Fargo-IOLA | 697,392.29 | | 5,792,278.68 |
| Check | 12/30/2016 | DM/wire | Young Conaway Stargatt & Taylor | wire out | Wells Fargo-IOLA | 200,000.00 | | 5,592,278.68 |
| Check | 01/18/2017 | DM/wire | Young Conaway Stargatt & Taylor | wire out | Wells Fargo-IOLA | 100,000.00 | | 5,492,278.68 |
| General Journal | 02/03/2017 | 38 | | move from Constellation Hlth/NAYA Cls Esc to Constellation Hlth/Ranga Bhoomi per AMG/Sam Zaharis | Constellation Hlth/NAY... | | 1,220,000.00 | 6,712,278.68 |
| Check | 02/15/2017 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 50,000.00 | | 6,662,278.68 |
| Check | 02/16/2017 | DM/wire | Orion Healthcorp, Inc. | wire out | Wells Fargo-IOLA | 720,000.00 | | 5,942,278.68 |
| Check | 03/03/2017 | DM/wire | Michelle Matney | wire out | Wells Fargo-IOLA | 100,260.00 | | 5,842,018.68 |
| Check | 03/03/2017 | DM/wire | Marko Raich | wire out | Wells Fargo-IOLA | 178,240.00 | | 5,663,778.68 |
| Check | 04/27/2017 | 6069 | United States Treasury | #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 - notices dated 2/6/14 & 5/19/14 (CIVPEN) | Wells Fargo-IOLA | 246,291.45 | | 5,417,487.23 |
| Total Constellation Hlth/Ranga Bhoomi | | | | | | 8,571,183.74 | 13,988,670.97 | 5,417,487.23 |
| Total Greene, A. Mitchell | | | | | | 139,084,110.60 | 155,511,923.33 | 16,427,812.73 |
| **TOTAL** | | | | | | **139,084,110.60** | **155,511,923.33** | **16,427,812.73** |