# Exhibit 3

## payment of legal fees and disbursement out of Escrow

**From:** Sam Zaharis <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=ee3b50afeb8b4c0f9b7150385aa45585-sam.zaharis">
**To:** Adam J Greene <ajg@robinsonbrog.com>, "A. Mitchell Greene" <amg@robinsonbrog.com>, "Stephen R. Hope" <srh@robinsonbrog.com>
**Cc:** Paul Parmar <paul@constellationhealthgroup.com>
**Date:** Thu, 22 Dec 2016 09:32:18 -0500

Gentlemen,

This email it to authorize the payment of $668,000 to be taken from the Ranga Bhoomi Escrow account and for those proceeds to be applied against all legal fees, expenses and disbursements in relation to invoices raised for 2016 until todays date.

Regards,

SAM ZAHARIS