# Exhibit 5

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 6/13/2013 | Abruzzi Investments LLC | wire in | 4,000,000.00 | 4,000,000.00 |
| 6/14/2013 | Constellation Health Group | wire in | 11,000,000.00 | 15,000,000.00 |
| 6/17/2013 | Hercules Funding II, Inc. | wire in | 15,620,000.00 | 30,620,000.00 |
| 6/17/2013 | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Esc Fun | (2,500.00) | 30,617,500.00 |
| 6/17/2013 | Habif, Arogeti & Wynne, LLP | wire out | (36,000.00) | 30,581,500.00 |
| 6/17/2013 | Wingman Health Corp. | wire out | (40,000.00) | 30,541,500.00 |
| 6/17/2013 | Sarah Reinsch | wire out | (40,000.00) | 30,501,500.00 |
| 6/17/2013 | Kirkland & Ellis LLP | wire out | (50,000.00) | 30,451,500.00 |
| 6/17/2013 | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Exp Fun | (100,000.00) | 30,351,500.00 |
| 6/17/2013 | Wingman Health Corp. | wire out | (367,330.00) | 29,984,170.00 |
| 6/17/2013 | Orion Healthcorp, Inc. | wire out | (400,000.00) | 29,584,170.00 |
| 6/17/2013 | Benesch, Friedlander, Coplan & Aronof | wire out | (485,000.00) | 29,099,170.00 |
| 6/17/2013 | Escrow Incoming Wire Account | wire out/JPM as EA for Constellation Health/Orion Esc Fun | (600,000.00) | 28,499,170.00 |
| 6/17/2013 | Tripletree, LLC | wire out | (647,704.83) | 27,851,465.17 |
| 6/17/2013 | Orion Disbursing Agent, LLC | wire out | (15,785,837.41) | 12,065,627.76 |
| 6/17/2013 | Wells Fargo Capital Finance, Inc. | wire out | (9,113,969.29) | 2,951,658.47 |
| 6/17/2013 | McguireWoods Operating Account | wire out | (7,500.00) | 2,944,158.47 |
| 6/17/2013 | Dalmore Group LLC | wire out | (200,000.00) | 2,744,158.47 |
| 6/18/2013 | Moore Colson | wire out | (31,146.00) | 2,713,012.47 |
| 6/18/2013 | Sage Group Consulting, Inc. | wire out | (140,000.00) | 2,573,012.47 |
| 6/18/2013 | Sage Group Consulting, Inc. | wire out | (1,025,000.00) | 1,548,012.47 |
| 6/21/2013 | Brown Brothers Harriman & Co. | wire out | (43,012.47) | 1,505,000.00 |
| 6/26/2013 | Orion Healthcorp, Inc. |  | 75,000.00 | 1,580,000.00 |
| 6/27/2013 | Robinson Brog Leinwand | Fee - C#100669 | (40,000.00) | 1,540,000.00 |
| 6/27/2013 | Preston Fox Coltaf | wire out | (5,000.00) | 1,535,000.00 |
| 6/27/2013 | Chmstian & Smith IOLTA Trust Acct | wire out | (5,000.00) | 1,530,000.00 |
| 6/27/2013 | Wolf Rifkin Shapiro Schulman Rabkin LLP | wire out | (25,000.00) | 1,505,000.00 |
| 7/3/2013 | Orion Healthcorp, Inc. | wire in | 108,278.06 | 1,613,278.06 |
| 7/15/2013 | Constellation Health Group | wire out | (1,613,278.06) | 0.00 |
| 1/14/2014 | Orion Healthcorp, Inc. | acct to acct transfer of wire sent into Operating account in error (Pa | 45,000.00 | 45,000.00 |
| 1/15/2014 | Chmstian & Smith IOLTA Trust Acct | wire out | (15,000.00) | 30,000.00 |
| 1/15/2014 | Chamberlain Hrdlicka White etal | wire out | (15,000.00) | 15,000.00 |
| 1/15/2014 | Community Bank | ffc: Weathers Riley & Sheppeard LLP | (15,000.00) | 0.00 |
| 3/31/2014 | Patrick V. Hampson | wire in | 265,087.29 | 265,087.29 |
| 4/1/2014 | RCC Commercial Inc. | wire in | 13,100,000.00 | 13,365,087.29 |
| 4/1/2014 | Robinson Brog Leinwand | Fee - Constellation Health/Parmar | (600,000.00) | 12,765,087.29 |
| 4/1/2014 | Bank of the West |  | (13,196.78) | 12,751,890.51 |
| 4/1/2014 | Susquehanna Commercial Finance |  | (47,477.36) | 12,704,413.15 |
| 4/1/2014 | United Bank - WV |  | (5,063.52) | 12,699,349.63 |
| 4/1/2014 | United Bank - WV |  | (25,247.84) | 12,674,101.79 |
| 4/1/2014 | Staples |  | (876.52) | 12,673,225.27 |
| 4/1/2014 | Office Depot |  | (1,563.82) | 12,671,661.45 |
| 4/1/2014 | New Amercan - Corp. |  | (3,380.00) | 12,668,281.45 |

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 4/1/2014 | Whitehorse Finance Warehouse LLC | wire in | 10,000,000.00 | 22,668,281.45 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (2,232,702.90) | 20,435,578.55 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (1,810,349.93) | 18,625,228.62 |
| 4/1/2014 | Commercial Loan Seracing | wire out | (1,128,239.10) | 17,496,989.52 |
| 4/1/2014 | Resource Financial Fund Mgmt | wire out | (400,000.00) | 17,096,989.52 |
| 4/1/2014 | Whitehorse Finance Warehouse LLC | wire out | (304,111.11) | 16,792,878.41 |
| 4/1/2014 | Sage Group Consulting, Inc. | wire out | (280,000.00) | 16,512,878.41 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (275,000.00) | 16,237,878.41 |
| 4/1/2014 | Commercial Loan Seracing | wire out | (233,005.89) | 16,004,872.52 |
| 4/1/2014 | Commercial Loan Seracing | wire out | (200,594.99) | 15,804,277.53 |
| 4/1/2014 | GSK Management | wire out | (200,000.00) | 15,604,277.53 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (180,000.00) | 15,424,277.53 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (150,000.00) | 15,274,277.53 |
| 4/1/2014 | Commercial Loan Seracing | wire out | (148,133.38) | 15,126,144.15 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (120,000.00) | 15,006,144.15 |
| 4/1/2014 | Orion Healthcorp, Inc. | wire out | (100,000.00) | 14,906,144.15 |
| 4/1/2014 | Constellation Health LLC | wire out | (100,000.00) | 14,806,144.15 |
| 4/1/2014 | Glenn Cunningham | wire out | (84,000.00) | 14,722,144.15 |
| 4/1/2014 | Houston Harbaugh | wire out | (78,597.45) | 14,643,546.70 |
| 4/1/2014 | Chmstian & Smith IOLTA Trust Acct | wire out | (50,000.00) | 14,593,546.70 |
| 4/1/2014 | Kline Keppel & Koryak PC | wire out | (29,600.00) | 14,563,946.70 |
| 4/1/2014 | Hercules Technology Growth Capital | wire out | (14,343,534.06) | 220,412.64 |
| 4/1/2014 | Law Office of Preston Fox, PC | wire out | (2,500.00) | 217,912.64 |
| 4/2/2014 | Internal Revenue Serace | EFTPS Payment - transmitted by C Henning (hit 4/3) | (104,230.02) | 113,682.62 |
| 4/2/2014 | Internal Revenue Serace | EFTPS Payment - transmitted by C Henning (hit 4/3) | (70,930.34) | 42,752.28 |
| 4/2/2014 | Internal Revenue Serace | EFTPS Payment - transmitted by C Henning (hit 4/3) | (37,666.18) | 5,086.10 |
| 4/3/2014 | Etactics Inc. | ACH Payment processed by Christian Henning for Adam Greene, Acc | (3,768.16) | 1,317.94 |
| 4/4/2014 | ADP | | (2,178.56) | (860.62) |
| 4/4/2014 | AFLAC | | (477.68) | (1,338.30) |
| 4/4/2014 | All About Massage and Wellness | | (700.00) | (2,038.30) |
| 4/4/2014 | Allscr pts | | (58,348.39) | (60,386.69) |
| 4/4/2014 | Anna Tomporowski | | (57.91) | (60,444.60) |
| 4/4/2014 | Athena Health | | (20,291.00) | (80,735.60) |
| 4/4/2014 | Business Records Management LLC | | (4,371.06) | (85,106.66) |
| 4/4/2014 | Centron Data Services Inc. | | (4,317.68) | (89,424.34) |
| 4/4/2014 | Clearfield Technologies LLC | | (626.96) | (90,051.30) |
| 4/4/2014 | Community Medical Center | | (1,923.46) | (91,974.76) |
| 4/4/2014 | Consolidated Communications | | (1,007.29) | (92,982.05) |
| 4/4/2014 | Dawn Fryar | | (38.50) | (93,020.55) |
| 4/4/2014 | Decision Health | | (365.99) | (93,386.54) |
| 4/4/2014 | Elizabeth Smail | | (68.95) | (93,455.49) |
| 4/4/2014 | Fox Collections (Emdeon) | | (5,919.36) | (99,374.85) |
| 4/4/2014 | Hamco | | (2,554.00) | (101,928.85) |

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 4/4/2014 | Houston Harbaugh | | (12,848.29) | (114,777.14) |
| 4/4/2014 | IP Logic Inc. | | (1,946.74) | (116,723.88) |
| 4/4/2014 | Jamie Kerestes | | (1,126.80) | (117,850.68) |
| 4/4/2014 | Katryn Lynn | | (69.99) | (117,920.67) |
| 4/4/2014 | Kimbery Bill | | (58.95) | (117,979.62) |
| 4/4/2014 | Marie Ann Palmer | | (49.95) | (118,029.57) |
| 4/4/2014 | Meyer, Unkovic and Scott | | (295.00) | (118,324.57) |
| 4/4/2014 | Michael Robert Advertising | | (106.61) | (118,431.18) |
| 4/4/2014 | Net Xperts | | (362.46) | (118,793.64) |
| 4/4/2014 | Peter Dawson | | (500.00) | (119,293.64) |
| 4/4/2014 | Pitney Bowes Purchase Power | | (19,829.74) | (139,123.38) |
| 4/4/2014 | Premier Medical Associates | | (343.59) | (139,466.97) |
| 4/4/2014 | Prequel | | (730.40) | (140,197.37) |
| 4/4/2014 | Staples | | (1,309.94) | (141,507.31) |
| 4/4/2014 | State Farm Insurance | | (1,279.78) | (142,787.09) |
| 4/4/2014 | Toshiba Business Solutions | | (482.59) | (143,269.68) |
| 4/4/2014 | United Concordia Dental | | (1,783.06) | (145,052.74) |
| 4/4/2014 | White Plume Technologies, LLC | | (7,760.00) | (152,812.74) |
| 4/4/2014 | Amercan Telephony Inc. | | (698.00) | (153,510.74) |
| 4/4/2014 | Business Systems and Services Inc. | | (376.30) | (153,887.04) |
| 4/4/2014 | Centron Data Services Inc. | | (5,803.05) | (159,690.09) |
| 4/4/2014 | City of Parkersburg - B&O Tax | | (10,480.83) | (170,170.92) |
| 4/4/2014 | Emdeon Business Seraces | MED-18376 | (5,810.97) | (175,981.89) |
| 4/4/2014 | EZ to Use | | (164.38) | (176,146.27) |
| 4/4/2014 | Highmark Blue Shield | | (2,073.35) | (178,219.62) |
| 4/4/2014 | Lamp Pestproof | | (95.40) | (178,315.02) |
| 4/4/2014 | Meyer, Unkovic and Scott | | (594.00) | (178,909.02) |
| 4/4/2014 | Michael Robert Advertising | | (106.61) | (179,015.63) |
| 4/4/2014 | Neopost USA Inc. | | (226.80) | (179,242.43) |
| 4/4/2014 | Noe Office Equipment | | (433.03) | (179,675.46) |
| 4/4/2014 | Office Depot | | (868.74) | (180,544.20) |
| 4/4/2014 | Perry & Associates, CPA's AC. | | (1,563.49) | (182,107.69) |
| 4/4/2014 | Procom | | (1,037.13) | (183,144.82) |
| 4/4/2014 | Sir Speedy | | (1,695.70) | (184,840.52) |
| 4/4/2014 | Staples | | (5,103.60) | (189,944.12) |
| 4/4/2014 | Vitera | ACCT #1510475079 | (7,235.37) | (197,179.49) |
| 4/4/2014 | Orion Healthcorp, Inc. | wire in | 200,000.00 | 2,820.51 |
| 4/4/2014 | Toshiba Business Solutions | | (218.94) | 2,601.57 |
| 4/14/2014 | Houston Harbaugh | VOID CK - 4/4/14 | 12,848.29 | 15,449.86 |
| 4/14/2014 | Houston Harbaugh | wire out | (12,848.29) | 2,601.57 |
| 4/14/2014 | Athena Health | STOP PYMT - 4/4/14 | 20,291.00 | 22,892.57 |
| 4/14/2014 | Athena Health | replace stopped ck #3580 | (20,291.00) | 2,601.57 |
| 4/21/2014 | EZ to Use | VOID CK - 4/4/14 | 164.38 | 2,765.95 |

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 4/29/2014 | Jaffe & Asher Atty IOLA Acct | wire out | (3,380.00) | (614.05) |
| 4/29/2014 | New Amercan - Corp. | STOP PYMT - 4/1/14 (stop effective 4/30) | 3,380.00 | 2,765.95 |
| 8/7/2014 | Orion Healthcorp, Inc. | ove wire of 8/5 mistakingly wired to Operating acct | 20,000.00 | 22,765.95 |
| 8/7/2014 | Wolf Rifkin Shapiro Schulman Rabkin LLP | wire out | (5,000.00) | 17,765.95 |
| 8/7/2014 | Weathers, Riley & Sheppeard LLP Trust | wire out | (10,000.00) | 7,765.95 |
| 8/18/2014 | Constellation Health Group | wire in | 337,000.00 | 344,765.95 |
| 9/2/2014 | Constellation Health LLC | wire in | 1,200,000.00 | 1,544,765.95 |
| 9/2/2014 | RCC Commercial Inc. | wire out | (123,113.72) | 1,421,652.23 |
| 9/2/2014 | Proskauer Rose LLP Atty Trust Acct | wire ou | (1,200,000.00) | 221,652.23 |
| 9/3/2014 | Graham Curtin, PA | | (3,966.05) | 217,686.18 |
| 9/8/2014 | Community Bank | ffc: Weathers Riley & Sheppeard LLP | (5,000.00) | 212,686.18 |
| 10/28/2014 | Grant Thornton UK LLP | wire ou | (212,686.18) | 0.00 |
| 10/30/2014 | Wells Fargo Bank, NA | Fee for intl wire to Grant Thornton UK LLP on 10/28/14 | (20.00) | (20.00) |
| 10/30/2014 | Wells Fargo Bank, NA | Fee reimbursement for wire chargeback | 20.00 | 0.00 |
| 11/10/2014 | Orion Healthcorp, Inc. | wire in (for FUH account) - transferred wire into Operating today to IOL | 1,750,000.00 | 1,750,000.00 |
| 11/11/2014 | First United Health LLC | wire ou | (1,750,000.00) | 0.00 |
| 12/18/2014 | Orion Healthcorp, Inc. | wire in | 7,853,888.40 | 7,853,888.40 |
| 12/29/2014 | Orion Healthcorp, Inc. | wire out | (571,102.00) | 7,282,786.40 |
| 12/29/2014 | Orion Healthcorp, Inc. | wire out | (2,986,534.00) | 4,296,252.40 |
| 1/2/2015 | Orion Healthcorp, Inc. | wire in | 6,224,000.08 | 10,520,252.48 |
| 1/2/2015 | Orion Healthcorp, Inc. | wire in | 1,960,000.00 | 12,480,252.48 |
| 1/7/2015 | Robinson Brog Leinwand | Fees - client 100669.0000 | (303,913.36) | 12,176,339.12 |
| 1/9/2015 | Rosenberg Rich Baker Berman & Co | wire out | (78,497.00) | 12,097,842.12 |
| 1/21/2015 | Constellation Healthcare Technologies | wire out | (12,097,842.12) | - |
| 3/2/2015 | Constellation Healthcare Technologies | wire in | 2,089,307.15 | 2,089,307.15 |
| 3/2/2015 | Orion Healthcorp, Inc. | wire out | (2,089,307.15) | - |
| 3/3/2015 | Constellation Healthcare Technologies | wire in | 9,800,000.00 | 9,800,000.00 |
| 3/5/2015 | First United Health LLC | wire out | (3,000,000.00) | 6,800,000.00 |
| 3/5/2015 | Steven Landy & Assocs PPLC Atty Trust | wire out | (4,376,211.94) | 2,423,788.06 |
| 3/5/2015 | Porteck Corp. | wire out/benef:Itria Ventures LLC | (471,527.74) | 1,952,260.32 |
| 3/5/2015 | Steven Landy & Assocs PPLC Atty Trust | wire ou | (300,000.00) | 1,652,260.32 |
| 3/5/2015 | People's United Bank | wire out/benef: GL 2441-004 Porteck Corp | (597,648.59) | 1,054,611.73 |
| 3/5/2015 | Atlantic Health, LLC | wire out | (625,000.00) | 429,611.73 |
| 3/5/2015 | Porteck Corp. | wire out/benef:Itria Ventures LLC | (189,555.48) | 240,056.25 |
| 3/5/2015 | Porteck Corp. | wire out/benef:Swift Financial Corp | (240,056.25) | (0.00) |
| 8/10/2016 | Constellation Healthcare Technologies | wire in | 12,740,000.00 | 12,740,000.00 |
| 9/21/2016 | | move from Ranga Bhoomi to Constellation Health/ABA per AJG/LP/Sam Zaharis | 327,600.00 | 13,067,600.00 |
| 9/21/2016 | | move from Ranga Bhoomi to Constellation Health/ACA per AJG/LP/Sam Zaharis | 140,400.00 | 13,208,000.00 |
| 9/21/2016 | Allegiance Billing Associates, Inc. | wire out | (2,293,200.00) | 10,914,800.00 |
| 9/21/2016 | Allegiance Billing Associates, Inc. | wire out | (982,800.00) | 9,932,000.00 |

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 9/21/2016 | | move from Ranga Bhoomi to Constellation Health/ABA per AJG/LP/Sam Zaharis | (327,600.00) | 9,604,400.00 |
| 9/21/2016 | | move from Ranga Bhoomi to Constellation Health/ACA per AJG/LP/Sam Zaharis | (140,400.00) | 9,464,000.00 |
| 10/6/2016 | Orion Healthcorp, Inc. | wire ou | (500,000.00) | 8,964,000.00 |
| 10/11/2016 | Orion Healthcorp, Inc. | wire out | (150,000.00) | 8,814,000.00 |
| 10/17/2016 | Township of Colts Neck | Deposit | 28,670.97 | 8,842,670.97 |
| 10/20/2016 | Sher Tremonte LLP | wire out | (365,000.00) | 8,477,670.97 |
| 11/23/2016 | Michelle Matney | wire ou | (60,000.00) | 8,417,670.97 |
| 11/23/2016 | Mick Raich | wire ou | (240,000.00) | 8,177,670.97 |
| 12/8/2016 | | move from Constellation Hlth/Ranga Bhoomi to Constellation Hlth/NAYA Cls Esc per AMG/Sam Zaharis | 1,220,000.00 | 9,397,670.97 |
| 12/8/2016 | | move from Constellation Hlth/Ranga Bhoomi to Constellation Hlth/NAYA Cls Esc per AMG/Sam Zaharis | (1,220,000.00) | 8,177,670.97 |
| 12/22/2016 | Robinson Brog Leinwand | Fee- Parmar - C#100415 | (697,392.29) | 7,480,278.68 |
| 12/23/2016 | Duff & Phelps LLC | wire in | 70,000.00 | 7,550,278.68 |
| 12/23/2016 | Glaser Weil Fink Jacobs Howard | wire in | 70,000.00 | 7,620,278.68 |
| 12/29/2016 | Orion Healthcorp, Inc. | wire out re: Duff & Phelps | (140,000.00) | 7,480,278.68 |
| 12/30/2016 | Young Conaway Stargatt & Taylor | wire out | (200,000.00) | 7,280,278.68 |
| 1/18/2017 | Young Conaway Stargatt & Taylor | wire ou | (100,000.00) | 7,180,278.68 |
| 1/30/2017 | CC Capital CHT Holdco LLC | wire in | 661,558.28 | 7,841,836.96 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 700,123.50 | 8,541,960.46 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 4,598,652.58 | 13,140,613.04 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 8,693,406.96 | 21,834,020.00 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 8,765,997.44 | 30,600,017.44 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 2,051,000.00 | 32,651,017.44 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 139,761.00 | 32,790,778.44 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 910,131.25 | 33,700,909.69 |
| 2/3/2017 | Capita Registrars Ltd re CHT Inc. | wire in | 20,100,356.70 | 53,801,266.39 |
| 2/3/2017 | | move from Constellation Hlth/NAYA Cls Esc to Constellation Hlth/Ranga Bhoomi per AMG/Sam Zaharis | (1,220,000.00) | 52,581,266.39 |
| 2/3/2017 | | move from Constellation Hlth/NAYA Cls Esc to Constellation Hlth/Ranga Bhoomi per AMG/Sam Zaharis | 1,220,000.00 | 53,801,266.39 |
| 2/7/2017 | Merrill Lynch - Moshe&Miriam Feuer | wire ou | (900,000.00) | 52,901,266.39 |
| 2/10/2017 | Ranga Bhoomi LLC | wire ou | (8,765,997.44) | 44,135,268.95 |
| 2/10/2017 | Ranga Bhoomi LLC | wire out | (7,234,002.56) | 36,901,266.39 |
| 2/15/2017 | Orion Healthcorp, Inc. | wire out | (50,000.00) | 36,851,266.39 |
| 2/16/2017 | Orion Healthcorp, Inc. | wire out | (720,000.00) | 36,131,266.39 |
| 2/21/2017 | Reel Life Production PVT LTD | wire out | (300,000.00) | 35,831,266.39 |
| 3/3/2017 | Michelle Matney | wire out | (100,260.00) | 35,731,006.39 |
| 3/3/2017 | Marko Raich | wire ou | (178,240.00) | 35,552,766.39 |
| 3/10/2017 | Orion Healthcorp, Inc. | wire in | 2,000,000.00 | 37,552,766.39 |
| 3/10/2017 | Orion Healthcorp, Inc. | wire in | 3,590,000.00 | 41,142,766.39 |

**Robinson Brog Debtor Escrow Account Activity (Report as of July 27, 2017)**

| Date | Name | Escrow Account Memo | Amount | Running Balance |
|---|---|---|---:|---:|
| 3/15/2017 | | move from Constellation Hlth/CHT Clsing to RBLGGG/CHT Fees per AMG | (700,000.00) | 40,442,766.39 |
| 3/15/2017 | | move from Constellation Hlth/CHT Clsing to RBLGGG/CHT Fees per AMG | (1,800,000.00) | 38,642,766.39 |
| 3/15/2017 | Legal Order Debit - FBI case#22835317 | Funds debited/held per Wells Fargo | (20,100,356.70) | 18,542,409.69 |
| 3/24/2017 | Windels Marx Lane & Mittendorf LLP | wire out | (100,000.00) | 18,442,409.69 |
| 4/13/2017 | Damian & Valori LLP, Operating Acct | wire out | (10,000.00) | 18,432,409.69 |
| 4/18/2017 | Reel Life Production PVT LTD | wire ou | (150,000.00) | 18,282,409.69 |
| 4/27/2017 | | move from RBLGGG/CHT Fees to Constellation Hlth/CHT Clsing per AMG | 1,800,000.00 | 20,082,409.69 |
| 4/27/2017 | United States Treasury | #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 - notices dated 2/6/14 & 5/19/14 (CIVPEN) | (246,291.45) | 19,836,118.24 |
| 5/15/2017 | State Street Corporate LLC | inv #11962/11963/11967 | (300.00) | 19,835,818.24 |
| 5/16/2017 | Pepper Hamilton LLP | C/M# 145289.00002-INV# 11036808 | (4,386.75) | 19,831,431.49 |
| 5/25/2017 | Abruzzi Investments LLC | wire out | (250,000.00) | 19,581,431.49 |
| 6/6/2017 | Wilcox & Fetzer | re: Destra - invs# 40170/40178 | (4,522.71) | 19,576,908.78 |
| 6/23/2017 | Niknim Management Inc. | wire out | (1,500,000.00) | 18,076,908.78 |
| 6/27/2017 | US Legal Support | In ESI009608 | (731.90) | 18,076,176.88 |
| 6/28/2017 | Niknim Management Inc. | wire out | (20,000.00) | 18,056,176.88 |
| 7/5/2017 | Precise Court Reporting Services | INV#33798 Case#1:16-CV-02206-GHW | (813.90) | 18,055,362.98 |
| 7/13/2017 | Kriss & Feuerstein LLP | wire out | (1,623,600.00) | 16,431,762.98 |
| 7/25/2017 | Depo International | Destra v Parmjit etal B#31015/31020 | (3,950.25) | 16,427,812.73 |