**Exhibit 6**

**Intaact Report - Escrow General Ledger (2017)**

| Posted Dt. | Doc Dt. | Doc | Memo / Description | Department | Txn No | JNL | Curr | Txn Amt | Debit (USD) | Credit (USD) | Balance (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2017 | 1/1/2017 | | Corp - Escrow Account transfer | DP005 | 31340 | GJ | USD | 55,411,176.72 | | 55,411,176.72 | (48,155,813.96) |
| 1/1/2017 | 1/1/2017 | | Corp - Escrow Account transfer | DP005 | 31340 | GJ | USD | 55,411,176.72 | 55,411,176.72 | | 7,255,362.76 |
| 1/24/2017 | 1/24/2017 | | Orion - Reclass of payment to Young Conway | DP005 | 31351 | GJ | USD | 100,000.00 | 100,000.00 | | 7,355,362.76 |
| 1/24/2017 | 1/24/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 758 | IRJ | USD | 100,000.00 | | 100,000.00 | 7,255,362.76 |
| 1/24/2017 | 1/24/2017 | | Orion - Reclass of payment to Young Conway | DP005 | 31351 | GJ | USD | 100,000.00 | | 100,000.00 | 7,155,362.76 |
| 1/24/2017 | 1/24/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 758 | IPJ | USD | 100,000.00 | 100,000.00 | | 7,255,362.76 |
| 1/24/2017 | 1/24/2017 | | AP Pymt - Young Conway: Escrow - 1/24 | DP005 | 8059 | CRJ | USD | 100,000.00 | | 100,000.00 | 7,155,362.76 |
| 1/31/2017 | 1/31/2017 | | Orion - Reclass of transfer | DP005 | 31341 | GJ | USD | 7,000,000.00 | | 7,000,000.00 | 155,362.76 |
| 1/31/2017 | 1/31/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 772 | IRJ | USD | 3,000,000.00 | | 3,000,000.00 | (2,844,637.24) |
| 1/31/2017 | 1/31/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 789 | IRJ | USD | 3,000,000.00 | 3,000,000.00 | | 155,362.76 |
| 1/31/2017 | 1/31/2017 | | - E01: Inter-Entity Payable Due To - E02 | DP005 | 1088 | IPJ | USD | 7,000,000.00 | 7,000,000.00 | | 7,155,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment Phoenix as per escrow | DP005 | 2698 | CDJ | USD | 600,000.00 | | 600,000.00 | 6,555,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment Northstar as per escrow | DP005 | 2699 | CDJ | USD | 700,000.00 | | 700,000.00 | 5,855,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment ABC as per escrow | DP005 | 2700 | CDJ | USD | 1,500,000.00 | | 1,500,000.00 | 4,355,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment ACA as per escrow | DP005 | 2701 | CDJ | USD | 750,000.00 | | 750,000.00 | 3,605,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment MDRX as per escrow | DP005 | 2702 | CDJ | USD | 1,500,000.00 | | 1,500,000.00 | 2,105,362.76 |
| 1/31/2017 | 1/31/2017 | | Earn out payment Porteck as per escrow | DP005 | 2703 | CDJ | USD | 600,000.00 | | 600,000.00 | 1,505,362.76 |
| 1/31/2017 | 1/31/2017 | | Orion - Reclass of transfer | DP005 | 31341 | GJ | USD | 7,000,000.00 | 7,000,000.00 | | 8,505,362.76 |
| 1/31/2017 | 1/31/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 772 | IPJ | USD | 3,000,000.00 | 3,000,000.00 | | 11,505,362.76 |
| 1/31/2017 | 1/31/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 789 | IPJ | USD | 3,000,000.00 | | 3,000,000.00 | 8,505,362.76 |
| 1/31/2017 | 1/31/2017 | | - E02: Inter-Entity Receivable Due From - E01 | DP005 | 1088 | IRJ | USD | 7,000,000.00 | | 7,000,000.00 | 1,505,362.76 |
| 1/31/2017 | 1/31/2017 | | AP Pymt - Winston & Strawn LLP: Escrow - 1/30 | DP005 | 8122 | CRJ | USD | 3,000,000.00 | | 3,000,000.00 | (1,494,637.24) |
| 1/31/2017 | 1/31/2017 | | AP Pymt - Winston & Strawn LLP: Escrow - 1/30 | DP005 | 9421 | CRJ | USD | 3,000,000.00 | 3,000,000.00 | | 1,505,362.76 |
| 1/31/2017 | 1/31/2017 | | Funds Transfer: From bank account 'Checking' to bank account 'Escrow' | DP005 | 13291 | CRJ | USD | 7,000,000.00 | 7,000,000.00 | | 8,505,362.76 |
| 2/15/2017 | 2/15/2017 | | Robinson Brog funds received | DP005 | 11443 | CRJ | USD | 50,000.00 | | 50,000.00 | 8,455,362.76 |
| 2/16/2017 | 2/16/2017 | | Robinson Brog funds received | DP005 | 11444 | CRJ | USD | 720,000.00 | | 720,000.00 | 7,735,362.76 |
| 2/28/2017 | 2/28/2017 | | Orion - Reclass of transfer | DP005 | 31342 | GJ | USD | 6,000,000.00 | | 6,000,000.00 | 1,735,362.76 |
| 2/28/2017 | 2/28/2017 | | - E01: Inter-Entity Payable Due To - E02 | DP005 | 1090 | IPJ | USD | 6,000,000.00 | 6,000,000.00 | | 7,735,362.76 |
| 2/28/2017 | 2/28/2017 | | Earn out payment Phoenix as per escrow | DP005 | 2704 | CDJ | USD | 600,000.00 | | 600,000.00 | 7,135,362.76 |
| 2/28/2017 | 2/28/2017 | | Earn out payment Northstar as per escrow | DP005 | 2705 | CDJ | USD | 700,000.00 | | 700,000.00 | 6,435,362.76 |
| 2/28/2017 | 2/28/2017 | | Earn out payment Porteck as per escrow | DP005 | 2706 | CDJ | USD | 600,000.00 | | 600,000.00 | 5,835,362.76 |
| 2/28/2017 | 2/28/2017 | | Earn out payment MDRX as per escrow | DP005 | 2707 | CDJ | USD | 1,250,000.00 | | 1,250,000.00 | 4,585,362.76 |
| 2/28/2017 | 2/28/2017 | | Orion - Reclass of transfer | DP005 | 31342 | GJ | USD | 6,000,000.00 | 6,000,000.00 | | 10,585,362.76 |
| 2/28/2017 | 2/28/2017 | | - E02: Inter-Entity Receivable Due From - E01 | DP005 | 1090 | IRJ | USD | 6,000,000.00 | | 6,000,000.00 | 4,585,362.76 |
| 2/28/2017 | 2/28/2017 | | Funds Transfer: From bank account 'Checking' to bank account 'Escrow' | DP005 | 13295 | CRJ | USD | 6,000,000.00 | 6,000,000.00 | | 10,585,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Robinsonbrog | DP005 | 31345 | GJ | USD | 775,000.00 | 775,000.00 | | 11,360,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Elizabeth Kelly | DP005 | 31346 | GJ | USD | 375,000.00 | 375,000.00 | | 11,735,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to GKS Business Partners | DP005 | 31347 | GJ | USD | 715,000.00 | 715,000.00 | | 12,450,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Grange Management Services | DP005 | 31348 | GJ | USD | 890,000.00 | 890,000.00 | | 13,340,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 837 | IRJ | USD | 375,000.00 | | 375,000.00 | 12,965,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 837 | IRJ | USD | 775,000.00 | | 775,000.00 | 12,190,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 837 | IRJ | USD | 1,430,000.00 | | 1,430,000.00 | 10,760,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 837 | IRJ | USD | 1,780,000.00 | | 1,780,000.00 | 8,980,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 976 | IRJ | USD | 1,430,000.00 | 1,430,000.00 | | 10,410,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 976 | IRJ | USD | 1,780,000.00 | 1,780,000.00 | | 12,190,362.76 |

| Posted Dt. | Doc Dt. | Doc | Memo / Description | Department | Txn No | JNL | Curr | Txn Amt | Debit (USD) | Credit (USD) | Balance (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 1134 | IRJ | USD | 715,000.00 | | 715,000.00 | 11,475,362.76 |
| 3/10/2017 | 3/10/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 1134 | IRJ | USD | 890,000.00 | | 890,000.00 | 10,585,362.76 |
| 3/10/2017 | 3/10/2017 | | NYMN Balance consideration paid - escrow | DP005 | 2443 | CDJ | USD | 7,500,000.00 | | 7,500,000.00 | 3,085,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Robinsonbrog | DP005 | 31345 | GJ | USD | 775,000.00 | | 775,000.00 | 2,310,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Elizabeth Kelly | DP005 | 31346 | GJ | USD | 375,000.00 | | 375,000.00 | 1,935,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to GKS Business Partners | DP005 | 31347 | GJ | USD | 715,000.00 | | 715,000.00 | 1,220,362.76 |
| 3/10/2017 | 3/10/2017 | | Orion - Reclass of payment to Grange Management Services | DP005 | 31348 | GJ | USD | 890,000.00 | | 890,000.00 | 330,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 837 | IPJ | USD | 375,000.00 | 375,000.00 | | 705,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 837 | IPJ | USD | 775,000.00 | 775,000.00 | | 1,480,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 837 | IPJ | USD | 1,430,000.00 | 1,430,000.00 | | 2,910,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 837 | IPJ | USD | 1,780,000.00 | 1,780,000.00 | | 4,690,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 976 | IPJ | USD | 1,430,000.00 | | 1,430,000.00 | 3,260,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 976 | IPJ | USD | 1,780,000.00 | | 1,780,000.00 | 1,480,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 1134 | IPJ | USD | 715,000.00 | 715,000.00 | | 2,195,362.76 |
| 3/10/2017 | 3/10/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 1134 | IPJ | USD | 890,000.00 | 890,000.00 | | 3,085,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - Elizabeth Kelly: Escrow - 3/10 | DP005 | 11137 | CRJ | USD | 375,000.00 | | 375,000.00 | 2,710,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - GKS Business Partners: Escrow - 3/10 | DP005 | 11137 | CRJ | USD | 1,430,000.00 | | 1,430,000.00 | 1,280,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - Grange Management Services: Escrow - 3/10 | DP005 | 11137 | CRJ | USD | 1,780,000.00 | | 1,780,000.00 | (499,637.24) |
| 3/10/2017 | 3/10/2017 | | AP Pymt - Robinson Brog Leinwand Greene: Escrow: 3/10 | DP005 | 11137 | CRJ | USD | 775,000.00 | | 775,000.00 | (1,274,637.24) |
| 3/10/2017 | 3/10/2017 | | AP Pymt - GKS Business Partners: Escrow - 3/10 | DP005 | 11416 | CRJ | USD | 1,430,000.00 | 1,430,000.00 | | 155,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - Grange Management Services: Escrow - 3/10 | DP005 | 11416 | CRJ | USD | 1,780,000.00 | 1,780,000.00 | | 1,935,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - GKS Business Partners: Escrow 3/10 | DP005 | 14583 | CRJ | USD | 715,000.00 | | 715,000.00 | 1,220,362.76 |
| 3/10/2017 | 3/10/2017 | | AP Pymt - Grange Management Services: escrow 3/10 | DP005 | 14583 | CRJ | USD | 890,000.00 | | 890,000.00 | 330,362.76 |
| 3/31/2017 | 3/31/2017 | | Orion - Reclass of transfer | DP005 | 31343 | GJ | USD | 4,700,000.00 | | 4,700,000.00 | (4,369,637.24) |
| 3/31/2017 | 3/31/2017 | | - E01: Inter-Entity Payable Due To - E02 | DP005 | 1094 | IPJ | USD | 4,700,000.00 | 4,700,000.00 | | 330,362.76 |
| 3/31/2017 | 3/31/2017 | | Earn out payment Phoenix as per escrow | DP005 | 2708 | CDJ | USD | 600,000.00 | | 600,000.00 | (269,637.24) |
| 3/31/2017 | 3/31/2017 | | Earn out payment Northstar as per escrow | DP005 | 2709 | CDJ | USD | 700,000.00 | | 700,000.00 | (969,637.24) |
| 3/31/2017 | 3/31/2017 | | Earn out payment Porteck as per escrow | DP005 | 2710 | CDJ | USD | 600,000.00 | | 600,000.00 | (1,569,637.24) |
| 3/31/2017 | 3/31/2017 | | Earn out payment MDRX as per escrow | DP005 | 2711 | CDJ | USD | 1,500,000.00 | | 1,500,000.00 | (3,069,637.24) |
| 3/31/2017 | 3/31/2017 | | Orion - Reclass of transfer | DP005 | 31343 | GJ | USD | 4,700,000.00 | 4,700,000.00 | | 1,630,362.76 |
| 3/31/2017 | 3/31/2017 | | - E02: Inter-Entity Receivable Due From - E01 | DP005 | 1094 | IPJ | USD | 4,700,000.00 | | 4,700,000.00 | (3,069,637.24) |
| 3/31/2017 | 3/31/2017 | | Funds Transfer: From bank account 'Checking' to bank account 'Escrow' | DP005 | 13300 | CRJ | USD | 4,700,000.00 | 4,700,000.00 | | 1,630,362.76 |
| 4/14/2017 | 4/14/2017 | | Orion - Reclass of payment to Grange Management Services | DP005 | 31349 | GJ | USD | 890,000.00 | 890,000.00 | | 2,520,362.76 |
| 4/14/2017 | 4/14/2017 | | Orion - Reclass of payment to GKS Business Partners | DP005 | 31350 | GJ | USD | 715,000.00 | 715,000.00 | | 3,235,362.76 |
| 4/14/2017 | 4/14/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 1135 | IRJ | USD | 715,000.00 | | 715,000.00 | 2,520,362.76 |
| 4/14/2017 | 4/14/2017 | | - E01: Inter-Entity Receivable Due From - E02 | DP005 | 1135 | IRJ | USD | 890,000.00 | | 890,000.00 | 1,630,362.76 |
| 4/14/2017 | 4/14/2017 | | Orion - Reclass of payment to Grange Management Services | DP005 | 31349 | GJ | USD | 890,000.00 | | 890,000.00 | 740,362.76 |
| 4/14/2017 | 4/14/2017 | | Orion - Reclass of payment to GKS Business Partners | DP005 | 31350 | GJ | USD | 715,000.00 | | 715,000.00 | 25,362.76 |
| 4/14/2017 | 4/14/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 1135 | IPJ | USD | 715,000.00 | 715,000.00 | | 740,362.76 |
| 4/14/2017 | 4/14/2017 | | - E02: Inter-Entity Payable Due To - E01 | DP005 | 1135 | IPJ | USD | 890,000.00 | 890,000.00 | | 1,630,362.76 |
| 4/14/2017 | 4/14/2017 | | AP Pymt - GKS Business Partners: escrow 4/14 | DP005 | 14584 | CRJ | USD | 715,000.00 | | 715,000.00 | 915,362.76 |
| 4/14/2017 | 4/14/2017 | | AP Pymt - Grange Management Services: escrow 4/14 | DP005 | 14584 | CRJ | USD | 890,000.00 | | 890,000.00 | 25,362.76 |
| 4/28/2017 | 4/28/2017 | | Orion - Reclass of transfer | DP005 | 31344 | GJ | USD | 5,000,000.00 | | 5,000,000.00 | (4,974,637.24) |
| 4/28/2017 | 4/28/2017 | | - E01: Inter-Entity Payable Due To - E02 | DP005 | 1160 | IPJ | USD | 5,000,000.00 | 5,000,000.00 | | 25,362.76 |
| 4/28/2017 | 4/28/2017 | | Earn out payment Phoenix as per escrow | DP005 | 2712 | CDJ | USD | 950,000.00 | | 950,000.00 | (924,637.24) |

| Posted Dt. | Doc Dt. | Doc | Memo / Description | Department | Txn No | JNL | Curr | Txn Amt | Debit (USD) | Credit (USD) | Balance (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2017 | 4/28/2017 | | Earn out payment Northstar as per escrow | DP005 | 2713 | CDJ | USD | 1,400,000.00 | | 1,400,000.00 | (2,324,637.24) |
| 4/28/2017 | 4/28/2017 | | Earn out payment Porteck as per escrow | DP005 | 2714 | CDJ | USD | 600,000.00 | | 600,000.00 | (2,924,637.24) |
| 4/28/2017 | 4/28/2017 | | Earn out payment MDRX as per escrow | DP005 | 2715 | CDJ | USD | 2,000,000.00 | | 2,000,000.00 | (4,924,637.24) |
| 4/28/2017 | 4/28/2017 | | Orion - Reclass of transfer | DP005 | 31344 | GJ | USD | 5,000,000.00 | 5,000,000.00 | | 75,362.76 |
| 4/28/2017 | 4/28/2017 | | - E02: Inter-Entity Receivable Due From - E01 | DP005 | 1160 | IRJ | USD | 5,000,000.00 | | 5,000,000.00 | (4,924,637.24) |
| 4/28/2017 | 4/28/2017 | | Funds Transfer: From bank account 'Checking' to bank account 'Escrow' | DP005 | 14667 | CRJ | USD | 5,000,000.00 | 5,000,000.00 | | 75,362.76 |
| 5/31/2017 | 5/31/2017 | | Earn out payment MDRX as per escrow | DP005 | 3002 | CDJ | USD | 2,500,000.00 | | 2,500,000.00 | (2,424,637.24) |
| 5/31/2017 | 5/31/2017 | | Earn out payment Porteck as per escrow | DP005 | 3003 | CDJ | USD | 1,000,000.00 | | 1,000,000.00 | (3,424,637.24) |
| 5/31/2017 | 5/31/2017 | | Transfer to escrow | DP005 | 18870 | CRJ | USD | 6,461,122.84 | 6,461,122.84 | | 3,036,485.60 |
| 6/30/2017 | 6/30/2017 | | Earn out payment Porteck as per escrow | DP005 | 3004 | CDJ | USD | 1,100,000.00 | | 1,100,000.00 | 1,936,485.60 |
| 6/30/2017 | 6/30/2017 | | Wire to Chase 6450 main operating acct | DP005 | 18342 | CRJ | USD | 2,500,000.00 | | 2,500,000.00 | (563,514.40) |
| 6/30/2017 | 6/30/2017 | | Transfer to escrow | DP005 | 18871 | CRJ | USD | 7,000,000.00 | 7,000,000.00 | | 6,436,485.60 |
| 9/29/2017 | 9/29/2017 | | Wire to Chase 6450 main operating acct from Robinson Brog | DP005 | 33234 | CRJ | USD | 2,100,000.00 | | 2,100,000.00 | 4,336,485.60 |
| Totals for 11006 - Escrow Account - Constellation | | | | | | | | | 164,522,299.56 | 167,441,176.72 | 4,336,485.60 |