# EXHIBIT 2

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN G. "JACK" McBRIDE and | § | |
| ALAN NOTTINGHAM, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-2944 |
| | § | |
| ORION HEALTHCORP, INC. and | § | |
| THE ORION HEALTHCORP, INC. | § | |
| DEFERRED COMPENSATION | § | |
| PLAN, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs John G. "Jack"

McBride and Alan Nottingham's Motion for Summary Judgment [Doc. # 22] is

**GRANTED.** It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff McBride shall

have judgment against Defendants Orion HealthCorp, Inc. and The Orion

HealthCorp, Inc. Deferred Compensation Plan in the amount of $134,015.52 as of

June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date.

It is further

P:\ORDERS\11-2014\2944FinJmt.docx  151216.1329

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Nottingham shall have judgment against Defendants Orion HealthCorp, Inc. and The Orion HealthCorp, Inc. Deferred Compensation Plan in the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date. It is further

**ORDERED** that all taxable costs of court allowable under 28 U.S.C. § 1920 shall be paid by Defendants, who are liable jointly and severally.  It is further

**ORDERED** that postjudgment interest shall be at 0.71 % per annum.

SIGNED at Houston, Texas, this _16th_ day of **December, 2015**.

Nancy F. Atlas
United States District Judge

2

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332957

| JOHN G. "JACK" MCBRIDE and<br>ALAN NOTTINGHAM | IN THE DISTRICT COURT |
|---|---|
| VS. | OF HARRIS COUNTY, TEXAS |
| ORION HEALTHCORP, INC. and THE<br>ORION HEALTHCORP, INC.<br>DEFERRED COMPENSATION PLAN | 215TH JUDICIAL DISTRICT |

     I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No. 2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO. 4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED | N/A | N/A | N/A |
| COMPENSATION PLAN<br>3200 WILCREST STE 600<br>HOUSTON TX 77042 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; |
| Rate of Interest: | Postjudgment interest shall be at 0.71% per annum; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $270.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

     Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:
EDWARD L FRIEDMAN
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950

CHRIS DANIEL District Clerk
HARRIS COUNTY, T E X A S

BY_____, Deputy
CRYSTAL LOPEZ

**Judgment Creditor(s) Address:**
JOHN G "JACK" MCBRIDE          ALAN NOTTINGHAM
1826 SOUTH BLVD                31 HELENA CT
HOUSTON TX 77098               COLDSPRING TX 77042

PJ-21  R11-12-90

ABSTRACT OF JUDGMENT

CAUSE NO. 2016-36416

RECEIPT NO. 332953

| | |
|---|---|
| JOHN G. "JACK" MCBRIDE and<br>ALAN NOTTINGHAM<br><br>VS.<br><br>ORION HEALTHCORP, INC. and THE<br>ORION HEALTHCORP, INC.<br>DEFERRED COMPENSATION PLAN | IN THE DISTRICT COURT<br><br>OF HARRIS COUNTY, TEXAS<br><br>215TH JUDICIAL DISTRICT |

I, CHRIS DANIEL, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 215TH DISTRICT COURT on the 2ND day of JUNE, 2016 in Cause No. 2016-36416 in favor of JOHN G. "JACK" MCBRIDE and ALAN NOTTINGHAM (AND ENFORCED IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION; CIVIL ACTION NO. 4:14-2944; DECEMBER 16, 2015), Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ORION HEALTHCORP INC and | N/A | N/A | N/A |
| THE ORION HEALTHCORP INC DEFERRED | N/A | N/A | N/A |
| COMPENSATION PLAN<br>3200 WILCREST STE 600<br>HOUSTON TX 77042 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 70726016 for the 215TH Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | Awarded to John G. "Jack" McBride the amount of $134,015.52 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; Awarded to Alan Nottingham the amount of $60,170.22 as of June 3, 2014, plus prejudgment simple interest of 0.10% per annum from that date; |
| Rate of Interest: | Postjudgment interest shall be at 0.71% per annum; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $270.00; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 21st day of JULY, 2016, A.D.

Issued at the request of:
EDWARD L FRIEDMAN
BAKER HOSTETLER LLP
811 MAIN ST STE 1100
HOUSTON TX 77002

Bar No.: 07462950

CHRIS DANIEL District Clerk
HARRIS COUNTY, T E X A S

BY _____, Deputy
CRYSTAL LOPEZ

Judgment Creditor(s) Address:
JOHN G "JACK" MCBRIDE          ALAN NOTTINGHAM
1826 SOUTH BLVD                31 HELENA CT
HOUSTON TX 77098               COLDSPRING TX 77042

PJ-21   R11-12-90