# EXHIBIT 4

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

**Ref ID#: EC 16 601569**            Instrument Number: 2017- 00256647
                                              As
                          **JE1 - ELECT JUDG SUPREME COURT MONEY**

Recorded On:  November 30, 2017
Parties:  Criterions LLC
   TO  VISIENT CORP                                      Num Of Pages: 4
Recorded By:  KASPER                                     Comment:

** Examined and Charged as Follows: **

JE1 - ELECT JUDG SUPREME CC         0.00
   Recording Charge:                0.00

** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**                            **Record and Return To:**
   Document Number:  2017- 00256647
   Receipt Number:  887490
   Recorded Date/Time:  November 30, 2017 01:46:23P
   Book-Vol/Pg:  Bk-K  Vl-165  Pg-291
   Cashier / Station:  0 KN  /  NCCL-2GXNV42



County Clerk Maureen O'Connell

1 of 4

At a IAS **4** of The Supreme Court of the State of New York, held in and for the County of Nassau, at the Supreme Courthouse at 100 Supreme Court, Mineola, New York, on the **28** day of **Nov.**, 2017

Present: HON. ANTHONY L. PARGA

-----------------------------------X
CRITERIONS LLC,

             Plaintiff,

- against -

VISIENT CORP. D/B/A PORTECK
CORPORATION, PHYSICIANS PRACTICE
PLUS LLC D/B/A PORTECK CORPORATION,
ARVIND WALIA D/B/A PORTECK
CORPORATION, CONTELLATION
HEALTHCARE TECHNOLOGIES, INC.,

             Defendants.
-----------------------------------X

Index No.: 601569/16 [EFILED]

**JUDGMENT**

Motion Date: 8/30/17
Sequence No. 003

Plaintiff, CRITERIONS LLC by its attorneys Kavulich & Associates, P.C., having moved this Court for an order pursuant to 22 NYCRR §202.27(a) seeking a default judgment in favor Plaintiff CRITERIONS LLC, and against the Defendants VISIENT CORP. D/B/A PORTECK CORPORATION, PHYSICIANS PRACTICE PLUS LLC D/B/A PORTECK CORPORATION, ARVIND WALIA D/B/A PORTECK CORPORATION, CONTELLATION HEALTHCARE TECHNOLOGIES, INC., and upon the Notice of Motion for default judgment dated August 9, 2017 and the supporting Affirmation of Matthew Kasper, Esq. ~~sworn~~ AFFIRMED on August 9, 2017, together with the affidavit of Raj Mathur, Plaintiff's vice president annexed thereto, and upon reading and filing the aforesaid papers, and due deliberation having had thereon, and upon the decision of Hon. Anthony L. Parga a Justice of this Court dated October 18, 2017 granting Plaintiff's motion in its entirety, a copy of which is annexed hereto;

NOW, upon motion of Matthew Kasper, Esq. attorneys for Plaintiff, it is

**ORDERED**, that the Plaintiff's motion for default judgment is hereby granted, and is further;

**ADJUDGED**, that Plaintiff CRITERIONS LLC located at 18 Genevieve Place, Grate Neck, NY 11021 be awarded judgment against Defendants VISIENT CORP. D/B/A PORTECK CORPORATION located at 3 Farmwood Lane, Upper Brookville, NY 11545, PHYSICIANS PRACTICE PLUS LLC D/B/A PORTECK CORPORATION located at 300 Jericho Quadrangle, Suite 320, Jericho, NY 11753, ARVIND WALIA D/B/A PORTECK CORPORATION residing at 27 Kettlepond Road, Jericho, NY 11753, CONTELLATION HEALTHCARE TECHNOLOGIES, INC. located at 3200 Wilcrest Drive, Suite 600, Houston, TX 77042, the sum of $61,490.00 together with statutory interest from February 1, 2015 in the amount of $15,662.26 together with costs and disbursements in the amount of $615.00 for a total of $77,767.26;

JSC

**ORDERED** that the Plaintiff shall have executive thereof.

ENTER:

_____
HON. ANTHONY L. PARGA, JSC

RG
AS TO
FORM

**ENTERED**

NOV 30 2017

NASSAU COUNTY
COUNTY CLERK'S OFFICE

FILED: NASSAU COUNTY CLERK 11/30/2017 09:00 AM
NYSCEF DOC. NO. 57
INDEX NO. 601569/2016
RECEIVED NYSCEF: 12/01/2017

NYSCEF DOC. NO. 55
INDEX NO. 601569/2016
RECEIVED NYSCEF: 11/14/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

INDEX NO. 601569/2016E
FILE NO. 22249

---------------------------------------------------------------X

CRITERIONS, LLC,

BILL OF COSTS

PLAINTIFF(S)

-AGAINST-

VISIENT CORP. D/B/A PORTECK CORPORATION,
PHYSIIANS PRACTICE PLUS LLC D/B/A
PORTECK CORPORATION,
ARVIND WALIA D/B/A PORTECK CORPORATION,
CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.,

DEFENDANT(S)

---------------------------------------------------------------X

*ADJUSTED AT $ 65.00*
*COSTS THIS 30 DAY OF November 2017*
*Maureen O'Connell CLERK, NASSAU CO.*

COSTS for:

| | |
|---|---|
| Proceedings before Note of Issue is filed – CPLR § 8201(1) | $200.00 |
| Motion – CPLR § 8202 | ~~$25.00~~ |
| SUBTOTAL | ~~$215.00~~ $200.00 |

FEES and DISBURSMENTS for:

| | |
|---|---|
| Index number of county clerks – CPLR § 8018 | $210.00 |
| Request for Judicial Intervention | $ 95.00 |
| Note of Issue | $ 0.00 |
| Serving summons and complaint – CPLR § 8011(b) | $ 25.00 |
| Prospective Marshal's Fee | $ 40.00 |
| motion | $45.00 |
| SUBTOTAL | ~~$370.00~~ $415.00 |
| TOTAL | $615.00 |

Attorney's Affirmation

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF WESTCHESTER )

The undersigned, Matthew D. Kasper, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms the following under penalty of perjury:

I am a member of the law firm of Kavulich & Associates, P.C., attorneys for the Plaintiff, herein. As such, I am fully familiar with the facts and circumstances of the above captioned action; that the foregoing costs are correct and were necessarily incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

Dated:   November 14, 2017
         Westchester, New York

_____MK_____
By: Matthew D. Kasper, Esq.
Kavulich & Associates, P.C.
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
Attorney for Plaintiff