# EXHIBIT 5

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

-------------------------------------------------------------------- x

CRITERIONS, LLC,                                   :

                                                   :          Index No. 601569/2016

                         Plaintiff,                :

                                                   :

-against-                                          :

                                                   :

VISIENT CORP. D/B/A PORTECK CORPORATION, :

PHYSICIANS PRACTICE PLUS LLC D/B/A                 :

PORTECK CORPORATION, ARVIND WALIA D/B/A:

PORTECK CORPORATION, CONSTELLATION                 :

HEALTHCARE TECHNOLOGIES, INC.,                     :

                                                   :

                         Defendants.               :

-------------------------------------------------------------------- x

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on March 16, 2018, Defendants Constellation Healthcare

Technologies, Inc. and Physicians Practice Plus, LLC (collectively, the "Defendants") and

certain affiliated debtors[1] (collectively, with Defendants, the "Debtors") filed voluntary petitions

for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

The Debtors' bankruptcy cases are being jointly administered under Case No. 18-71748 (AST)

(the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the

Bankruptcy Code, the commencement of the Bankruptcy Case triggers an automatic stay of these

proceedings until further order of the Bankruptcy Court.

-----------------------------

[1] A list of all debtors, along with their respective chapter 11 case numbers and the last four digits
of each debtor's federal tax identification number is attached hereto as Exhibit A.

EAST\152183335.1

Case 8-20-08052-ast Doc 43-5 Filed 02/22/22 Entered 02/22/22 19:37:07
INDEX NO. 601569/2016
RECEIVED NYSCEF: 03/23/2018

DLA PIPER LLP (US)

Dated: March 23, 2018

By:    */s/ David S. Sager*
       David S. Sager
       Amanda Laufer Camelotto
       DLA Piper LLP (US)
       51 JFK Parkway, Suite 120
       Short Hills, New Jersey 07078-2704
       Email: david.sager@dlapiper.com
       Telephone: (973) 520-2570

       *Attorneys for Defendants Physician*
       *Practice Plus LLC and Constellation*
       *Healthcare Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic filing system on March 23, 2018.

       */s/ David S. Sager*
       David S. Sager

2

Case 8-20-08052-ast Doc 43-5 Filed 02/22/22 Entered 02/22/22 19:37:07

**EXHIBIT A**

| # | Debtor Name | Case No. | Last 4 Digits of EIN |
|---|---|---|---|
| 1. | Orion HealthCorp, Inc. | 18-71748(AST) | 7246 |
| 2. | Constellation Healthcare Technologies, Inc. | 18-71749(AST) | 0135 |
| 3. | NEMS Acquisition, LLC | 18-71750(AST) | 7378 |
| 4. | Northeast Medical Solutions, LLC | 18-71751(AST) | 2703 |
| 5. | NEMS West Virginia, LLC | 18-71752(AST) | unknown |
| 6. | Physicians Practice Plus, LLC | 18-71753(AST) | 4122 |
| 7. | Physicians Practice Plus Holdings, LLC | 18-71754(AST) | 6100 |
| 8. | Medical Billing Services, Inc. | 18-71755(AST) | 2971 |
| 9. | Rand Medical Billing, Inc. | 18-71756(AST) | 7887 |
| 10. | RMI Physician Services Corporation | 18-71757(AST) | 7239 |
| 11. | Western Skies Practice Management, Inc. | 18-71758(AST) | 1904 |
| 12. | Integrated Physician Solutions, Inc. | 18-71759(AST) | 0543 |
| 13. | NYNM Acquisition, LLC | 18-71760(AST) | unknown |
| 14. | Northstar FHA, LLC | 18-71761(AST) | unknown |
| 15. | Northstar First Health, LLC | 18-71762(AST) | unknown |
| 16. | Vachette Business Services, Ltd. | 18-71763(AST) | 4672 |
| 17. | MDRX Medical Billing, LLC | 18-71764(AST) | 5410 |
| 18. | VEGA Medical Professionals, LLC | 18-71765(AST) | 1055 |
| 19. | Allegiance Consulting Associates, LLC | 18-71766(AST) | 7291 |
| 20. | Allegiance Billing & Consulting, LLC | 18-71767(AST) | 7141 |
| 21. | Phoenix Health, LLC | 18-71789(AST) | 0856 |

EAST\152183335.1

3