# EXHIBIT 8

| Fill in this information to identify the case: |
|---|
| Debtor   Orion HealthCorp, Inc. |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK |
| Case number   18-71748 (if known) |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Creditors with Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>BANK OF AMERICA, N.A., AS ADMIN AGENT<br>**Creditor's mailing address**<br>BANK OF AMERICA, N.A. CREDIT SERVICES<br>ATTN: BRENDA SCHRINER; TX1-492-14-11<br>901 MAIN STREET<br>DALLAS, TX  75202-3714<br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/30/2017<br>**Last 4 digits of account number:** 2995<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>1ST LIEN ON SUBSTANTIALLY ALL ASSETS OF THE DEBTORS<br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $158,200,710.89 | UNKNOWN |
| 2.2 | **Creditor's name**<br>BANK OF AMERICA, N.A., AS ADMIN AGENT<br>**Creditor's mailing address**<br>BANK OF AMERICA, N.A. CREDIT SERVICES<br>ATTN: BRENDA SCHRINER; TX1-492-14-11<br>901 MAIN STREET<br>DALLAS, TX  75202-3714<br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/22/2018<br>**Last 4 digits of account number:** 5917<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>1ST LIEN ON SUBSTANTIALLY ALL ASSETS OF THE DEBTORS<br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,071,763.89 | UNKNOWN |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $159,272,474.78