UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC.[1] | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08052 (AST) |
| Plaintiff, | |
| v. | |
| ABRUZZI INVESTMENTS, LLC; JOHN PETROZZA, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

STATE OF NEW JERSEY   )
                      )   ss.:
COUNTY OF SOMERSET    )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On February 22, 2022, I caused a true and correct copy of the following documents to be served via electronic mail and First Class US Mail upon the party set forth on the service list annexed hereto as **Exhibit 1**.

- *Notice and Plaintiff's Motion For Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Abruzzi Investments, LLC and John Petrozza* [Docket No. 37];

- *Joint Statement of Uncontroverted Facts in Support of Motion For Summary Judgment, or Alternatively, Summary Adjudication; and Plaintiff's Statement of Additional Uncontroverted Facts in Support of Motion For Summary Judgment, or Alternatively, Summary Adjudication* [Docket No. 38];

- *Affidavit of Jeffrey P. Nolan in Support of Motion for Summary Judgment, or in the Alternative Summary Adjudication Against Defendants Abruzzi Investments, LLC and John Petrozza* [Docket No. 39];

- *Affidavit of Edith Wong in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative Summary Adjudication as Against Defendants Abruzzi Investments, LLC and John Petrozza* [Docket No. 40];

- *Affidavit of Elena Sartison* [Docket No. 41];

- *Declaration of Frank A. Lazzara in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative Summary Adjudication* [Docket No. 42]; and

- *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative Summary Adjudication* [Docket No. 43].

                                                                */s/ La Asia S. Canty*
                                                                  La Asia S. Canty

# **EXHIBIT 1**

Anthony F Giuliano
Giuliano Law, P.C.
445 Broadhollow Road, Suite 25
Melville, NY 11754
Email: afg@glpcny.com

*Attorney for Defendants Abruzzi Investments, LLC
and John Petrozza*