**ReqSepNtc**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Adversary Proceeding #: 8-20-08052-ast

*Assigned to:* Judge Alan S. Trust
*Lead BK Case:* 18-71748
*Lead BK Title:* Orion Healthcorp, Inc.
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 03/14/20

*Nature[s] of Suit:*  13 Recovery of money/property - 548 fraudulent transfer

*Plaintiff*
-----------------------
**Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al**

represented by **Jeffrey P Nolan**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017
310-772-2313
Fax : 310-201-0760
Email: jnolan@pszjlaw.com
*LEAD ATTORNEY*

**Ilan D Scharf**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
(212) 561-7721
Fax : (212) 561-7777
Email: ischarf@pszyjw.com

V.

*Defendant*
-----------------------
**Abruzzi Investments, LLC**

represented by **Joseph Z Amsel**
Law Offices of Joseph Z Amsel
43 West 43rd Street
Suite 265
New York, NY 10036
888-558-7425
Fax : 212-437-9844
Email: jzamsel@amsellaw.com
*TERMINATED: 10/21/2020*

**Anthony F Giuliano**

Giuliano Law, P.C.
445 Broadhollow Road
Suite 25
Melville, NY 11754
(516) 792-9800
Email: afg@glpcny.com
*LEAD ATTORNEY*

*Defendant*
-----------------------
**John Petrozza**                          represented by **Joseph Z Amsel**
                                           (See above for address)
                                           *TERMINATED: 10/21/2020*

                                           **Anthony F Giuliano**
                                           (See above for address)
                                           *LEAD ATTORNEY*

*Counter-Claimant*
-----------------------
**Abruzzi Investments, LLC**               represented by **Joseph Z Amsel**
                                           (See above for address)
                                           *TERMINATED: 10/21/2020*

                                           **Anthony F Giuliano**
                                           (See above for address)
                                           *LEAD ATTORNEY*

*Counter-Claimant*
-----------------------
**John Petrozza**                          represented by **Joseph Z Amsel**
                                           (See above for address)
                                           *TERMINATED: 10/21/2020*

                                           **Anthony F Giuliano**
                                           (See above for address)
                                           *LEAD ATTORNEY*

V.

*Counter-Defendant*
-----------------------
**Howard M. Ehrenberg in his capacity as
Liquidating Trustee of Orion Healthcorp, Inc., et al**

| Filing Date | # | Docket Text |
|---|---|---|
| 03/14/2020 | 1 | Adversary case 8-20-08052. Complaint by Howard M. Ehrenberg in his |

| | | |
|---|---|---|
| | (25 pgs; 4 docs) | capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al against Abruzzi Investments, LLC, John Petrozza. Fee Amount $350. Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Adversary Cover Sheet) (Scharf, Ilan) (Entered: 03/14/2020) |
| 03/14/2020 | | Receipt of Complaint(8-20-08052-ast) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 19084935. Fee amount 350.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/14/2020) |
| 03/16/2020 | 2 (2 pgs) | Summons In An Adversary Proceeding Issued by Clerk's Office against Abruzzi Investments, LLC Answer Due: 4/15/2020; John Petrozza Answer Due: 4/15/2020 (ssw) (Entered: 03/16/2020) |
| 04/30/2020 | 3 (8 pgs) | Summons Served on Abruzzi Investments, LLC 3/16/2020; John Petrozza 3/16/2020 (RE: Related document(s) 2 Summons In An Adversary Proceeding Issued by Clerk's Office against Abruzzi Investments, LLC). (Nolan, Jeffrey) Modified linkage on 5/1/2020 (one). (Entered: 04/30/2020) |
| 05/15/2020 | 4 (5 pgs) | Notice of Appearance and Request for Notice Filed by Joseph Z Amsel on behalf of Abruzzi Investments, LLC, John Petrozza (Amsel, Joseph) (Entered: 05/15/2020) |
| 05/15/2020 | 5 (8 pgs) | Answer to Complaint , Answer to Complaint , Counterclaim by Abruzzi Investments, LLC, John Petrozza against Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al Filed by Joseph Z Amsel on behalf of Abruzzi Investments, LLC, John Petrozza (Amsel, Joseph) (Entered: 05/15/2020) |
| 06/22/2020 | 6 (3 pgs; 2 docs) | ENTERED IN ERROR - Initial Scheduling Order. Parties are ordered to attend a conference under FRBP 7026f on or before August 21, 2020(RE: related document(s)1 Complaint filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al). Signed on 6/22/2020. Pre-Trial Conference set for 9/21/2020 at 11:00 AM at Courtroom 960 (Judge Trust), CI, NY. Discovery due by 9/8/2020. (one) Modified on 6/23/2020 (one). (Entered: 06/22/2020) |
| 06/22/2020 | 7 (3 pgs; 2 docs) | Initial Adversary Scheduling Order. Parties are ordered to attend a conference under FRBP 7026f on or before August 21, 2020. Signed on 6/22/2020. Joint Discovery Control Plan due by 9/8/2020. Statement Pursuant to FRBP 7008a due by 9/8/2020. Pre-Trial Conference set for 9/21/2020 at 11:00 AM at Courtroom 960 (Judge Trust), CI, NY. (one) (Entered: 06/23/2020) |
| 06/24/2020 | 8 (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/24/2020. (Admin.) (Entered: 06/25/2020) |
| 06/25/2020 | 9 (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/25/2020. (Admin.) (Entered: 06/26/2020) |
| 07/10/2020 | 10 | Motion to Withdraw as Attorney Filed by Joseph Z Amsel on behalf of |

| | | |
|---|---|---|
| | (6 pgs) | Abruzzi Investments, LLC, John Petrozza. (Amsel, Joseph) (Entered: 07/10/2020) |
| 08/21/2020 | [11](#) (6 pgs; 2 docs) | Amended Notice of Motion/Presentment . Objections to be filed on 9/14/2020. Hearing on Objections, if any, will be held on: 9/14/2020, 5:00 pm. Filed by Abruzzi Investments, LLC, John Petrozza. Hearing scheduled for 9/21/2020 at 11:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Attachments: # [1](#) Proposed Order) (Related document(s) [10](#) Motion to Withdraw as Attorney filed by Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Counter-Claimant John Petrozza, Defendant John Petrozza.) (Amsel, Joseph) Modified on 8/24/2020 (one). (Entered: 08/21/2020) |
| 09/02/2020 | [12](#) (5 pgs) | Response *and Limited Opposition of Plaintiff, Howard M. Ehrenberg, to Application to Withdraw as Attorney of Record for Defendants Abruzzi Investments L.L.C. and John Petrozza and Memrandum in Support of the Motion* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[11](#) Amended Notice of Motion/Presentment filed by Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Counter-Claimant John Petrozza, Defendant John Petrozza) (Nolan, Jeffrey) (Entered: 09/02/2020) |
| 09/02/2020 | [13](#) (2 pgs) | Declaration Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[11](#) Amended Notice of Motion/Presentment filed by Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Counter-Claimant John Petrozza, Defendant John Petrozza, [12](#) Response filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Nolan, Jeffrey) (Entered: 09/02/2020) |
| 09/02/2020 | [14](#) (2 pgs) | Affidavit/Certificate of Service Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[12](#) Response filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [13](#) Declaration filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Nolan, Jeffrey) (Entered: 09/02/2020) |
| 09/16/2020 | [15](#) (2 pgs) | Letter Providing Notice of Court Hearing Filed by Mark T Power on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[7](#) Initial Adversary Scheduling Order (Judge Trust Cases Only), [11](#) Amended Notice of Motion/Presentment filed by Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Counter-Claimant John Petrozza, Defendant John Petrozza) Hearing scheduled for 10/15/2020 at 09:30 AM at Courtroom 960 (Judge Trust), CI, NY. (Power, Mark) (Entered: 09/16/2020) |
| | | |

| | | |
|---|---|---|
| 09/21/2020 | | Adjourned Without Hearing Pre-Trial Conference set for 10/15/2020 at 09:30 AM at Courtroom 960 (Judge Trust), CI, NY. (ymm) (Entered: 09/22/2020) |
| 09/21/2020 | | Adjourned Without Hearing Hearing scheduled for 10/15/2020 at 09:30 AM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document(s) 10 Motion to Withdraw as Attorney Filed by Counter-Claimant John Petrozza, Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Defendant John Petrozza) (ymm) (Entered: 09/22/2020) |
| 10/13/2020 | 16 (6 pgs) | Statement / *Agenda for October 15, 2020 Hearing* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 10/13/2020) |
| 10/15/2020 | | Hearing Held and Adjourned; Appearance(s): Jeff Nolan, Joseph Amsel and Anthony Giuliano; Pre-Trial Conference set for 01/21/2021 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (ymm) (Entered: 10/16/2020) |
| 10/15/2020 | | Hearing Held; Appearance(s): Jeff Nolan, Joseph Amsel and Anthony Giuliano; (RE: related document(s) 10 Motion to Withdraw as Attorney Filed by Counter-Claimant John Petrozza, Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Defendant John Petrozza) MOTION GRANTED - SUBMIT ORDER; IF THE PROPOSED ORDER IS NOT SUBMITTED OR SETTLED AS DIRECTED WITHIN 14 DAYS, THE MATTER MAY BE DEEMED ABANDONED PURSUANT TO E.D.N.Y. L.B.R. 9072-1. DISCOVERY LETTER TO BE FILED 10/25/20 (ymm) (Entered: 10/16/2020) |
| 10/15/2020 | 17 (2 pgs) | Amended Order for Admission to Practice Pro Hac Vice. The admitted attorney, Jeffrey P. Nolan, is permitted to argue or try this particular case, as well as the related adversary proceedings listed on Schedule I attached to the Motion, in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case, as well as the related adversary proceedings listed on Schedule I attached to the Motion. Signed on 10/15/2020 (amp) see Amended Motion #857 and Order #870 on main case 18-71748-ast. (Entered: 10/16/2020) |
| 10/20/2020 | 18 (2 pgs) | Stipulation Substituting Attorney Anthony F. Giuliano for Attorney Joseph Z. Amsel. Filed by Anthony F Giuliano on behalf of Abruzzi Investments, LLC, John Petrozza (RE: related document(s)10 Motion to Withdraw as Attorney filed by Counter-Claimant Abruzzi Investments, LLC, Defendant Abruzzi Investments, LLC, Counter-Claimant John Petrozza, Defendant John Petrozza). (Giuliano, Anthony) Modified docket text on 10/21/2020 (one). (Entered: 10/20/2020) |
| 10/23/2020 | 19 (3 pgs; 2 docs) | Order and Notice of Adjournment of Pre-Trial Conference; Pre-Trial Conference adjourned to 1/21/2021 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY; No later than October 25, 2020, counsel for the parties are to lodge a discoveryplan consistent with the format utilized in |

| | | |
|---|---|---|
| | | other adversaries in the bankruptcy case (RE: related document(s)[1] Complaint filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [7] Initial Adversary Scheduling Order (Judge Trust Cases Only)). Signed on 10/23/2020. (one) (Entered: 10/23/2020) |
| 10/25/2020 | [20] (4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/25/2020. (Admin.) (Entered: 10/26/2020) |
| 12/11/2020 | [21] (4 pgs) | Notice of Submission of Proposed Order Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)[19]). (Nolan, Jeffrey) (Entered: 12/11/2020) |
| 01/21/2021 | | Hearing Held and Adjourned; Appearance(s): Jeff Nolan; Pre-Trial Conference set for 05/18/2021 at 02:00 PM at Courtroom 960 (Judge Trust), CI, NY. (ymm) (Entered: 01/21/2021) |
| 01/25/2021 | [22] (1 pg) | Letter of Adjournment: Hearing rescheduled from January 21, 2021 at 10:00 a.m. (ET) to May 18, 2021 at 2:00 p.m. (ET) Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)). (Nolan, Jeffrey) (Entered: 01/25/2021) |
| 04/22/2021 | [23] (1 pg) | Letter of Adjournment: Hearing rescheduled from May 18, 2021 at 2:00pm to May 26, 2021 at 10:00am Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)[22]). (Nolan, Jeffrey) (Entered: 04/22/2021) |
| 05/18/2021 | | Adjourned Without Hearing Pre-Trial Conference set for 05/26/2021 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document(s) [1] Complaint Filed by Counter-Defendant Howard M Ehrenberg, Plaintiff Howard M Ehrenberg) (ymm) (Entered: 05/18/2021) |
| 05/26/2021 | [24] (1 pg) | Letter of Adjournment: Hearing rescheduled from May 26, 2021 at 10:00 a.m. (ET) to October 5, 2021 at 2:00 p.m. (ET) Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)[23], ). (Nolan, Jeffrey) (Entered: 05/26/2021) |
| 05/26/2021 | | Hearing Held and Adjourned. Appearance(s): Jeff Nolan, Howard Ehenberg and Anthony Guiliano; Pre-Trial Conference set for 10/05/2021 at 02:00 PM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document (s) [1] Complaint Filed by Counter-Defendant Howard M Ehrenberg, Plaintiff Howard M Ehrenberg) MOTION FOR SUMMARY JUDGMENT TO BE FILED - DOCKET LETTER FOR ADJOURNMENT (ymm) (Entered: 05/27/2021) |
| 06/10/2021 | [25] (4 pgs) | Notice of Submission of Proposed Order Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)[21], [19]). (Nolan, Jeffrey) (Entered: 06/10/2021) |
| 06/16/2021 | [26] | Stipulation and Case Management and Discovery Plan Order by and |

| | | |
|---|---|---|
| | (4 pgs) | between Plaintiff and Defendants; All fact discovery shall be completed no later than August 25, 2021; All expert discovery shall be completed no later than November 1, 2021; No later than September 2, 2021: (i) the party bearing the burden of proof on any issue (including the issue of solvency, to the extent the Defendant intends to challenge the statutory presumption of insolvency) shall make all disclosures required under Fed. R. Civ. P. 26 (a)(2); and (ii) all rebuttal or responsive expert reports and other disclosures required under Fed. R. Civ. P. 26 (a)(2) shall be made no later than thirty (30) days thereafter; The Pretrial hearing is adjourned to October 5, 2021 at 2:00 pm EST and which will be treated as a Pre-motion Conference as part of the parties requests to file motionsfor summary judgment pursuant to LBR 7056-1(a); Any application to modify or extend any deadline established by this Order shall be made in a written application no less than five (5) days prior to the expiration of the date sought to be extended (RE: related document(s)7 Initial Adversary Scheduling Order (Judge Trust Cases Only), 19 Scheduling Order, 25 Notice of Submission of Proposed Order filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al). Signed on 6/16/2021 (one) (Entered: 06/16/2021) |
| 09/03/2021 | 27 (3 pgs) | Letter *Requesting Pre-motion Conference* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 09/03/2021) |
| 10/05/2021 | | Hearing held, no appearances. Initial Pre-Trial Conference to be held on 11/16/2021 at 02:00 PM at Courtroom 960 (Judge Trust), CI, NY. Related document(s) 19 Scheduling Order. (lkg). (Entered: 10/06/2021) |
| 11/12/2021 | 28 (4 pgs) | Statement /*Agenda For November 16, 2021 Hearing* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 11/12/2021) |
| 11/16/2021 | | Hearing Held and Adjourned; Appearance(s): Jeffrey Nolan and Anthony Guilano; Pre-Trial Conference set for 02/15/2022 at 03:00 PM at Courtroom 960 (Judge Trust), CI, NY. COURT TO ISSUE MEDIATION ORDER (ymm) (Entered: 11/18/2021) |
| 11/24/2021 | 29 (4 pgs) | Letter of Adjournment: Hearing rescheduled from November 16, 2021 at 2:00 p.m. to December 15, 2021 at 3:00 p.m. Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)). (Nolan, Jeffrey) (Entered: 11/24/2021) |
| 12/01/2021 | 30 (1 pg) | Letter of Adjournment: Hearing rescheduled from November 16, 2021 at 2:00 p.m. to February 15, 2022 at 3:00 p.m. Filed by Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (related document(s)29). (Nolan, Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | 31 (1 pg) | Letter *Identifying Mediators* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/16/2021 | [32](#) (1 pg) | Letter *regarding Proposed Briefing Schedule* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 12/16/2021) |
| 01/20/2022 | [33](#) (2 pgs) | Final Mediator's Report . Filed by Leslie A Berkoff on behalf of Leslie A. Berkoff (Berkoff, Leslie) (Entered: 01/20/2022) |
| 01/20/2022 | [34](#) (2 pgs) | Final Mediator's Report . Filed by Leslie A Berkoff on behalf of Leslie A. Berkoff (Berkoff, Leslie) (Entered: 01/20/2022) |
| 01/20/2022 | [35](#) (1 pg) | Letter Filed by Leslie A Berkoff on behalf of Leslie A. Berkoff (RE: related document(s)[33](#) Mediator's Report filed by Mediator Leslie A. Berkoff) (Berkoff, Leslie) (Entered: 01/20/2022) |
| 01/25/2022 | [36](#) (1 pg) | Letter *regarding amendment to Briefing Schedule* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[32](#) Letter filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Nolan, Jeffrey) (Entered: 01/25/2022) |
| 02/15/2022 | | Adjourned Without Hearing Pre-Trial Conference set for 05/11/2022 at 02:00 PM at Courtroom 960 (Judge Trust), CI, NY. (YvetteMMills) (Entered: 02/16/2022) |
| 02/22/2022 | [37](#) (38 pgs) | Motion For Summary Judgment / *Notice and Plaintiff's Motion For Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Abruzzi Investments, LLC and John Petrozza*. Objections to be filed on March 15, 2022. Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al. (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | [38](#) (11 pgs) | Statement of Undisputed Facts / *Joint Statement of Uncontroverted Facts in Support of Motion For Summary Judgment, or Alternatively, Summary Adjudication; and Plaintiff's Statement of Additional Uncontroverted Facts in Support of Motion For Summary Judgment, or Alternatively, Summary Adjudication* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | [39](#) (121 pgs; 7 docs) | Affidavit in Support / *Affidavit of Jeffrey P. Nolan in Support of Motion for Summary Judgment, or in the Alternative Summary Adjudication Against Defendants Abruzzi Investments, LLC and John Petrozza* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[37](#) Motion for Summary Judgment filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [38](#) Statement of Undisputed Facts filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating |

| | | |
|---|---|---|
| | | Trustee of Orion Healthcorp, Inc., et al) (Attachments: # [1](#) Exhibit 1 - Complaint # [2](#) Exhibit 2 - Deposition Excerpts # [3](#) Exhibit 3 - Correspondence # [4](#) Exhibit 4 - Expert Report # [5](#) Exhibit 5 - Bank Statements # [6](#) Exhibit 6 - Proposed Order) (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | [40](#)<br>(338 pgs; 16 docs) | Affidavit in Support / *Affidavit of Edith Wong in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative Summary Adjudication as Against Defendants Abruzzi Investments, LLC and John Petrozza* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[37](#) Motion for Summary Judgment filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [38](#) Statement of Undisputed Facts filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Attachments: # [1](#) Exhibit A - Bank Statement # [2](#) Exhibit B - Bank Statement # [3](#) Exhibit C - Bank Statement # [4](#) Exhibit D - Certificate of Formation # [5](#) Exhibit E - Operating Agreement # [6](#) Exhibit F - Operating Agreement # [7](#) Exhibit G - Email # [8](#) Exhibit H - Letters of Consent # [9](#) Exhibit I - IRS Correspondence # [10](#) Exhibit J - IRS Correspondence # [11](#) Exhibit K - Credit Agreement Part 1 # [12](#) Exhibit K - Credit Agreement Part 2 # [13](#) Exhibit L - Revolving Note; Assignment, Assumption, and Release; Security Agreement # [14](#) Exhibit M - Email # [15](#) Exhibit N - Email) (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | [41](#)<br>(10 pgs; 4 docs) | Affidavit in Support / *Affidavit of Elena Sartison* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[37](#) Motion for Summary Judgment filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [38](#) Statement of Undisputed Facts filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Attachments: # [1](#) Exhibit A - Text Message # [2](#) Exhibit B - Opening Statement # [3](#) Exhibit C - Closing Statement) (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | [42](#)<br>(169 pgs; 8 docs) | Declaration Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)[37](#) Motion for Summary Judgment filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, [38](#) Statement of Undisputed Facts filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Attachments: # [1](#) Exhibit 1 - Email # [2](#) Exhibit 2 - Audited Financial Statements # [3](#) Exhibit 3 - Email # [4](#) Exhibit 4 - Billing Memorandum # [5](#) Exhibit 5 - Running |

| | | |
|---|---|---|
| | | Balance Analysis # 6 Exhibit 6 - Escrow General Ledger Excerpt # 7 Exhibit 7 - Audited Financials) (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | 43 (114 pgs; 10 docs) | Debtor's Request for Separate Notice / *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative Summary Adjudication* Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (Attachments: # 1 Exhibit 1 - Declaration of Timothy Dragelin # 2 Exhibit 2 - Judgment # 3 Exhibit 3 - Criterion Verified Complaint # 4 Exhibit 4 - Judgment # 5 Exhibit 5 - Suggestion of Bankruptcy # 6 Exhibit 6 - Claim No. 10062 # 7 Exhibit 7 - Claim No. 10063 # 8 Schedule #748000190 # 9 Exhibit 9 - Order on Motion to Quash) (Nolan, Jeffrey) (Entered: 02/22/2022) |
| 02/22/2022 | 44 (3 pgs) | Affidavit/Certificate of Service Filed by Jeffrey P Nolan on behalf of Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al (RE: related document(s)37 Motion for Summary Judgment filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 38 Statement of Undisputed Facts filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 39 Affidavit in Support filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 40 Affidavit in Support filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 41 Affidavit in Support filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 42 Declaration filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, 43 Request for Separate Notice filed by Counter-Defendant Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al, Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al) (Nolan, Jeffrey) (Entered: 02/22/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/14/2022 13:45:28 | | | |
| **PACER Login:** | Giulianolawpc | **Client Code:** | abruzzi -petrozza |
| **Description:** | Docket Report | **Search Criteria:** | 8-20-08052-ast Fil or Ent: filed Doc From: 0 Doc To: 99999999 |

|  |  |  | Term: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 8 | **Cost:** | 0.80 |