Page 8

```
 1          Roger A. Raimond, Esq.
 2   account, are you talking about all of the
 3   accounts that are maintained by Robinson
 4   Brog, the sub-accounts that are maintained by
 5   Robinson Brog.
 6        Q.    Let's start it the --
 7              I will show you what we will mark
 8   as Exhibit 1.
 9              ( Raimond Exhibit 1, letter and
10         Wells Fargo - IOLA (non-interest)
11         account QuickReport , marked for
12         identification as of this date.)
13        Q.    If you can take a look at that.
14              If you can take a look at the
15   letter and then the attachment to the letter.
16         MS. RICE:  For the record, Rich,
17         you are going to keep the originals of
18         the exhibits?
19         MR. CHESLEY:  For ease we will do
20         that.
21         MS. RICE:  Okay.
22        A.    (Pause.)
23              What's the question?
24        Q.    Have you ever seen this document
25   before?
```

1            Roger A. Raimond, Esq.
2       A.   By "this document" you are talking
3  about the account Quick Report?
4       Q.   I am talking about the document
5  entitled Wells Fargo IOLA (non-interest)
6  account Quick Report.
7       A.   Yes, I have not seen the letter
8  before, that is attached to your exhibit but
9  I have seen the Wells Fargo IOLA account
10 Quick Report.
11      Q.   And have you seen similar formats
12 of this report prepared for other
13 sub-accounts?
14      A.   Oh, yes.
15      Q.   Is there a master report that is
16 prepared by either the bookkeeping department
17 or anyone else within Robinson Brog that
18 lists all amounts within the IOLA escrow
19 account?
20      A.   I have not seen one, but it would
21 be likely that since this is a Quick Report,
22 that there probably is a master report.
23      Q.   And what does the reference to
24 Quick Report mean?
25      A.   It could be that it is a Quick Book