

# Bank of America

H H

```
                                          PAGE 1 OF 1
                              BANK OF AMERICA, N.A.
                              WIRE TRANSFER ADVICE
                              1 FLEET WAY        PA6-580-04-05
                              SCRANTON, PA            18507
```

```
WX 0000           175 002116  #@01 SP 0.384
ABRUZZI INVESTMENTS LLC
503 CARY AVE
STATEN ISLAND NY 10310-1940
```

```
                              DATE: 06/13/13
                              DIRECT INQUIRIES TO:
                              800.729.9473 OPTION 2
                              ACCOUNT: ███████████
```

PAYMENT DETAIL:        ATS PAYMENT

THE FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $4,000,000.00

```
TRANSACTION REF:    2013061300273671         SERVICE REF: 011090
RELATED REF:        TS20130613040336         IMAD: 20130613B6B7HU2R011090
INSTRUCTING BANK:   TRUSTWEB                 ID: TRWB
BENEFICIARY:        ROBINSON BROG LEINWAND GREENE GENOV   ID: 2000045708734
BENEFICIARY'S BANK: WELLS FARGO BANK, N.A.   ID: 121000248
PAYMENT DETAIL:     WIR/BASIL CONROY 2123503709
```

*For Constellation* (handwritten annotation)