ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

Adam J. Greene
(212) 603-6399
ajg@robinsonbrog.com

October 2, 2014

**JPETROZZA@VERIZON.NET**

Re: Orion

Dear: John

As discussed Abuzzi, as with the rest of the investors of Constellation Health, are investing $300,000 into Orion so as to cover IPO related expenses. Please let us know if you have any further questions. The wire instructions are as follows:

**Bank Name and Address:** Wells Fargo Bank, N.A.
150 East 42nd Street, 35th Fl.
New York, NY 10017

**Account Name:** **Robinson Brog Leinwand Greene Genovese & Gluck P.C.
NY IOLA Attorney Escrow Account**

**Account Address:** 875 Third Avenue, Fl. 9
New York, NY 10022

**Checking Account Number:** ████8734
**To Send Wire Transfers into Your Account:**
Provide the sender with your account information above (Bank Name, Account Name) as well as the following:
**Checking Account Number:** ████8734
**Routing#:** ████0248
**For International Wires, the Wells Fargo* Swift Code:** WFBIUS6S

Sincerely,

*[signature]*

Adam J. Greene

{00695990.DOCX;1 }