

2 People

May 24, 2017, 4:47 PM

> Guys thank you very much for help me out in this pinch. I have a lot riding on the line with this prompt move, and this house is exactly what I wanted and it's perfect

> We've been searching forever and can't find anything quite like it, strategic location wise and lay out

> So if we do as we said, just quickly transfer $200,000 into my Abruzzi account tomorrow morning, the owner will be satisfied and will close on the lease

Paul Parmar

We will get it done



**Paul Parmar:** We will get it done

will close on the lease

And of course I will return to $200,000 June 1 back to Paul

❤️❤️❤️❤️❤️❤️❤️❤️

**Paul Parmar:** Ok done. Send me wire instructions

May 24, 2017, 8:21 PM

Lisa emailed you around five today

Abruzzi Investments, LLC
225 Ellis Street
Staten Island, NY 10307





2 People

> John instructions are incomplete

**Bank Of America**

Paul Parmar

> Ok cool

> Address for the bank

**OK I'm getting that now**

> **Jennifer Tyra**
> Assistant Vice President
> Client Sales and Service Officer
> U.S. Trust, Bank of America Private Wealth Management
> NMLS ID #620218
> 201 East Washington Street 23rd Floor | Phoenix, AZ 85004
> T: 602.523.2317 | F: 800.976.4996 | MC: AZ1-200-23-03
> jennifer.l.tyra@ustrust.com
>
> Life's better when we're connected™
>
> **U.S. TRUST**
> Bank of America Private Wealth Management

May 25, 2017, 1:44 PM

Paul Parmar

Text Message