**Anthony F. Giuliano, Esq.**
**GIULIANO LAW, P.C.**
**Attorneys for Movants**
**445 Broadhollow Road, Ste. 25**
**Melville. New York 11747**
**afg@glpcny.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

In re:                                                    Chapter 11

                                                          Case No. 18-71748-67 (AST)
Orion HealthCorp, Inc., et al.,                           Case No. 18-71789 (AST)
                                                          Case No. 18-74545 (AST)

                                   Debtors.               (Jointly Administered)


-------------------------------------------------------------------------- x
Howard M. Ehrenberg in his capacity as Liquidating :
Trustee of Orion Healthcorp, Inc., et al., :
CHT : Holdco, LLC, and CC Capital CHT Holdco LLC,

                                   Plaintiffs,            Adv. Pro. No. 20-08052

                        v.

Abruzzi Investments, LLC; John Petrozza

                                   Defendants.

-------------------------------------------------------------------------- x

<u>**CERTIFICATE OF SERVICE**</u>

        I, Anthony F. Giuliano, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on March 15, 2022, I caused to be served a copy of Defendants' opposition to motion for summary judgment, motion for summary judgment; default judgment and to Strike together will all exhibits on all parties to this action, via Electronic Document Filing System (ECF).

Dated:   Melville, New York
         March 15, 2022

                                        Respectfully Submitted,

                                        By: /s/ Anthony F. Giuliano
                                             Anthony F. Giuliano
                                             Giuliano Law, P.C.
                                             445 Broadhollow Road
                                             Suite 25
                                             Melville, NY 11747
                                             Tel. (516) 792-9800
                                             Email. afg@glpcny.com