# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC.[1] | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08052 (AST) |
| Plaintiff, | |
| v. | |
| ABRUZZI INVESTMENTS, LLC; JOHN PETROZZA, | |
| Defendants. | |

---

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' (I) MOTION FOR SUMMARY JUDGMENT; AND (II) MOTION FOR DEFAULT JUDGMENT

Upon *Plaintiff's Motion to Strike Defendants' (I) Motion For Summary Judgment; and (II) Motion For Default Judgment* ("the Motion"), dated March ___, 2022, of Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al., (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

"Plaintiff" or the "Liquidating Trustee") seeking entry of the Proposed Order, in substantially the form attached hereto as **Exhibit A** striking all references to, and argument based on the Defendants' requests for summary judgment and default judgment contained in the (i) Defendants' *Motion For Summary Judgment; Default Judgment; to Strike; and Opposition to Plaintiff's Motion For Default Judgment;* (ii) *Brief in Opposition to Plaintiff's Motion For Summary Judgment and in Support of Defendants' Motion For Summary Judgment; Default Judgment; and to Strike* [Dkt No. 45] (collectively, the "Defendants' Motion for Summary Judgment"), (iii) *Declaration In Opposition to Plaintiff's Motion For Summary Judgment and in Support of Defendants' Motion For Summary Judgment, Default Judgment and Motion to Strike* of Anthony F. Giuliano [Dkt. No. 46] (the "Giuliano Declaration"); (iv) the unsigned *Declaration In Opposition to Plaintiff's Motion For Summary Judgment and in Support of Defendants' Motion For Summary Judgment, Default Judgment and Motion to Strike* of John Petrozza [Dkt. No. 47] (the "Petrozza Declaration"); and (v) the unsigned *Declaration In Opposition to Plaintiff's Motion For Summary Judgment and in Support of Defendants' Motion For Summary Judgment, Default Judgment and Motion to Strike* of Lisa Basich [Dkt. No. 48] (the "Basich Declaration");[2] and upon consideration of the Motion and the exhibits annexed thereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. § 1409; and due and proper notice of the Motion having been given; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested therein; and after due deliberation thereon; and sufficient cause appearing therefore;

---

[2] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

3

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED in all respects.

2. All references to, and argument based on the Defendants' requests for summary judgment and default judgment contained in the Defendants' Motion For Summary Judgment, the Giuliano Declaration, the Petrozza Declaration, and the Basich Declaration are hereby STRICKEN.  Defendants are directed to refile the Defendants' Motion For Summary Judgment, the Giuliano Declaration, the Petrozza Declaration, and the Basich Declaration with all language highlighted in **Exhibits B - E** redacted from the Defendants' Motion For Summary Judgment, the Giuliano Declaration, the Petrozza Declaration, and the Basich Declaration.

3. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.