# EXHIBIT E

Anthony F. Giuliano, Esq.
**GIULIANO LAW, P.C.**
**Attorneys for Movants**
**445 Broadhollow Road, Ste. 25**
**Melville. New York 11747**
afg@glpcny.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-71748-67 (AST) |
| Orion HealthCorp, Inc., et al., | Case No. 18-71789 (AST) |
| | Case No. 18-74545 (AST) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------- x

| | |
|---|---|
| Howard M. Ehrenberg in his capacity as Liquidating : | |
| Trustee of Orion Healthcorp, Inc., et al., | |
| CHT : Holdco, LLC, and CC Capital CHT Holdco LLC, | |
| Plaintiffs, | Adv. Pro. No. 20-08052 |
| v. | |
| Parmjit Singh Parmar a/k/a Paul Parmar, et al., | |
| Defendants. | |

------------------------------------------------------------------------- x

### DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DEFAULT JUDGMENT AND MOTION TO STRIKE

I, Lisa Basich, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1

1.     I am the personal assist to John Petrozza ("John") and have been for approximately 21 years. As such am fully familiar with the facts and circumstances as set forth herein. I handle much of the day-to-day management of various the entities owned or managed by John including Abruzzi Investments LLC ("Abruzzi"). I make this Declaration (the "Declaration") in opposition to Plaintiff's motion for summary judgment and in support of Defendant's motion for summary judgment, default judgment and motion to strike.

2.     Sometime in 2017, John texted Paul Parmar ("Parmar") and myself requesting a short-term loan so he could lease a property in Florida.  I gave Parmar the wiring instructions so that he could wire the Funds to Abruzzi's bank account. A true and correct copy of the text exchange is annexed to the Petrozza Declaration as Exhibit "C".

3.     It turned out that the lease for the Property fell through and John told me he wanted to repay the Loan.  I emailed Parmar for the wiring instructions, and he emailed me back with the instructions to be given to Abruzzi's bank. A true and correct copy of that email is annexed hereto as Exhibit "A".

4.     I then emailed a representative at Abruzzi's bank and provided her with the wiring instructions I received from Parmar. A true and correct copy of my email to Abruzzi's bank is annexed hereto as Exhibit "B".

5.     John made it clear to me that he wanted to pay Parmar back and that I should get the wiring instructions from Parmar and to make sure it got promptly repaid.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March 2022.

_____
Lisa Basich



Anthony Giuliano <giulianolawpc@gmail.com>

---

**FW: Wire Information**
1 message

---



From: Paul Parmar
 <paul@constellationhealthgroup.com>
Sent: Monday, June 26, 2017 6:51 PM
To: Lisa Basich <lisa@lisabasich.com>
Cc: Jpetrozza@verizon.net
Subject: RE: Wire Information

Here it is Lisa,

Here are the banking details:

Account Name: Sunshine Star LLC
Bank: M&T Bank
        455 County Rd.,
        Rt 520 West, Marlboro, NJ 07746
        T: 732 536 6795
Routing Number: 002000046
Account Number: 9869416595

Thank you so much, confirm when the wire has gone through


From: Lisa Basich [mailto:lisa@lisabasich.com]
Sent: Thursday, June 8, 2017 4:02 AM
To: Paul Parmar <mailto:paul@constellationhealthgroup.com>
Cc: mailto:Jpetrozza@verizon.net
Subject: Wire Information

Paul,

Please give me your wire information so that I can return the money you wired to John a few weeks ago.

Thank you,

Lisa

Lisa Borello Basich
President / Accounting & Operations Manager

Port Atlantic Yacht Club / Paradigm Venture Groups
225 Ellis Street
Staten Island, NY 10307
Phone: 917-979-2276 ~ Fax: 917-979-2274 ~ Cell: 917-536-7841



Anthony Giuliano <giulianolawpc@gmail.com>



From: "McGee, Dorothy" <dorothy.mcgee@ustrust.com> on behalf of "Tyra, Jennifer L" <jennifer.l.tyra@ustrust.com>
Date: Thursday, June 29, 2017 at 1:39 PM
To: Lisa Basich <lisa@lisabasich.com>, "Tyra, Jennifer L" <jennifer.l.tyra@ustrust.com>, "Gentile, Tanya A"
<tanya.a.gentile@ustrust.com>
Cc: Paul Parmar <paul@constellationhealthgroup.com>, "jpetrozza@verizon.net" <jpetrozza@verizon.net>
Subject: RE: Wire Transfer Needed

Hello Lisa,

Jenny asked me to send you the federal reference number for this wire transfer:
20170629B6B7HU1R009642

The routing number for this bank for future wires is 022000046.

Thank you.  Have a wonderful day!

Dorothy McGee
Assistant Vice President
Client Sales & Service Officer
U.S. Trust, Bank of America Private Wealth Management
NMLS ID 620216
AZ5-501-02-01, 6401 N Campbell Ave 2nd Floor, Tucson, AZ 85718
T 520.615.6683 F 800.976.3159
mailto:dorothy.mcgee@ustrust.com

Life's better when we're connected™

From: Lisa Basich [mailto:lisa@lisabasich.com]
Sent: Wednesday, June 28, 2017 1:04 PM
To: Tyra, Jennifer L <jennifer.l.tyra@ustrust.com>
Cc: Paul Parmar <paul@constellationhealthgroup.com>; jpetrozza@verizon.net
Subject: Wire Transfer Needed

Hi Jenny,

Can you move $250,000 to John's account ending in 1763 from the Investment Account and then once it has funded wire
the $250,000 to the account below?

Account Name: Sunshine Star LLC
Bank: M&T Bank
        455 County Rd.,
        Rt 520 West, Marlboro, NJ 07746
        T: 732 536 6795
Routing Number: 002000046
Account Number: 9869416595

Thanks so much !!!!


Lisa

Lisa Borello Basich
President / Accounting & Operations Manager

Port Atlantic Yacht Club / Paradigm Venture Groups
225 Ellis Street
Staten Island, NY 10307
Phone: 917-979-2276 ~ Fax: 917-979-2274 ~ Cell: 917-536-7841


This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/ emaildisclaimer. If you are not the intended recipient, please delete this message.



**image001.jpg**
4K