**EXHIBIT G**

**From:** Jeffrey P. Nolan
**Sent:** Friday, April 17, 2020 9:44 AM
**To:** Joseph Amsel <jzamsel@amsellaw.com>
**Cc:** Ilan D. Scharf <ischarf@pszjlaw.com>
**Subject:** RE: Extension - Case 8-18-71748-ast

Joe,

The response deadline for Abruzzi, et. al. was April 15. Notwithstanding, it is acceptable to kick-out the deadline to file an Answer to the Complaint to May 15. We can go out 30 days without a court order pursuant to the LBR.

I am in the office if you would like to discuss.

**Jeffrey P. Nolan**
Pachulski Stang Ziehl & Jones LLP
Tel: 310.277.6910 | Fax: 310.201.0760
jnolan@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

**From:** Ilan D. Scharf
**Sent:** Friday, April 17, 2020 6:59 AM
**To:** Joseph Amsel
**Cc:** Jeffrey P. Nolan
**Subject:** Re: Extension - Case 8-18-71748-ast

Joseph,

My colleague, Jeff Nolan, is handling this matter. I've copied him on this email. I'm sure he'll be reasonable.

Ilan

**Ilan D. Scharf**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7700 | Fax: 212.561.7777
--

**From:** Joseph Amsel <jzamsel@amsellaw.com>
**Date:** Friday, April 17, 2020 at 9:25 AM
**To:** Ilan Scharf <ischarf@pszjlaw.com>
**Subject:** Extension - Case 8-18-71748-ast


HI Mr. Scharf,

I am in the process of being retained on the above matter to represent Mr. John Petrozza and Abruzzi Investments, L.L.C.

I am requesting an extension of 45 days for us to respond to your Complaint for Avoidance and Recovery of Fraudulent Transfers and Recovery of
Avoided Transfers And Objection To Claim Nos. 10063 & 10064.

I understand the deadline is today. I request your forbearance.

If you'd like to discuss, I can be reached at the numbers below.

Thank you

--


Sincerely,


*Joseph Z. Amsel, Esq.*

O: 888-558-7425

F: 212-437-9844

C: 917-750-7463

| NYC | Nassau |
|---|---|
| 43 West 43rd Street, Suite 265 | 70 E. Sunrise Hwy, Suite 500 |
| New York, NY 10036-7424 | Valley Stream, NY 11581 |


**Notice:** This message, and any attached file, is a PRIVATE communication intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this email message

should be construed as a legal opinion. If you have received this communication in error, please notify us immediately by reply email and delete all copies of the original message. Please take notice that pursuant to Civil Practice Law and Rules § 2103 (b)(5) and Fed. R. Civ. P. 5(b)(2)(D)., this office will not accept service of papers by facsimile transmittal or other electronic means.

**DISCLAIMER:** The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with The Law Offices of Joseph Z. Amsel or any of its attorneys. The sending of an e-mail to The Law Offices of Joseph Z. Amsel or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of The Law Offices of Joseph Z. Amsel, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.