Anthony F. Giuliano, Esq.
GIULIANO LAW, P.C.
Attorneys for Movants
445 Broadhollow Road, Ste. 25
Melville, New York 11747
afg@glpcny.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re:

Orion HealthCorp, Inc., et al.,

                           Debtors.

Chapter 11

Case No. 18-71748-67 (AST)
Case No. 18-71789 (AST)
Case No. 18-74545 (AST)

(Jointly Administered)

------------------------------------------------------------------- x

Howard M. Ehrenberg in his capacity as Liquidating :
Trustee of Orion Healthcorp, Inc., et al.,
CHT : Holdco, LLC, and CC Capital CHT Holdco LLC,

                           Plaintiffs,

             v.

Parmjit Singh Parmar a/k/a Paul Parmar, et al.,

                           Defendants.

Adv. Pro. No. 20-08053

------------------------------------------------------------------- x

## DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR <u>SUMMARY JUDGMENT, DEFAULT JUDGMENT AND MOTION TO STRIKE</u>

      I, Lisa Basich, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1

1. I am the personal assist to John Petrozza ("John") and have been for approximately 21 years. As such am fully familiar with the facts and circumstances as set forth herein. I handle much of the day-to-day management of various the entities owned or managed by John including Abruzzi Investments LLC ("Abruzzi"). I make this Declaration (the "Declaration") in opposition to Plaintiff's motion for summary judgment and in support of Defendant's cross-motion for summary judgment, default judgment and motion to strike.

2. Sometime in 2017, John texted Paul Parmar ("Parmar") and myself requesting a short-term loan so he could lease a property in Florida. I gave Parmar the wiring instructions so that he could wire the Funds to Abruzzi's bank account. A true and correct copy of the text exchange is annexed to the Petrozza Declaration as Exhibit "C".

3. It turned out that the lease for the Property fell through and John told me he wanted to repay the Loan. I emailed Parmar for the wiring instructions, and he emailed me back with the instructions to be given to Abruzzi's bank. A true and correct copy of that email is annexed hereto as Exhibit "A".

4. I then emailed a representative at Abruzzi's bank and provided her with the wiring instructions I received from Parmar. A true and correct copy of my email to Abruzzi's bank is annexed hereto as Exhibit "B".

5. John made it clear to me that he wanted to pay Parmar back and that I should get the wiring instructions from Parmar and to make sure it got promptly repaid.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March 2022.

*Lisa A Basich*
Lisa Basich