**Anthony F. Giuliano, Esq.**
**GIULIANO LAW, P.C.**
**Attorneys for Movants**
**445 Broadhollow Road, Ste. 25**
**Melville. New York 11747**
**afg@glpcny.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x
In re:                                                                            Chapter 11

                                                                                  Case No. 18-71748-67 (AST)
Orion HealthCorp, Inc., et al.,                                                   Case No. 18-71789 (AST)
                                                                                  Case No. 18-74545 (AST)

                                      Debtors.                                    (Jointly Administered)


------------------------------------------------------------------------------- x
Howard M. Ehrenberg in his capacity as Liquidating :
Trustee of Orion Healthcorp, Inc., et al.,
CHT : Holdco, LLC, and CC Capital CHT Holdco LLC,

                                      Plaintiffs,                                 Adv. Pro. No. 20-08052

               v.

Abruzzi Investments, LLC; John Petrozza

                                      Defendants.

------------------------------------------------------------------------------- x


**CERTIFICATE OF SERVICE**


      I, Anthony F. Giuliano, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on May 7, 2022, I caused to be served a copy of Defendants' Motion in Limine to Preclude documents and testimony and Declaration of Anthony F. Giuliano in Support of Motion, together will all exhibits on all parties to this action, via Electronic Document Filing System (ECF).

Dated:   Melville, New York
         May 7, 2022

                                                                       Respectfully Submitted,

                                                                       By: */s/ Anthony F. Giuliano*
                                                                            Anthony F. Giuliano
                                                                            Giuliano Law, P.C.
                                                                            445 Broadhollow Road
                                                                            Suite 25
                                                                             Melville, NY 11747
                                                                             Tel. (516) 792-9800
                                                                             Email. afg@glpcny.com