**Exhibit 1**

# M&T Bank

P.O. Box 844 Buffalo, NY 14240
716 635 0210 Fax 855 718 6978
Legal Documents Processing
LDP@mtb.com

October 22, 2020

Nolan Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Attn: Jeffrey P. Nolan, Esq.

**RE: Case# 20-08052**

Dear Mr. Nolan:

Please see the enclosed documents responsive to the request referenced above. This letter is to establish the following:

1.      That the copies of the records that are being produced were made from original microfilm/microfiche records of M&T Bank (the "Bank") and that they are an exact reproduction of those original records of the Bank, subject to redactions.

2.      That the records are kept in the ordinary course of business of the Bank; that it is the business of the Bank to keep such records and the records record the event contemporaneously with its occurrence.

3.      That the Bank has made a thorough search of all its records and the records being produced are the only records in the Bank's possession in connection with the items being sought in the attached subpoena.

**I declare under penalty of perjury that the foregoing is true and correct.**

If you have questions or concerns, please contact the undersigned.

Sincerely,

**Rebecca Lukacz** Digitally signed by Rebecca Lukacz
Date: 2020.10.22 10:23:46 -04'00'

Rebecca Lukacz
(716) 635 – 7719
Legal Document Analyst
M&T Bank
Legal Documents Processing
**Enclosures**

ABRUZ M&T000001

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Legal Document Processing

SEP 0 4 2020

HOWARD M. EHRENBERG IN HIS
CAPACITY AS LIQUIDATING
TRUSTEE OF
ORION HEALTHCORP, INC., ET AL.,)

Adv. Pro. No. 20-08052 (AST)

*Plaintiff*

v.

ABRUZZI INVESTMENTS,
L.L.C.; JOHN PETROZZA,

)
)
)
)
)
)
)
)
)

*Defendants*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    Manufacturers And Traders Trust Company (M&T Bank)

*(Name of person to whom this subpoena is directed)*

✓ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

✓ The questions on which examination is requested are attached as **Exhibit A**

| Place:  Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave., 34th Fl,<br>New York, NY 10017 | Date and Time:<br>September 28, 2020  at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method:  Stenographically

*Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: The documents to be produced, as well as instructions and definitions regarding production, are attached as **Exhibit B**.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  Sept. 3, 2020

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.,* who issues or requests this subpoena, are:  Jeffrey P. Nolan, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: 310.277.6910; Email: jnolan@pszjlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

ABRUZ M&T000002

## EXHIBIT A

## DEPOSITION ON WRITTEN QUESTIONS

1.    Please state your full name, occupation, official title, and business address.

Answer:    Rebecca Lukacz, Legal Document Analyst II, 626 Commerce Drive, Amherst NY 14228

2.    Are you the custodian of records for Manufacturers and Traders Trust Company ("M&T Bank")?

Answer:    Yes

3.    In your capacity as custodian of records for M&T Bank, are you familiar with whether M&T Bank maintains records of its business activities?

Answer:    Yes

4.    Are the records of M&T Bank kept under your care, supervision, custody, or control?

Answer:    Yes

5.    Was it in the regular course of business activities of M&T Bank for a person with personal knowledge of the act, event, condition, opinion, or diagnosis identified in the records requested in the attached Exhibit B, to make such records or to transmit such information to be included in the records?

Answer:    Yes

6.    Were the documents requested in the attached Exhibit B made at or near the time of the act, event, condition, opinion, or diagnosis identified in the records or within a reasonable time thereafter?

Answer:    Yes

7.    Were the documents requested in the attached Exhibit B made and kept in the regular course of daily business activities by M&T Bank?

Answer:    Yes

8.    Were the documents requested in the attached Exhibit B transmitted to your files, and did you maintain the records as part of your official duties as the custodian of records for M&T Bank?

Answer:    Yes

ABRUZ M&T000003

9.      Please hand the originals or exact duplicates of the documents requested in the attached Exhibit B to the [court reporter/notary public] taking your deposition for photocopying and attachment to this deposition. Have you now given all documents requested in the attached Exhibit B to the [court reporter] taking your deposition? If not, identify for the [court reporter] the records and documents you did not produce and explain why you did not produce them.

Answer:    Yes

10.     In the event you are unable to find any of the records requested in the subpoena you received, how long does M&T Bank maintain its files, and does M&T Bank ever destroy its files?

Answer:        7 year retention

11.     Are you aware of any other entities or persons that may have possession of records pertaining to those identified in Exhibit B? If so, please state the name and address of such entity or person, if known.

Answer:    No

12.     Have you been requested or directed by any person to withhold or protect, for any reason, the records identified in Exhibit B? Has any person suggested that you should withhold or protect the records identified in Exhibit B? If so, please state the name and address of the person who conveyed this information to you and when such event occurred.

Answer:    No

13.     Do you know or have reason to believe that the records identified in Exhibit B have in any manner been edited, purged, culled, or otherwise altered? If so, please identify the records and why they were altered or removed.

Answer:    No

14.     If any document responsive to this subpoena was, but is no longer, in your possession, custody, or control, or no longer exists, state whether (1) it is missing or lost, (2) it was destroyed, (3) it was transferred to others, or (4) it was otherwise disposed of, and explain the circumstances surrounding its disposition, including the date of such disposition.

Answer:    N/A

15.     Please identify, by name and address, all former and current general partners, managing partners, limited partners, members, .associates and employees who have personal knowledge regarding any document requested in Exhibit B.

Answer:    N/A

ABRUZ M&T000004

## VERIFICATION

STATE OF ___NY___     )
             ss.
COUNTY OF___Erie___   )

Before me, the undersigned authority, on this day personally appeared
___Rebecca Lukacz_____, custodian of records for Manufacturers and Traders Trust
Company known to me to be the person whose named is subscribed to the foregoing instrument in the
capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the
foregoing questions are true and correct. I further certify that the records attached hereto are exact
duplicates of the original records.

Rebecca Lukacz Digitally signed by Rebecca
         Lukacz
         Date: 2020.10.22 09:58:50 -04'00'

**Witness**

SWORN TO ME AND SUBSCRIBED before me by _____ on
_October 22_____, _2020_.

Laguena Portis
Notary Public-State of New York
No. 01PO6359838
Qualified in Erie County
My Commission Expires 06/05/2021

ABRUZ M&T000005

 **M&T** Bank    P.O. Box 844
Buffalo, NY 14240
Legal Document Processing

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 10/22/2020 |
| **Invoice No.:** | 2000000837 |
| **Reference:** | Petrozza |
| **Amount Due**  $ | **132.00** |
| Payment Due Upon Receipt | |

Nolan Pachulski Stang Ziehl & Jones L
10100 Santa Monica Boulevard
Los Angeles, CA 90067

**Contact Us**

| | | |
|---|---|---|
| **Analyst:** | Becca Lukaez | 716-635-7719 |
| **General Office Number:** | | 716-635-0210 |
| **Fax:** | | 1-855-718-6978 |
| **Email:** | | LDP@mtb.com |
| | | |
| **M&T Bank TIN** | **Payment Mailing Address** | |
| 160538020 | Attention: Legal Documents | |
| | P.O. Box 844 | |
| | Buffalo, New York 14240 | |

| Quantity | Description | Unit Price | Line Total |
|---|---|---|---|
| 0 | Copies @ $0.25 per page | $    0.25 | $        - |
| 0 | CD @ $5.00 per disc | $    5.00 | $        - |
| 6 | Research and Retrieval Hours @ $22.00 per hour | $   22.00 | $   132.00 |

| | | |
|---|---|---|
| Subtotal | $ | 132.00 |
| Shipping & Handling | | |
| Previous Balance | $ | - |
| **TOTAL** | $ | 132.00 |

Please make all checks payable to M&T Bank and mail to address listed above.
If you've already paid your bill, thank you for your payment and please disregard this invoice.

# M&T Bank

FOR INQUIRIES CALL:     MARLBORO
(732) 536-6795

00    0 03367M NM  017

000000                          P

SUNSHINE STAR LLC
19 COLTS GAIT LN
COLTS NECK NJ 07722

| ACCOUNT TYPE | |
|---|---|
| M&T ADVANCED BUSINESS CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▮ | 10/01/17 - 10/31/17 |

| | |
|---|---|
| BEGINNING BALANCE | $234,458.27 |
| DEPOSITS & CREDITS | 50.00 |
| LESS CHECKS & DEBITS | 234,508.27 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2017 | BEGINNING BALANCE | | | $234,458.27 |
| 10/13/2017 | CHECK NUMBER 0055 | | $234,000.00 | 458.27 |
| 10/16/2017 | ACCOUNT CLOSURE FEE WAIVED | $50.00 | | |
| 10/16/2017 | ACCOUNT CLOSURE FEE | | 50.00 | |
| 10/16/2017 | CLOSEOUT | | 458.27 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 1 | |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | 10/13/17 | 234,000.00 | | | | | | |

* - GAP IN CHECK SEQUENCE
R- CHECK RETURNED

| NUMBER OF CHECKS PAID | 1 |
|---|---|
| AMOUNT OF CHECKS PAID | $234,000.00 |

EFFECTIVE JANUARY 1, 2018 WIRE INCOMING INTERNATIONAL PER ITEM WILL BE CHANGED
TO $16.00.

IF YOU HAVE ANY QUESTIONS REGARDING THIS PRICE CHANGE PLEASE CONTACT YOUR
RELATIONSHIP MANAGER OR THE COMMERCIAL SERVICE TEAM AT 1-800-724-2240, MONDAY-
FRIDAY, 8AM-6PM ET.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**   **Enter the total of STEPS 5 & 6.**

$

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

# M&T Bank

L018 (11/16)    ©2016 M&T Bank. Member FDIC.

# M&T Bank

FOR INQUIRIES CALL:   **MARLBORO**
(732) 536-6795

00   0 03367M NM 017

000000                    N

**SUNSHINE STAR LLC**
**19 COLTS GAIT LN**
**COLTS NECK NJ 07722**

| ACCOUNT TYPE | |
|---|---|
| M&T ADVANCED BUSINESS CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓▓▓ | 09/01/17 - 09/30/17 |

| | |
|---|---|
| BEGINNING BALANCE | $250,000.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 15,541.73 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $234,458.27 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2017 | BEGINNING BALANCE | | | $250,000.00 |
| 09/11/2017 | CHASE CREDIT CRD EPAY     3238491538 | | $6,422.34 | |
| 09/11/2017 | CHASE CREDIT CRD EPAY     3238276744 | | 8,948.69 | 234,628.97 |
| 09/12/2017 | CHASE CREDIT CRD EPAY     3241812457 | | 170.70 | 234,458.27 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).**

$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

ABRUZ M&t000010

# M&T Bank

| FOR INQUIRIES CALL: | MARLBORO |
|---|---|
| | (732) 536-6795 |

00   0 03367M NM 017

000000                    N

**SUNSHINE STAR LLC**
**19 COLTS GAIT LN**
**COLTS NECK NJ 07722**

| ACCOUNT TYPE | |
|---|---|
| M&T ADVANCED BUSINESS CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉▉▉▉▉ | 08/01/17 - 08/31/17 |

| | |
|---|---|
| BEGINNING BALANCE | $250,000.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $250,000.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2017 | BEGINNING BALANCE | | | $250,000.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

EFFECTIVE 09/15/17, THE ACH INDUSTRY WILL INTRODUCE SAME DAY ACH DEBIT
ORIGINATION. THIS FASTER PROCESSING OPTION ALLOWS CERTAIN ACH PAYMENTS TO DEBIT
RECEIVERS' ACCOUNTS ON THE SAME DAY THAT THEY ARE ORIGINATED. M&T BANK WILL
PARTICIPATE IN THE SAME DAY DEBIT INITIATIVE, AND WILL BEGIN POSTING SAME DAY
ACH DEBIT PAYMENTS TO CLIENTS' ACCOUNTS AS OF 09/15/17. THEREFORE, YOU MAY
NOTICE SOME PAYMENTS DEBITED FROM YOUR ACCOUNT SOONER. PLEASE ENSURE YOUR
ACCOUNTS HAVE AVAILABLE CASH IN THE EVENT YOU ARE DEBITED EARLIER THAN EXPECTED.
FOR MORE INFORMATION, VISIT OUR SAME DAY ACH WEBSITE AT HTTPS://BANK.MTB.COM/SDA

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

# M&T Bank

©2016 M&T Bank. Member FDIC.

# M&T Bank

FOR INQUIRIES CALL:    MARLBORO
(732) 536-6795

00    0 03367M NM  017

000000                                          N

SUNSHINE STAR LLC
19 COLTS GAIT LN
COLTS NECK NJ 07722

| ACCOUNT TYPE | |
| --- | --- |
| M&T ADVANCED BUSINESS CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉ | 07/01/17 - 07/31/17 |

| | |
| --- | --- |
| BEGINNING BALANCE | $250,000.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $250,000.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 07/01/2017 | BEGINNING BALANCE | | | $250,000.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TOMS RIVER
577 LAKEHURST ROAD TOMS RIVER, NJ 08755

ABRUZ M&t000013

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240. Monday through Friday, 8am - 6pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

ABRUZ M&t000014

# M&T Bank

<table>
<tr><td rowspan="2">FOR INQUIRIES CALL:</td><td>MARLBORO</td><td colspan="2" align="center">ACCOUNT TYPE</td></tr>
<tr><td>(732) 536-6795</td><td colspan="2" align="center">M&T ADVANCED BUSINESS CHECKING</td></tr>
</table>

00    0 03367M NM 017

000000                          N

SUNSHINE STAR LLC
19 COLTS GAIT LN
COLTS NECK NJ 07722

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███████ | 06/23/17 - 06/30/17 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 250,000.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $250,000.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/23/2017 | BEGINNING BALANCE | | | $0.00 |
| 06/29/2017 | INCOMING FEDWIRE FUNDS TRANSFER ABRUZZI INVESTMENTS LLC | $250,000.00 | | 250,000.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

ABRUZ M&t000015

TOMS RIVER
577 LAKEHURST ROAD TOMS RIVER, NJ 08755

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**  **Place** a checkmark ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240. Monday through Friday, 8am - 6pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

ABRUZ M&t000016

## PAYMENT ARCHIVE AND RESEARCH CENTER

### Query Results Report

| | |
|---|---|
| MSG_SOURCE_TYPE | GPP |
| Account No | 3082101042000 |
| Amount | 250,000.00 |
| Beneficiary | SUNSHINE STAR LLC |
| BNF ADDR1 | US |
| BNF ID | ▓▓▓▓▓▓ |
| Currency | USD |
| Wire Date | 06/29/2017 |
| Direction | I |
| IMAD | 20170629B6B7HU1R009642 |
| MID | 1762913222609700 |
| Paymt Method | BOOK |
| Msg Status | AGED |
| Msg Type | 10 |
| Msg Subtype | 00 |
| Office | MAN |
| OMAD | 20170629B2Q8921C00258906291322FT01 |
| Originator | ABRUZZI INVESTMENTS LLC |
| ORG ADDR1 | 60 W RIVO ALTO DR |
| ORG ADDR2 | MIAMI BEACH FL 33139-1254 |
| ORG ID | 457018241763 |
| ORG ID Code | AC |
| Recv ABA | MANTUS33XXX |
| Recv Name | M and T Bank |
| Reference | 170629005811000 |
| Sender ABA | MANTUS33XXX |
| Sender Name | M and T Bank |
| Paymt Source | FRB |
| Time | 13:22:26 |
| Value Date | 06/29/2017 |

| Total messages : | 1 | | Total Amount : | 250,000.00 |
|---|---|---|---|---|

PAY TO THE ORDER OF Sequoia training & nutrition consulting $ 234000 xx/xx

two hundred thirty four thousand DOLLARS

DATE 10/11/17

M&T Bank

FOR

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

Posting Date        2017 Oct 11

Bank #              096

Research Seq #      8002708197

Account #

Dollar Amount       $234,000.00

Check/Store         9999999999

DB/CR               DB

Entry Number        127

RTABA               02200004

Record Type #       01

ABRUZ M&t000018



PRINT CUSTOMER NAME

Sunshine Steirk LLC

ACCOUNT NUMBER

$\frac{10-4}{220}$   DATE   10/13/17.

Pay to the order of   Elena Sartisan.   $ 234,000

two hundred + thirty four Mousand ————.   Dollars

**M&T** Bank

Signature   V Sart

⑈0 2 2000046⑈   0055

SEQUOIA training & nutrition.
consultants llc

NJDL#

exp 10/18
DOB. 6/95.

| | |
|---|---|
| Posting Date | 2017 Oct 13 |
| Bank # | 096 |
| Research Seq # | 5900540908 |
| Account # | |
| Dollar Amount | $234,000.00 |
| Check/Store | 55 |
| DB/CR | DB |
| Entry Number | 7111 |
| RTABA | 02200004 |
| Record Type # | 01 |

ABRUZ M&t000019

# M&T Bank

FOR INQUIRIES CALL:   NEW YORK CITY PRIVATE BANKING
(212) 350-2535

00   0 07668M NM  017

000000                              P

AQUILA ALPHA LLC
3400 RT 35 SOUTH
SUITE 9
HAZLET NJ 07730

| ACCOUNT TYPE | |
|---|---|
| M&T ADVANCED BUSINESS CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
|  | 12/01/17 - 12/31/17 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 40.00 |
| LESS CHECKS & DEBITS | 40.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2017 | BEGINNING BALANCE | | | $0.00 |
| 12/07/2017 | FINAL ANALYSIS CHARGE WAIVED | $40.00 | | |
| 12/07/2017 | FINAL ANALYSIS CHARGE | | $40.00 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

ABRUZ M&T000020

TENTH AND MARKET STREET
1007 NORTH MARKET STREET SUITE 12 WILMINGTON, DE 19801