# Exhibit 3

3/24/22, 2:55 PM                                              Division of Corporations - Filing

Delaware.gov                                              Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

**HOME**

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 6443147 | Incorporation Date / Formation Date: | 6/12/2017 (mm/dd/yyyy) |
| Entity Name: | SUNSHINE STAR LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATIONS USA, LLC | | |
| Address: | 4034 WILLOW GROVE ROAD | | |
| City: | CAMDEN | County: | Kent |
| State: | DE | Postal Code: | 19934 |
| Phone: | 866-460-1672 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like  ○ Status   ○ Status, Tax & History Information

[ Submit ]

[ View Search Results ]                            [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov