

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

Jeffrey P. Nolan  February 21, 2024  jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  **In re: Orion HealthCorp, Inc.,** *et al.*
**Howard M. Ehrenberg v. Abruzzi Investments, LLC and John Petrozza,**
<u>**Adv. Proc. No. 20-08052-AST**</u>

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

Per the Court's instruction, I write to confirm that the Court has continued the Status Conference from February 27, 2024 to **March 6, 2024,** at 1:30 pm EST, before the Honorable Alan S. Trust, United States Bankruptcy Judge, Brooklyn courthouse, 271-C Cadman Plaza, E Brooklyn, NY 11201. Appearances can be made in person or via the Zoom platform.

I also write to confirm that the Court will allow 15 minutes for any final oral arguments to be made on the submitted motions for summary judgment.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

JPN:lsc

cc: Anthony F. Giuliano, Esq. (Via ECF and electronic mail)
    (Counsel for Defendants)

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

4882-9483-3063.1 65004.003