

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.

LOS ANGELES, CALIFORNIA 90067-4003

310.277.6910


**NEW YORK**

780 THIRD AVENUE, 34TH FL.

NEW YORK, NEW YORK 10017-2024

212.561.7700


**WILMINGTON**

919 NORTH MARKET STREET, 17TH FLOOR,

P.O. BOX 8705

WILMINGTON, DELAWARE 19899-8705

302.652.4100


**HOUSTON**

700 LOUISIANA STREET, STE. 4500

HOUSTON, TEXAS 77002

713.691.9385


**SAN FRANCISCO**

ONE SANSOME STREET, 34TH FL. STE. 3430

SAN FRANCISCO, CALIFORNIA 94104

415.263.7000

Jeffrey P. Nolan     April 18, 2024     310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    **In re Orion HealthCorp., Inc., et al.**
               **Howard M. Ehrenberg v. Abruzzi Investments,**
               **LLC; John Petrozza.**
               <u>**Adv. Proc. No. 20-08052 (AST)**</u>

Dear Judge Trust:

      We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

      Pursuant to the Ruling Conference and the instruction from the Court at the Notice of Ruling on Summary Judgment held on April 10, 2024 counsel for the Liquidating Trustee circulated to Defendants for comment a draft *Order Denying Plaintiff's Motion For Summary Judgment; Denying Defendant Abruzzi Investment And John Petrozza's Cross Motion For Summary Judgment; Ruling On Evidentiary Objections; And Establishing Facts As Admitted In The Case Pursuant To FRCP 56*.

4870-8130-7831.1 65004.003



The Honorable Alan S. Trust
April 18, 2024
Page 2

After incorporating changes from counsel, Plaintiff filed and uploaded the Order.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

cc: Anthony Giuliano, Esq.
Counsel for Defendants (Via ECF)

4870-8130-7831.1 65004.003