

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE:** 713/691 9385
FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

May 29, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    **Re:**    **In re Orion HealthCorp, Inc., et al.**
          **Howard M. Ehrenberg v. Arvind Walia;**
          **Niknim Management Inc.**
          <u>**USBC EDNY Adv. Proc. No. 20-08049-ast**</u>

          **and**

          **Howard M. Ehrenberg v. Abruzzi Investment;**
          **John Petrozza**
          <u>**USBC EDNY Adv. Proc. No. 20-08052-ast**</u>

Dear Judge Trust:

    We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

    As the Court may recall, following the summary judgment motion hearings, the Adversary Pretrial Scheduling Orders set the two adversaries for trial on **July 24, 2024**, as to the Niknim/Walia adversary and **July 25, 2024** at 9:30 am as to the Abruzzi Investments, LLC and John Petrozza adversary, along with a final pre-trial conference of July 17, 2024.

    We write to the Court as to report a trial conflict with the July 24 and 25th trial dates. The Trustee retained an expert, Craig Jacobson of B. Riley Financial, who issued a report in both adversaries on the issue of insolvency. Mr. Jacobson is scheduled for trial in unrelated litigation in the United States District Court, Southern District Florida, and he is scheduled to testify in the trial the week of July 22-26, 2024. The trial in Florida requires his attendance in person and since Mr. Jacobson's

LA:4895-5929-0050.1 65004.003



May 29, 2024
Page 2

report will be entered into evidence by the Trustee in both adversaries before this Court, Mr. Jacobson must be present in the Bankruptcy Court E.D.N.Y for potential cross-examination. Under these circumstances, the Trustee reluctantly must request a continuance of the trial dates for both adversaries.

      Counsel for the Trustee apologizes for the inconvenience but will make every effort to reschedule the matters or be present with trial calendars of witnesses if the Court schedules these matters for a trial scheduling conference.

      Very truly yours,

      */s/ Jeffrey P. Nolan*
      Jeffrey P. Nolan

cc:    Anthony F. Giuliano, Esq. (Via ECF)
      (Counsel for Defendants, Abruzzi Investments LLC and John Petrozza)

LA:4895-5929-0050.1 65004.003