UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC.,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 18-71748-AST<br>(Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL.,<br><br>                  Plaintiff,<br><br>    - against -<br><br>ABRUZZI INVESTMENTS, LLC, AND JOHN PETROZZA<br><br>                  Defendants. | Adversary Proc. No. 20-08052-(AST) |

## **JUDGEMENT AGAINST ABRUZZI INVESTMENTS, LLC AND JOHN PETROZZA**

        WHEREAS, on July 25, 2024, the Court held a duly scheduled trial in this adversary action. The Court, having considered the exhibits, briefs, testimony and evidence presented by the parties at trial, and after due deliberation thereon, issued its findings of fact and conclusions of law at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

Ruling Conference on August 27, 2024 ("Ruling Conference").  Consistent with the record set forth in the Ruling Conference, Judgment is hereby entered as follows:

**ORDERED,** that Judgment is granted in favor of Plaintiff as against Defendant Abruzzi Investments, LLC and against Defendant John Petrozza, jointly and severally, in the amount of $250,000, plus prejudgment interest from the date of the filing of the Complaint on March 14, 2020 to September 6, 2024 (1,637 days) calculated in accordance with New York State law at 9% simple interest in the amount of $100,910.96, with costs of suit $350.00, for a total judgment of $351,260.96, and it is further

**ORDERED**, that post-judgment interest shall accrue and be payable jointly and severally by Defendants, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a), from the date of entry of this Judgment to the date the amount is paid in full.



Dated: September 24, 2024
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge