UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC.[1] | Case No. 18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 20-08052 (AST) |
| Plaintiff, | |
| v. | |
| ABRUZZI INVESTMENTS, LLC; JOHN PETROZZA, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Rolanda Mori, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California  90067.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

On October 8, 2024, I caused a true and correct copy of the following:

- Motion Of Plaintiff, Howard M. Ehrenberg As Liquidating Trustee Of Orion Healthcorp., For Entry Of An Order Awarding Reasonable Attorney's Fees And Expenses

- Declaration Of Jeffrey P. Nolan In Support Of Plaintiff's Motion For Entry Of An Order Awarding Reasonable Attorney's Fees And Expenses

- Notice Of Motion Of Plaintiff For Entry Of An Order Awarding Reasonable Attorney's Fees And Expenses

- Amended-Notice Of Presentment Of Motion Of Plaintiff For Entry Of An Order Awarding Reasonable Attorney's Fees And Expenses

to be served as indicated below:

**Via Email and Mail**
John Petrozza
7305 Belle Meade Island Drive
Miami, Florida 33138
Email: jpetrozza@verizon.net

**Via Email and Mail**
Abruzzi Investments, LLC
c/o John Petrozza
7305 Belle Meade Island Drive
Miami, Florida 33138
Email: john@petrozzagroup.com;

**Via Frist Class Mail**
Corporation Service Company
Registered Agent for Abruzzi Investments, LLC
251 Little Falls Drive
Wilmington , DE 19808

**Via Overnight Delivery**
The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, NY 11722

*/s/ Rolanda Mori*
    Rolanda Mori