**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**ABSTRACT OF JUDGMENT**

**Case No.** 18-71748-ast
**Adv. Proc. No.** 20-08052-ast

| **Names of Parties against whom Judgments have been obtained** | **Names of Parties in whose favor Judgments have been obtained** |
|---|---|
| Abruzzi Investments, LLC<br>4 Moore Street<br>Staten Island, NY 10306<br><br>John Petrozza<br>4 Moore Street<br>Staten Island, NY 10306 | Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al |

| **Amount of Judgment** | **Names and Address of Attorneys** | **When Docketed** |
|---|---|---|
| $351,260.96 | Attorneys for Plaintiff<br>Jeffrey P Nolan<br>Ilan D Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>Attorney for Defendants<br>Joseph Z Amsel<br>43 West 43rd Street, Suite 265<br>New York, NY 10036<br><br>Anthony F. Giuliano<br>Giuliano Law, P.C.<br>445 Broadhollow Road, Suite 25<br>Melville, NY 11754 | 09/24/2024 |

**I CERTIFY, that the foregoing is a correct Abstract of Judgment.**

**Dated: Brooklyn, New York**
         **October 15, 2024**

                                       **ROBERT A. GAVIN, JR.**
                                       **Clerk of Court**

                        **By:** **s/ Naray Hinds**
                              Deputy Clerk