UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC[1]. | : | Case No. 18-71748 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | : | Adv. Pro. No. 20-08052 (AST) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN PETROZZA, ABRUZZI INVESTMENTS LLC, | : | |
| | : | |
| Defendants. | : | |

------------------------------------

## ORDER APPROVING MOTION OF PLAINTIFF FOR ENTRY OF AN ORDER AWARDING REASONABLE ATTORNEY'S FEES AND EXPENSES

The Court, having considered the *Notice of Presentment* and Motion Of Plaintiff For Entry Of An Order Awarding Reasonable Attorney's Fees And Expenses [Docket Nos. 128] (the "Motion") filed on October 7, 2024, no opposition having been filed, and with due deliberation and with good cause shown:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

4859-0820-6317.2 65004.003

IT IS SO ORDERED that

1. The Motion is granted;

2. Plaintiff is awarded attorney's fees in the amount of $179,696.60, and expenses in the amount of $15,104.61 for a total award of $194,801.21; and

3. This Court retains jurisdiction to enforce and implement the respective terms and provisions of the Motion including judgment.



Dated: March 18, 2025
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge