**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> ORION HEALTHCORP, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., <br><br> Plaintiff, <br> v. <br><br> JOHN PETROZZA, ABRUZZI INVESTMENTS LLC, <br><br> Defendants. | Adv. Proc. No. 20-08052 (AST) |

## <u>NOTICE OF LODGING AND SUBMISSION OF FIRST AMENDED JUDGMENT</u>

**PLEASE TAKE NOTICE** that, Plaintiff Howard M. Ehrenberg, in his capacity as Liquidating Trustee of Orion Healthcorp., Inc. through his undersigned counsel, hereby submits this Notice of Lodging and Submission of [Proposed] First Amended Judgment.

1.     On September 24, 2024, after a trial on the merits, *Judgement Against Abruzzi Investments, LLC and John Petrozza* [Dkt. No. 116] was entered by the Court in favor of Plaintiff.

2.     On March 18, 2025, the Court entered the *Order Approving Motion of Plaintiff For Entry of an Order Awarding Reasonable Attorney's Fees and Expenses* (the "<u>Order For Fees and Expenses</u>") [Dkt. No. 142].

3.      Plaintiff gives notice to all parties of the submission of the attached [Proposed]

First Amended Judgment, as attached hereto as Exhibit A.


Dated: March 21, 2025                    Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/        Jeffrey P. Nolan*
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. *(admitted pro hac vice)*
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel for Plaintiff, Howard M. Ehrenberg in his capacity as the Liquidating Trustee of Orion Healthcorp, Inc., et al.*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC.,[1] | Case No. 18-71748-(AST) |
| Debtor. | |

| | |
|---|---|
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP INC., ET AL., | Adversary Proc. No. 20-08052 (AST) |
| Plaintiff, | Trial: July 25, 2024<br>Time: 9:30 a.m.<br>Place: Courtroom 960<br>U.S. Bankruptcy Court<br>290 Federal Plaza<br>Islip, NY |
| - against - | |
| JOHN PETROZZA, ABRUZZI INVESTMENTS LLC, | |
| Defendant. | Judge: Hon. Alan S. Trust |

### FIRST AMENDED JUDGMENT IN FAVOR OF PLAINTIFF AS AGAINST JOHN PETROZZA AND ABRUZZI INVESTMENTS LLC

This is an amendment to the judgment that was entered by the Court on September 24, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

After a trial was conducted before the Court on July 25, 2024, the Court entered judgment in favor of Plaintiff against Abruzzi Investments, LLC and John Petrozza on September 24, 2024, in the amount of $351,260.96 with post-judgment interest accruing at the prevailing rate pursuant to 28 U.S.C. §1961(a) from the date of entry of judgment (the "Judgment").  [Dkt No. 116]

On March 18, 2025, the Court entered the Order Approving Motion of Plaintiff For Entry of an Order Awarding Reasonable Attorney's Fees and Expenses (the "Order For Fees and Expenses").  Pursuant to the Order For Fees and Expenses, Plaintiff was awarded fees and costs in the amount of $194,801.21.  [Dkt No. 142]

Consistent with the record set forth in the docket, Judgment is amended to allow Plaintiff recover the following amounts:

1. **ORDERED,** Post judgment interest on the Judgment to March 18, 2025, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System (https://fred.stlouisfed.org/series/DGS1), for the calendar week preceding the date of the original Judgment-said interest rate being 3.99%. The number of days between September 24th 2024 and March 19th 2025 is 176 days on the Judgment of $351,260.96 at an interest rate of 3.99% realizes post-judgment simple interest in the amount $6,758.07.

2. **ORDERED,** that Judgment is granted for Plaintiff as against Defendants Abruzzi Investments, LLC, and against John Petrozza, jointly and severally, in the total amount of $552,820.24 ($351,260.96 +$6,758.07+ $194,801.21);

3. **ORDERED,** that Post-judgment interest shall accrue and be payable by Defendants, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a), from the date of entry of this Judgment to the date the amount is paid in full;

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY    )
                              )    ss.:
COUNTY OF SOMERSET    )

       I, Rolanda Mori, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

       On March 21, 2025, I caused a true and correct copy of the following documents to be served via electronic mail and Federal Express upon the parties set forth below.

John Petrozza
7305 Belle Meade Island Drive
Miami, Florida 33138
Email:  jpetrozza@verizon.net

Abruzzi Investments, LLC
c/o John Petrozza
7305 Belle Meade Island Drive
Miami, Florida 33138
Email:     john@petrozzagroup.com;

             */s/ Rolanda Mori*
              Rolanda Mori