# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## ABSTRACT OF JUDGMENT

**Case No.** 8-18-71748-ast
**Adv. Proc. No.** 8-20-08052-ast

| **Names of Parties against whom Judgments have been obtained** | **Names of Parties in whose favor Judgements have been obtained** |
|---|---|
| Abruzzi Investments, LLC<br>4 Moore Street<br>Staten Island, NY 10306<br><br>John Petrozza<br>4 Moore Street<br>Staten Island, NY 10306 | Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al<br>C/O Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 |

| **Amount of Judgment** | **Names and Address of Attorneys** | **When Docketed** |
|---|---|---|
| $552,820.24 | Attorneys for Plaintiff<br>Jeffrey P Nolan<br>Ilan D Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>Defendant John Petrozza - Pro Se<br>Defendant Abruzzi Investments, LLC -  Pro Se | April 04, 2025 |

**I CERTIFY, that the foregoing is a correct Abstract of Judgment.**

**Dated: Brooklyn, New York**
           **May 1, 2025**

                                                                **Paul Dickson.**
                                                                **Clerk of Court**

                                                        **By:** / Lisa Sparks