FILED
CLERK

9/18/2025 2:43 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

ORION HEALTHCORP, INC.,

        *Debtor*,

JOHN PETROZZA,

        *Appellant*,

    -v-

HOWARD M. EHRENBERG, in his capacity as
Liquidating trustee of Orion Healthcorp, Inc.,

        *Appellee*.

----------------------------------------------------------X

**JUDGMENT**
Bank Case No. 8-20-08052-ast
CV 24-7080 (NJC)

      An Order Dismissing Case of Honorable Nusrat J. Choudhury, United States District Judge, having been filed on September 17, 2025; dismissing the appeal on the alternative grounds that appellant failed to timely comply with the filing requirements under Rule 8003, Fed. R. Bankr. P. *See* Fed. R. Bankr. P. 8003(a)(2) ("*An appellant's failure to take any step other than timely filing a notice of appeal... is ground... for the district court... to act as it considers appropriate, including dismissing the appeal.*")*.*; it is

      **ORDERED AND ADJUDGED** that appellant John Petrozza, take nothing of appellee Howard M. Ehrenberg; that the appeal is dismissed on the alternative grounds that appellant failed to timely comply with the filing requirements under Rule 8003, Fed. R. Bankr. P. *See* Fed. R. Bankr. P. 8003(a)(2) ("*An appellant's failure to take any step other than timely filing a notice*

*of appeal... is ground... for the district court... to act as it considers appropriate, including dismissing the appeal*.").; and that this case is closed.

Dated: September 18, 2025
      Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: /s/ GRISEL ORTIZ
DEPUTY CLERK
