UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION HEALTHCORP, INC[1]. | : | Case No. 18-71748 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | : | Adv. Pro. No. 20-08052 (AST) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ABRUZZI INVESTMENTS, L.L.C.; JOHN PETROZZA, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------

# ORDER COMPELLING LISA BASICH TO COMPLY WITH SUBPOENA, PRODUCE DOCUMENTS AND ATTEND DEPOSITION

Upon consideration of the Motion For Order Pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure to Compel Lisa Basich's Compliance with the Subpoena (the

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 203, Middletown, NJ 07748.

"Motion") filed by Howard Ehrenberg, in his capacity as Liquidation Trustee (the "Liquidation Trustee"), of the estate of Orion Healthcorp., Inc., and it appearing that the relief requested in the Motion is in the best interests of the estate, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that**:**

1. The Motion is GRANTED as set forth herein.

2. Lisa Basich, shall within fourteen (fourteen) days of entry of this Order respond in writing to each category of requested documents and turnover all responsive documents responsive to the Basich Subpoena to counsel to the Trustee, Howard Ehrenberg, the Liquidation Trustee of Orion Healthcorp. Rosenberg & Pittinsky, LLP, 232 Madison Avenue, Suite 906,New York, New York 10016.

3. Ms. Basich shall not destroy and will produce to the Trustee email communications exchanged with the Defendants regarding restraining and compiling documents responsive to the Basich Subpoena.

4. Ms. Basich will coordinate with counsel for the Trustee the taking of here deposition to be completed no later than November 5, 2025, which deposition will occur at the Law Offices of Rosenberg & Pittinsky, LLP.

5. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

Dated: October 15, 2025
      Central Islip, New York



_____
Alan S. Trust
Chief United States Bankruptcy Judge

LA:4922-0601-1231.1 65004.003