```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re: ORION HEALTHCORP, INC., et al., Debtors.

HOWARD M. EHRENBERG, Plaintiff,

v.

ABRUZZI INVESTMENTS LLC et al., Defendants.

Adv. Pro. No. 8-20-08052-AST

Chapter 11

SUPPLEMENTAL DECLARATION OF LISA BASICH

I, Lisa Basich, declare under penalty of perjury (28 U.S.C. § 1746):

- Out of concern, I asked a former coworker to restore access; he stated that since John never told him I couldn't access documents, he stated he would request restored access. I told my attorney who responded to Trustee that they were restoring my access, would be able to get the documents and start working on it. Ultimately access was denied by IT due to employment separation protocol, not my control.
- My Nov 27$^{th}$ 2025 affidavit was true & accurate when signed—no possession, custody, or control of documents; no server access.
- I had found 12 unrelated papers/files that I honestly felt were not related to Orion judgment. Producing all here (attached scans)
- Added the additional detail to Dec 5 affidavit to disclose found docs for full transparency-- no intent to mislead or contradict.
- In a total panic, concerned that I had nothing to send, I approached Mr. Petrozza as a friend, but it was my decision. He offered to send attorneys an email asking for voluntary relief. No one instructed me to withhold.
- I have not avoided out of obstruction, I left Mr. Petrozza's employ because I was dealing with my own business, marital and health problems and was in an awful mental state. I dropped the ball on many things in my life over the last year taking time off and being unable to handle all of my stress. This was one of many.

Executed Dec 18, 2025.

Lisa Basich