I, Philip A Simone, declare under penalty of perjury:

1. On or about 11/9/2025 Lisa was upset and needed to review files and requested server access.

2. I know she had access in the past so I didn't believe it would be a problem. I initially agreed informally to help, but ultimately it was denied per company policy.

3. I was unaware of all the IT security rules and did not have any ill intent.

Executed Dec 17, 2025.

*[signature: Philip A. Simone]*

Philip A. Simone