# COCONUT GROVE GLASS & MIRROR CORP.
### 4246 N.W  37 AVENUE
### MIAMI, FL. 33142
### TEL:(305) 634-3420  FAX:(305) 634-3421

## REQUEST FOR PAYMENT

**COMPANY NAME:**          Joanne Grover-Watson

**DATE:**          9/30/07

**PROJECT:**          7305 Belle Meade Island

**REQUEST FOR**
**PAYMENT :**          #3

**CONTRACT AMOUNT:**          $99,000.00

**APPROVED CHANGE ORDERS:**          $950.00
**9/25/06 C.O (wood handles = $950.00**

**TOTAL CONTRACT AMOUNT:**          $99,950.00

**TOTAL COMPLETED TO DATE :**          $99,950.00

**AMOUNT RECEIVED TO DATE:**          $84,150.00
**6/01/06 CK 5578 Deposit = $53,000.00**
**10/18/07 CK 6185 Partial = $31,150.00**

**AMOUNT DUE ON THIS APPLICATION:**          $15,800.00
                              Credit   3,160.00
                                        $12,640.00

**BALANCE TO FINISH:**          - 0 -

## " THANK YOU "



# Invoice

| Date | Invoice # |
|------|-----------|
| 08/03/2009 | 2019 |

**Bill To**

ZENISEK, ED

| ENG/TRANS | MILAGE | TERM | LIC# | YR/MAKE/MODEL | UNIT#/EMP |
|-----------|--------|------|------|---------------|-----------|
| 4.3L AUTO | 124788 | Due on receipt | KBB326 NM | 01 GMC JIMMY | 986 AM |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 8.2 | labor......REPLACE D/S WINDOW MOTOR | 68.00 | 557.60T |
| | REPLACED DOOR BUSHINGS TO TIGHTEN UP DOOR HINGE | | |
| | REPLACE DEFECTIVE FUEL PUMP DUE TO HARD AND SOME TIMES NO START. | | |
| | LUBE, OIL, AND FILTER, CHECK ALL FLUIDS BELTS AND HOSES, INCLUDES 5 QTS. OF OIL | 33.95 | 33.95T |
| | Safety inspection of vehicle | 0.00 | 0.00T |
| | BRAKES, BELT AND HOSES ARE OK | | |
| 1 | 497103  WINDOW MOTOR | 89.99 | 89.99T |
| 2 | 38419  HINGE BUSHING KIT | 14.99 | 29.98T |
| 1 | BG5215  FUEL PUMP ASSY | 654.21 | 654.21T |
| 1 | FG0052  FUEL FILTER | 24.99 | 24.99T |
| 1 | 56-1551  FUEL PUMP RELAY | 27.88 | 27.88T |
| | SUPPLIES, SEALANT,CHEMICALS,LUBRICANTS,ETC | 41.15 | 41.15T |

12000 MILE OR 12 MONTH WARRENTY AT DIAGNOSTIC AUTO ONLY. THANK YOU FOR YOUR BUSINESS.

| | |
|---|---|
| **Subtotal** | $1,459.75 |
| **Sales Tax  (7.4375%)** | $108.57 |
| **Total** | $1,568.32 |

| Fax # |
|-------|
| 575-523-9733 |

| Entity | Date | Money Out / In | Return of Initial Investment? | Interest Made? | Reimb for Loan Cost? | Loan to John? | Balance Out | What John says is out with Drew & where |
|---|---|---|---|---|---|---|---|---|
| Med Scale | 7/15/2020 | $ (100,000.00) | | | | | | |
|  | 9/5/2021 | $ 300,000.00 | $ 100,000.00 | $ 200,000.00 | | | | |
| Velox | 3/21/2021 | $ (700,000.00) | | | | | | |
|  | 5/3/2021 | $ 949,099.06 | $ 700,000.00 | $ 249,099.06 | | | | |
| Capital Market | 3/27/2021 | $ (500,000.00) | | | | | $ (500,000.00) | |
| Unico Holdings | 3/29/2021 | $ (1,000,000.00) | $ 1,000,000.00 | | | | | |
|  | 5/31/2023 | $ 1,117,260.27 | | $ 117,260.27 | | | | |
|  | 9/5/2021 | $ 200,000.00 | | $ 200,000.00 | | | | |
|  | 12/21/2021 | $ 500,000.00 | | | $ 500,000.00 | | | |
| Apex C. (Wire to National Financial) | 4/9/2021 | $ (2,000,000.00) | | | | | $ (2,000,000.00) | Am I correct in how I am categorizing funds coming back? |
| Capital P | 8/15/2021 | $ (300,000.00) | | | | | | |
|  | 8/15/2023 | $ (300,000.00) | | | | | | |
| (Med Plus) | 8/16/2021 | $ 300,000.00 | | | | | $ (300,000.00) | |
| Capital P | 1/25/2022 | $ (1,500,000.00) | | | | | | |
|  | 2/1/2024 | $ (500,000.00) | | | | | | |
|  | 5/13/2022 | $ 350,000.00 | $ 350,000.00 | | | | | |
|  | 7/15/2024 | $ 125,000.00 | $ 125,000.00 | | | | $ (1,525,000.00) | Is this correct in my assumptions for $475,000? |
| Moxie LLC | 3/13/2022 | $ (100,000.00) | | | | | $ (100,000.00) | Where is that? Are you using Moxie or is Drew? |

**What John says is out with Drew & where**

| | |
|---|---|
| China Investments | $ 2,800,000.00 |
| With DS in Personal Account | $ 700,000.00 |
| In Fidelity | $ 571,000.00 |
| In Kings | $ 250,000.00 |
| | $ 4,321,000.00 |

**PATIENT INFORMATION:**

# John Petrozza

**Phone (H):** (833) 753-1851
**DOB:**
**Gender:**
**Patient ID:**

STATUS: Final

**Source:** Quest
**Time Reported:** 11/15/2024 12:06 AM UTC
**Received:** 11/15/2024 12:10 AM UTC

**Accession Number:**
**Lab Ref #:**

**ORDERING PHYSICIAN:**

# Bonu Kapoor-Mohimen, MD

600 Congress Avenue
Floor 14
Austin, TX, 78701

| Test | | In Range | Out Of Range | Reference Range | Previous Result | Date | Lab |
|------|---|----------|--------------|-----------------|-----------------|------|-----|
| AMD | Quest Diagnostics/Nichols Chantilly-Chantilly VA. 14225 Newbrook Dr, Chantilly, VA 20151-2228 | | | | Dir: Patrick W Mason M.D.,PhD | | |
| EZ | Quest Diagnostics/Nichols SJC-San Juan Capistrano,. 33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042 | | | | Dir: Irina Maramica MD,PhD,MBA | | |
| TP | Quest Diagnostics-Tampa. 4225 E Fowler Ave, Tampa, FL 33617-2026 | | | | Dir: Weston H Rothrock MD | | |

Range Flags Legend: L - Below low normal; H - Above high normal; A - Abnormal;



**HEALTH GORILLA**

Printed from Health Gorilla Secure Clinical Network. Copyright © 2024 Health Gorilla Inc.
https://www.healthgorilla.com

The contents of this document and/or fax transmission are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure, including protected health information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited. If you have received or obtained this document or fax transmission in error, please notify the original sender or contact Health Gorilla Inc. at 1-844-446-7455 immediately by telephone or by email at privacy@healthgorilla.com and delete this document immediately.

able to provide that? Thank you

---

**From:** Lisa Basich <lisa@petrozzagroup.com>

**Date:** Saturday, July 9, 2022 at 2:47 PM

**To:** "Carnegiehud.com" <dschaefer@carnegiehud.com>

**Cc:** noam dunsky <ndunsky2@gmail.com>, John Petrozza <John@petrozzagroup.com>, "johnllvl@me.com" <johnllvl@me.com>

**Subject:** Re:

Please cc me on any documents. I keep everything for John.
I will take care of wire Monday.

Lisa Borello Basich
Owner/CFO
Borello Consulting LLC
Kast Iron Kitchen LLC
286 South Restaurant & Lounge
Waterside Grand Catering Hall
286 Richmond Valley Rd
Staten Island, NY 10309
718-227-2258 - Restaurant
917-536-7841 - Cell
917-979-2274 - Fax


On Jul 9, 2022, at 1:30 PM, Carnegiehud.com <dschaefer@carnegiehud.com> wrote:

Waiting for docs guys. Will send them soonest I get them for you.

Regards,

Drew Schaefer
Carnegie Hudson Resources LLC
152 West 57th Street 52nd Floor
New York NY 10019
Cell 908-337-5565
Office 212-218-4086


**ErrorI Filename not specified.**

Sent at: 1/31/2023 8:48:30 PM

# Brian —Kingswood

From:  Will_Y <will_yuan0205@foxmail.com>
To:   John Petrozza <john@petrozzagroup.com>

Hi John,

Please contact Brian Herman from Kingswood for Prime Skyline Ltd deal.

Brian's contact info is as below:

Phone: (561) 7024331
Email: bherman@kingswoodus.com

Best regards,

Will

View Markets & Tools

## Top Positions at a Glance

🔵  There are no top positions to view at this time

View All of Your Holdings

## Contact Your Financial Professional

**Kingswood Capital Partners**

Contact information

📞 (800) 535-6981

© 2025 RBC Clearing & Custody, a division of RBC Capital Markets, LLC, Member NYSE / FINRA / SIPC

RBC Clearing & Custody provides clearing, execution, custody and brokerage services for accounts introduced by your brokerage firm

Past performance is no guarantee of future results. Investment and insurance products offered through RBC Clearing & Custody are:
- not insured by the FDIC or any other federal government agency
- not deposits or other obligation of, or guaranteed by, a bank or any bank affiliate
- subject to investment risks, including possible loss of the principal amount invested

This website is provided by RBC Capital Markets, LLC. RBC Capital Markets and its affiliates make no representation or warranty, express or implied, regarding the timeliness, accuracy, completeness or reliability of the information contained herein

Although RBC Capital Markets obtains prices for most securities herein from independent quotation services deemed to be reliable, the accuracy of this information cannot be guaranteed. Further, the prices reported for annuities and alternative investments, including direct participation programs, private real estate investment trusts, private securities and hedge funds, are estimates. RBC Capital Markets does not calculate the prices of annuities or alternative investments, and has not confirmed these prices or verified that they are determined correctly

This report is not, and should not be construed as, a substitute for your RBC Capital Markets, LLC account statement and confirmations of your Form 1099. This report is prepared as of trade date rather than settlement date and may be prepared on a different date than your statement. Security valuations have been obtained from reliable sources but do not represent guaranteed bids, offers or markets for the securities represented. Gain/loss information is presented only for selected authorities and includes only the securities for which we have original cost information. If you know the original cost of securities not purchased at RBC Capital Markets but included on your RBC Capital Markets, LLC statement, contact your financial professional.

## Quest Diagnostics

Do not use address below:

PO Box 825
South Windsor, CT 06074-0825

AB 01 085986 51740 H 239 A

MIA 00020063 3735130  8021592824 R
JOHN PETROZZA
7301 BELLE MEADE ISLAND DR
MIAMI, FL 33138-5255

## Laboratory Bill
For services not included in your physician's bill

Page 1 of 1

| Bill Date: | Amount Due: | Due Date: |
|---|---|---|
| Dec. 14, 2024 | $526.64 | UPON RECEIPT |

Bill Number

Lab Code

Patient Name: JOHN PETROZZA
Responsible Party: JOHN PETROZZA
Date of Service: November 18, 2024

**Lab Results and Diagnosis Questions Must Be Answered By Your Physician.**

 Customer Service
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.

 Pay by Phone: 1.800.488.8890  (24 hours/7 days)
Questions: 1.800.488.8890
MON-TH 8:30AM-5:00PM;FRI 08:30 AM - 04:00 PM EST
Se Habla Espanol

### Laboratory Tests Were Requested By:

Referring Physician: D78887EDMISTON,JAMES B
Physician Address: 9536 NE 2ND AVE STE 690
MIAMI SHORES, FL 33138

### Most Recent Insurance Claim Filed To:

Insurance Name: UNITED HEALTHCARE
Insurance ID:
Group Number:

*Please have your bill available for reference.*

These charges are for tests ordered by the referring physician listed and are separate from the physician's fees. Your insurance carrier denied payment, indicating the services provided are not covered under your policy. Please contact your insurance carrier with any questions regarding the processing of your claim. The amount due is your financial responsibility. Thank you for using our laboratory.

| Date | CPT Code* | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 11/18/24 | 85652 | SED RATE,AUTOMATED | $42.46 | | | | | |
| 11/18/24 | 80061 | LIPID PANEL | $169.43 | | | | | |
| 11/18/24 | 86431 | RHEUM FACTOR (QN) | $68.91 | | | | | |
| 11/18/24 | 86140 | C-REACTIVE PROTEIN | $88.23 | | | | | |
| 11/18/24 | 85025 | CBC, PLT, DIFF | $52.05 | | | | | |
| 11/18/24 | 80053 | COMPREHEN METABOLIC PANEL | $100.75 | | | | | |
| 11/18/24 | 86200 | CYCLIC CITRULL PEP CCP AB | $157.00 | | | | | |
| 12/14/24 | | ADJUSTMENT | | ($148.19) | | | | |
| | | | $674.83 | ($148.19) | $0.00 | $0.00 | $526.64 | |

Tax ID: 38-2084239
Services Performed by: QUEST DIAGNOSTICS MIAMI MIRAMAR, FL
Services Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided ▲

 ## Quest Diagnostics

Pay your bill online securely at
QUESTDIAGNOSTICS.COM/BILL  or call 1.800.488.8890

Lab Code: MIA

| Amount Due: | | $526.64 |
|---|---|---|
| Due Date: UPON RECEIPT | Bill Number | |

Patient Name: JOHN PETROZZA

| Amount Enclosed: | $ |
|---|---|

*If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your bill, please provide a copy of your explanation of benefits.*



Please make checks payable to QUEST DIAGNOSTICS.
Be sure to include bill number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

MAIL PAYMENTS ONLY TO:

QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

# Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or get treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from surprise billing or balance billing.

## What is "balance billing" (sometimes referred to as "surprise billing")?

When you see a healthcare provider, you may owe certain out-of-pocket costs, such as a copayment and/or a deductible. You may have other costs or the entire bill if you see a provider or visit a healthcare facility that isn't in your health plan's network. The difference between what your plan agreed to pay and the full amount charged for a service is called "balance billing." "Surprise billing" is an unexpected balance bill.

## Emergency Services

You are protected from balance billing for emergency services from an out-of-network provider or facility. The most the provider/facility may bill you is your plan's in-network cost-sharing amount. You can't be balance billed in connection with emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections.

## Certain services at an in-network hospital or ambulatory surgical center

When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers may bill you is your plan's in-network cost-sharing amount. These out-of-network providers can't balance bill you, unless you give written consent and give up your protections.

## When balance billing isn't allowed, you also have the following protections:

You are only responsible for paying your share of the cost that you would pay if the provider or facility was in-network.

Your health plan will pay out-of-network providers and facilities directly.

Your health plan generally must:

- Cover emergency services without requiring you to get approval for services in advance
- Base what you owe on what it would pay an in-network provider or facility
- Count any amount you pay for emergency services or out-of-network services toward your in-network deductible and out-of-pocket limit

If you believe you've been wrongly billed, you may contact your provider. If unresolved, you may contact the US Department of Health and Human Services (HSS) or your State Insurance Department. For more information about your rights, visit https://www.hss.gov

# Polymath  RENAISSANCE

| PROBLEM | DESCRIPTION | SOLUTION |
|---|---|---|
| Smothering | feel like an old married couple living in same house. No separation to create/grow yearning/missing. Too domestic. No "missing" you excitement. No privacy. Too much Rinse n repeat | ? |
| Drama | Lots if Gossip. Like Highschool. Who's trouble, blocked, or banned. Who did what with whom. Makes socializing and parties difficult. | More Adult ? Less Emotional |
| Lost Friends / Push Females away | Friends rarely stop by or come to hangout like they used to - because I'm too restricted. Not as much fun as I used to be. Especially girls, many told me they are not comfortable here anymore. | Effort ? Self Confidence |
| Girls need for Business will be difficult because of you | I need three uninhibited girls to make the podcast part of the business successful. The best way to pull this off is move them into the large spare room. They need to feel comfortable enough to walk around naked and work in sheer dresses. I've done it many times in the past, Its very doable. However I know that it will be a problem for you and therefore the girls awkward and that will just lead to failure. That's why I haven't pursued this yet. I have been kicking the can down the road looking for a solution. | Milty Says No Problem & will Work to ma k it work |
| Weak theeways / no strange. | Very few were any good. We try but most fail. Usually because when I give them attention you give off a bad vibe and that look! You def don't cheer me on or pull them to me. We've talked about this many times, I even sent you videos as a guide, but it is still mostly awkward. Like it or not Men are wired differently. Its in the DNA; and I'm wise enough and accomplished enough to acknowledge this. Fortunately I'll only have one love at a time, but sex is not love. For a man its conquest or Adult play. | Promises to work it Better. THIS WAS MADE CLEAR AND CONSISTANTLY FROM THE VERY BEGGINING OPEN der cheerlea Self Confidence |
| Frequently sick without resolutions. | a illness, pain or sickness too often, frequently manifesting during sex or social engagements. Even though they are claimed for be serious, no medical follow thru ever happens. | Be Mindful of the Mind Pro Active Doctors |
| Little Follow thru | Most special or Moxie tasks are not completed or even worked on. Fortunately most remedial domestic ones are followed thru :-) | Comitted |
| Lost Spark / few & boring Parties | I am loosing my spark. Being domesticated makes me more and more boring. I don't really have that fire I used to have. Many people have commented. I cant even flirt at my parties or I'll get looks from you. | Positive Vibes Only ? Self Confidence |
| Up too late | almost every night past sunrise. Very unhealthy and destroys productivity the next day or in general. Even though we kinda do the something every time anyway - I try to always come up with something new but its basically just the same | Unless the night is very special, my call it quits before sunrise. Tuesday and Wednesday will now be PROTECED WORK DAYS. Must be in bed by 1am every Monday |
| Too much drugs | SELF EVEDENT | ? Agreed |

STORE 0277 Miami (calle Ocho)
3030 Sw 8th St
Miami, FL 33135

PROMARINELOGISTICS@GMAIL.COM
83 nw 34th ave
MIAMI, FL 33126
(561) 430-9225

**Rental Center Hours**

MON 6A-10P TUE 6A-10P WED 6A-10P THU 6A-10P FRI 6A-10P SAT 6A-10P SUN 7A-8P

| AL DURATION | DUE BACK | FOR ASSISTANCE CALL |
|---|---|---|
| 1 Day | Mar. 09 @ 12:01pm | (305)643-8800 |

90    Transaction # 29588        Date: 03/08/20    eDeposit #

TYLER VAZQUEZ

Date out   03/08/2020 - 12:03 PM
Date Due   03/09/2020 - 12:01 PM
Date In

Contract Created     y
Checked In By

Jxm3516

| Item Description | 4 Hours | 1 Day | 2 Days | 1 Week | 4 Weeks | Contract Amt |
|---|---|---|---|---|---|---|
| **Floor Maintainer** | $40 | $57 | $114 | $228 | $684 | **$57** |
| (1) Economy Sandpaper Driver 782017 | $0 | $0 | $0 | $0 | $0 | $0 |

Rental Subtotal  **$57.00**
Damage Protection  **$8.55**
Estimated Tax  **$4.59**

**Estimated Total**  **$70.14**

Deposit - PAID  $ (150.00)
(AMERICAN EXPRESS ending 1174)

**SAFETY MESSAGE**

Do not allow unit to run when not in use.

Do not exceed rated capacity of unit.

**TERMS & CONDITIONS**

I agree that no representative of The Home Depot is authorized to make any promise, warranty or representation to me other than those reflected in writing in the Agreement. I agree to the Terms & Conditions and understand that the Agreement cannot be modified or changed except in writing signed by both parties. With respect to equipment I am renting, I have received the equipment referenced in the Agreement. In the event that I am returning equipment, I acknowledge and agree that I am returning the listed rental equipment, the total charges are correct, and additional charges may apply if the equipment is returned damaged.

1. If I do not return this equipment by the scheduled end date, I agree to a weekly recurring charge of $228.00, until all tools have been returned, or a maximum rental charge of $2,458.00 has been recovered. In addition, I understand that misrepresentation or failure to return equipment can lead to prosecution.
2. I have been offered operating manuals on the rental equipment.
3. A cleaning fee of up to $25.00 will be assessed if equipment is not returned clean.

03/08/2020

Signature.  Date

**I. Equipment Return.**

(a)    On or before on the date and at the time specified in the Agreement, Renter will return the Equipment to The Home Depot location where the Equipment was rented in the same condition as when rented. Moreover, if the Equipment is not returned as specified in this Section 3, a cleaning charge, a drop charge or a rate change may apply (in addition to any remedies set forth in Section 8 below). If the Equipment is not returned at the expiration of the Rental Period or if The Home Depot determines that the Equipment is no longer in Renter's possession, Renter will be deemed unlawfully in possession of the Equipment, and The Home Depot may, among other remedies, seek the issuance of a warrant for the arrest of Renter or any other person in possession of the Equipment.

(b)    Additional Failure to Return Provisions:

| STATE | SPECIAL NOTICES |
|---|---|
| Arizona | Unlawful failure to return the Equipment within 72 hours of expiration of Rental Period is a class 1 misdemeanor. |
| Florida | Failure to return the Equipment upon expiration of the Rental Period and failure to pay all amounts due (including costs for damage to the property or equipment) are evidence of abandonment or refusal to redeliver the Equipment, punishable in accordance with section 812.155, Florida Statutes. |

IV. **Telematics.** The Equipment may be equipped with a telematics device that enables The Home Depot or its fleet management provider to monitor the use and location of the Equipment. The telematics device is used to collect the Equipment's location (determined by GPS systems), fuel consumption, mileage, and systems status information. The Home Depot may use the information for various purposes, including, but not limited to: (i) locating lost or stolen Equipment; (ii) analyzing and improving The Home Depot's rental program; (iii) enforcing the terms of this Agreement; or (iv) providing Renter with support, assistance, or services. The Home Depot may share information collected with companies performing services for The Home Depot, and as deemed necessary by The Home Depot, (A) to comply with legal process or a request from a governmental entity, and (B) to protect The Home Depot's rights and property.

V. **Investigations.** All Renters will promptly complete incident reports, deliver to The Home Depot a copy of all related documents, and fully cooperate with The Home Depot's investigation of any vandalism, theft, accident, claim or lawsuit involving the Equipment. This obligation to cooperate does not create a duty of defense by The Home Depot.

VI. **California Proposition 65 Warning Notification Requirement.** Renter acknowledges that Equipment can expose Renter to chemicals including toluene, which are known to the State of California to cause birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

**4.    EQUIPMENT DAMAGE / REPAIRS / PROTECTION.**

I. **For Tool and Large Equipment Rentals Only.**

(a)    Equipment Damage. Regardless of fault, Renter is responsible for all loss of and damage to tools and large equipment (including loss or damage due to normal use, caused by theft, abuse, misuse, neglect, or intentional acts). Renter is responsible for The Home Depot's loss of use and an administrative charge for expenses associated with processing the loss and damage claim (collectively, "Administrative Charges").

(b)    Damage Protection. Damage protection is an optional service offered by The Home Depot that, if selected, modifies this Agreement to relieve Renter of repair charges, replacement charges and Administrative Charges if the Equipment is damaged during normal use during the Rental Period ("Damage Protection"). In the event Renter elects Damage Protection services, the charge for Damage Protection is 15% of the Rental Price and will appear as a separate line-item on the Agreement and on the invoice. Renter must accept or decline the Damage Protection. Damage Protection is not insurance and The Home Depot may make a profit on its Damage Protection. Damage Protection does not cover loss of or damage to the tools and large equipment caused by theft, abuse, or intentional acts. Renter expressly acknowledges and agrees that Renter will be responsible for all loss or damage.

(c)    Repairs. In the event Renter does not elect to purchase Damage Protection, Renter agrees that an estimated "Repair Cost" will be charged for tools and large equipment that is returned with damage due to abuse, misuse, neglect, or intentional acts. The Repair Cost will not exceed the fair market value of the tool or large equipment and applicable fees. Renter acknowledges and agrees to pay the Repair Cost and authorizes The Home Depot to charge the Repair Cost to the Renter Card. All maintenance or repairs must be performed by The Home Depot.

II. **For Vehicle Rentals Only.**

(a)    Equipment Damage. Regardless of fault, Renter is responsible for all loss of and damage to the Vehicle (including loss or damage to the spare tire, jack, trailer (when applicable), and loading ramps), plus actual towing, storage, impound and other related expenses. Renter is responsible for The Home Depot's loss of use and an Administrative Charges.

(b)    Repairs. In the event Renter does not elect to purchase Damage Protection, Renter will not repair or replace any part of the Vehicle or otherwise alter the Vehicle without the prior written consent of The Home Depot. In the event consent is not obtained, Renter will pay for all unauthorized repairs, replacement parts, and the cost of restoring any unauthorized alterations.

(c)    Damage Protection. Damage protection is an optional service offered by The Home Depot that may be declined. If selected, this optional service modifies this Agreement to relieve Renter of repair charges, replacement charges, or Administrative Charges, if the Vehicle is damaged during normal use during the Rental Period ("Damage Protection"). The charge for Damage Protection is will be determined by each market and will appear as a separate line-item on the Agreement and on the invoice. Renter must accept or decline the Damage Protection service. Damage Protection is not insurance and The Home Depot may make a profit on its Damage Protection Program. Damage Protection does not cover loss of or damage to the Equipment caused by theft, abuse, misuse, or intentional acts. All restrictions, conditions, and provisions of Damage Protection are in this paragraph 4.II. RENTER EXPRESSLY ACKNOWLEDGES AND AGREES THAT RENTER WILL BE RESPONSIBLE FOR ALL LOSS OR DAMAGE AND ACKNOWLEDGES THIS DISCLOSURE. In addition to the requirements stated in this paragraph 4.II, the following provisions are applicable within the noted State or Territory:

| STATE | REQUIRED NOTICES |
|---|---|