**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., et al.,<br><br>Plaintiff,<br><br>- against -<br><br>ABRUZZI INVESTMENTS, L.L.C.; JOHN PETROZZA,<br><br>Defendants. | Adversary Proc. No. 20-08052 (AST)<br><br>Judge: Hon. Alan S. Trust |

## SUPPLEMENT TO OBJECTION/CROSS-MOTION & MOTION FOR SANCTIONS

Defendants supplement under Bankr. R. 9014 affidavit rebutting Trustee's spin; move for Rule 9011/§105(a) sanctions on Trustee for bad-faith harassment.

1. Lisa's independent affidavits consistent—minor update honest, immaterial (unrelated papers); no perjury/contradiction.

2. Trustee's aggressive spin overreach—ignores equity, non-party protections; unclean hands bars turnover/contempt.

3. No obstruction/collusion—Lisa acts alone; my Dec 5 email advisory help to friend/ex-employee, not control.

4. Sanctions: $22,000 fees + referrals for frivolous attacks; deny turnover.

Request hearing. Trustee withdraw or face formal complaint.

Respectfully,  
John Petrozza, Pro Se  
Dec 18, 2025

7301 Belle Meade Island Drive  
Miami FL 33138  
John@PetrozzaGroup.Com

*/s/ John Petrozza*