**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., et al.,<br><br>Plaintiff,<br><br>- against -<br><br>ABRUZZI INVESTMENTS, L.L.C.; JOHN PETROZZA,<br><br>Defendants. | Adversary Proc. No. 20-08052 (AST)<br><br>Judge: Hon. Alan S. Trust |

# SUPPLEMENTAL DECLARATION OF JOHN PETROZZA

I, John Petrozza, declare under penalty of perjury:

- Lisa's Dec 5 affidavit true—no responsive docs/access. NOT a Petrozza filing.
- She independently found/disclosed unrelated papers post-signing—voluntary update shows integrity, not deceit; immaterial to case.
- Trustee's "liar/perjury" spin baseless overreach—ignores context, harasses non-party with no stake.
- My Dec 5 email: Friendly advice and software tools to negotiate extension—helped ex-employee in panic; no control/intent to obstruct. Email attempt to help get voluntary extension
- Denial of access: Existing security policy, not evasion—employee promise unauthorized.
- No collusion/instructions; Lisa's actions/decisions her own. Prior statements valid.
- Trustee's year-long aggression unclean hands—bars equitable relief.

Respectfully,  
John Petrozza, Pro Se  
Dec 18, 2025

7301 Belle Meade Island Drive  
Miami FL 33138  
John@PetrozzaGroup.Com

*/s/ John Petrozza*